UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

November 16, 2016

All Counsel of Record

    RE:    *United States of America v. Gerald Thomas Johnson, et al.*
            Criminal Case No. 16-0363

Dear Counsel:

    A Superseding Indictment has been returned in this matter (see ECF No. 40). There are now nine defendants charged. Accordingly, the Court will now follow procedures appropriate for this multi-defendant case.

    Scheduling will <u>not</u> occur during arraignment proceedings. Instead, counsel for the Government is DIRECTED to notify the Court after all arraignments have been accomplished (but in no case later than December 15, 2016) to advise that the case is ready for scheduling. Upon receiving that notice, the Court will set in a scheduling conference during which it will assess the status of discovery, set appropriate deadlines (motions, etc.), and schedule the motions hearing date and trial date.

    In the notification from the Government advising that the case is ready for further scheduling, Government counsel should also set out the status of discovery as of that date.

    Although informal, this letter constitutes an order of the Court and shall be docketed accordingly.

Very truly yours,

/s/

James K. Bredar
United States District Judge

JKB/vc

Cc:    Magistrate Judge Gesner