IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-16-0363 |
| GERALD JOHNSON, et al. | * | |
| Defendants | * | |



\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Now pending before the Court is the request of Attorney Michael E. Lawlor, on behalf of all Defendants and their lawyers, seeking an immediate hearing to discuss discovery issues (ECF No. 154). Mr. Lawlor requests that all Defendants, together with their counsel, be present for this hearing. He represents that "most, if not all counsel for the Defendants are free on ... June 5 ... 2017," and that Government counsel is available that day as well.

This is a complex case with voluminous discovery. A schedule has been in place for months with a lengthy trial scheduled to begin on November 13, 2017. It is imperative that this large case with multiple participants and a high impact on the Court remain on schedule.

Accordingly, this matter is SET IN FOR A DISCOVERY HEARING on Monday, June 5, 2017, at 11:00 a.m., in Courtroom 1A, United States Courthouse, Baltimore, Maryland. All counsel of record are REQUIRED TO BE PRESENT unless excused by the Court. All Defendants are required to be present. The Government is directed to prepare the come ups and writs. The U.S. Marshal is DIRECTED to seek the assistance of the Maryland Department of Public Safety and Correctional Services in obtaining the presence of those Defendants now in State custody.

DATED this 1st day of June, 2017.

                                      BY THE COURT:

                                      _____/s/_____

                                      James K. Bredar
                                      United States District Judge