

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Peter J. Martinez*  
*Assistant United States Attorney*  
*Peter.Martinez@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4984*  
*MAIN: 410-209-4800*  
*FAX: 410-962-0717*

October 5, 2017

The Honorable James K. Bredar  
United States District Judge  
101 W. Lombard Street  
Baltimore, Maryland 21201

      Re:    United States v. Gerald Johnson et al., JKB-16-363

Dear Judge Bredar,

      We write in advance of the motions hearing that is currently scheduled for October 10 and 11, 2017. As of this writing, six defendants are scheduled to participate, and there are more than three dozen motions to be decided. We propose the following schedule for the taking of testimony and the presentation of legal argument.

      First, we would like to present all witness testimony on the first day of the hearing, *i.e.*, October 10, 2017. Specifically, we intend to call the following witnesses in connection with the following motions:

1. Motion to Suppress Fruits of Warrantless Arrest and Search of Kenneth Jones on April 11, 2011 (ECF 194)

    a. Former BPD Detective and current ATF Special Agent Austin Sailor

2. Motion to Suppress Fruits of Search Warrant Executed on April 26, 2013, by Wesley Brown (ECF 227)

    a. BPD Detective and ATF Task Force Officer Jonathan Hayden
    b. Former BPD Detective Michael Glenn

3. Motion to Suppress Fruits of May 2013 Tracking Warrant and Subsequent Search of Cell phone, by Wesley Brown (ECF 221)

    a. BPD Detective and ATF Task Force Officer Anthony Cirillo
    b. BPD Sergeant Scott Danielczyk
    c. BPD Detective John Haley (if necessary)

4. Motions to Suppress "Exigent Circumstances Search Warrant," and to Suppress Evidence Resulting from Use of Cell Site Simulator, as well as Evidence Seized from 5617 Pioneer Drive, by Marquise McCants (ECF 212, 240, 202)

    a. BPD Sergeant and FBI Task Force Officer Joseph Landsman
    b. BPD Detective Tony Clark

5. Motion to Suppress Warrantless Search of Honda Accord Parked at 5617 Pioneer Drive, by Marquise McCants (ECF 204)

    a. MSP Trooper First Class Ryan Boyse

6. Motions to Suppress Drugs and Drug Proceeds Seized on November 2, 2012; May 29, 2013; and July 6, 2013; and to Suppress Statement Made on November 2, 2012, by Montel Harvey (ECF 231, 232)

    a. BPD Detective Osiris Lofton
    b. BPD Sergeant Daniel Salefski
    c. BPD Detective Cedric Booth
    d. BPD Officer Norman Rogers (if necessary)

7. Motion to Suppress Fruits of Vehicle Search on October 23, 2013, by Joseph Bonds (ECF 254)

    a. BPD Officer Jamal Neptune

We expect that the testimony of these witnesses will occupy most, and potentially all, of the hearing's first day. We propose that the parties present legal argument after all of the witnesses have testified.

Obviously, the schedule described above is only a proposal. We welcome ideas from the Court and/or defense counsel for resolving the pending motions as expeditiously as possible.

Very truly yours,

STEPHEN M. SCHENNING
Acting United States Attorney

By:     /s/
Peter J. Martinez
Christina A. Hoffman
Assistant United States Attorneys

cc: Counsel of Record