UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**JAMES K. BREDAR**<br>Chief Judge<br><br>MDD_JKBChambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0950 OFFICE**<br>**(410) 962-0070 FAX** |

October 6, 2017

Mr. Peter J. Martinez
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

      Re:    *U.S. v. Gerald Johnson, et al.*
              Case No. JKB-16-0363

Dear Mr. Martinez:

      I have received your letter of October 5, 2017, suggesting a format for the motions hearing that will begin on Tuesday, October 10, 2017. I accept your proposal as to the order in which the various motions should be taken up. However, quite different from what you otherwise propose, I plan to resolve the motions one at a time, *i.e.*, I will hear the evidence relating to a particular motion or group of related motions, then hear argument on that motion or group of related motions, and then rule. Only then will I move on to the next motion in your proposed sequence.

      Accordingly, I anticipate that evidence relating to the pending motions will be presented over the course of the scheduled two-day hearing.

                                                    Very truly yours,

                                                    /s/

                                                  James K. Bredar
                                                  Chief Judge

JKB/vc

Cc:     All Counsel of Record