

# DISTRICT COURT OF MARYLAND FOR Baltimore City
Located at 1400 E. North Avenue, Baltimore, MD 21213

Case No. 3B02206333

**STATE OF MARYLAND** VS. **HANDY, NORMAN**
432 E 22ND ST
BALTIMORE, MD 21218-0000

CC#: 133C10251  SID:
LID:  DL#:
Race: 1  Sex: M  Ht: 5' 2"  Wt: 108  Hair: BLK  Eyes: BRN
DOB: 08/05/1994  Phone(H):  Phone(W):

**Charge | Statute | Arrest**
ATT 1ST DEG. MURDER | CR 2 205 |
ARMED ROBBERY | CR 3 403 |
ASSAULT-FIRST DEGREE | CR 3 202 |
HANDGUN ON PERSON | CR 4 203 |
RECKLESS ENDANGERMENT | CR 3 204 (A)(1) |

**Charge | Statute | Arrest**
ATT 2ND DEG. MURDER | CR 2 206 |
ROBBERY | CR 3 402 |
ASSAULT-SEC DEGREE | CR 3 203 |
FIREARM USE/FEL-VIOL CRIME | CR 4 204 B |
THEFT: LESS $1,000 VALUE | CR 7 104 |

## ARREST WARRANT ON CHARGING DOCUMENT - Warrant No. D130326825

STATE OF MARYLAND, Baltimore City
TO ANY PEACE OFFICER, Greetings:

YOU ARE ORDERED to arrest and bring before a judicial officer the above-named Defendant as soon as practicable and without unnecessary delay. If a judicial officer is not readily available, this Warrant shall authorize the prisoner's detention until compliance is had with Rule 4-212 and the arresting officer is authorized and required to comply with Rule 4-212.

**IF THE DEFENDANT IS NOT IN CUSTODY FOR ANOTHER OFFENSE,**
Initial appearance is to be held in county in which Defendant is arrested.

IF THE DEFENDANT IS IN CUSTODY FOR ANOTHER OFFENSE, this Warrant is to be lodged as a detainer for the continued detention of the Defendant for the offense charged in the charging document. When the Defendant is served with a copy of the charging document and Warrant, the Defendant shall be taken before a judicial officer of the District Court.

Date: 04/20/2013  Time: 07:01 AM  Judge/Commissioner:_____  ID: 1292

Given to: **BPD-EASTERN DISTRICT**

### RETURN OF SERVICE

☐ I certify that at _____ M on _____ at _____, I executed this Arrest Warrant by arresting the Defendant and delivered a copy of the Statement of Charges to the Defendant.

☐ I left a copy of the Warrant and Charging Document as a detainer for the continued detention of the Defendant at:

Facility: _____
Location: _____
Signature & Title of Peace Officer: _____
Printed Name of Officer: _____
Agency, Sub-Agency, I.D.: _____
Date: _____

Tracking No: 131001257192   NOT FOR SERVICE

**ARREST WARRANT ON CHARGING DOCUMENT**



**DISTRICT COURT OF MARYLAND FOR Baltimore City**
Located at 1400 E. North Avenue, Baltimore, MD 21213

Case No. 3B02206333

| STATE OF MARYLAND | VS. | HANDY, NORMAN |
|---|---|---|

432 E 22ND ST
BALTIMORE, MD 21218

COMPLAINANT:
JACKSON, GLEN DET
BCPD
242 W 29TH ST (AD 5903/ G033)
BALTIMORE, MD 21211

CC#: 133C10251  SID:
LID:  DL#:
Race: 1  Sex: M  Ht: 5' 2"  Wt: 108  Hair: BLK  Eyes: BRN
DOB: 08/05/1994  Phone(H):  Phone(W):

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF JACKSON, GLEN DET IT IS FORMALLY CHARGED THAT HANDY, NORMAN at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 2 0910 | CR 2 205 | LIFE | **ATT 1ST DEG. MURDER**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>...did feloniously, willfully, and of deliberately premeditated malice aforethought, attempt to kill and murder MOSES MALONE.<br>Against the Peace, Government, and Dignity of the State. |
| 002 | 2 0920 | CR 2 206 | 30 Y | **ATT 2ND DEG. MURDER**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>...did feloniously and with malice aforethough, attempt to kill and murder MOSES MALONE.<br>Against the Peace, Government, and Dignity of the State. |
| 003 | 2 0705 | CR 3 403 | 20 Y | **ARMED ROBBERY**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>...did unlawfully and feloniously, with a dangerous weapon, rob MOSES MALONE and violently did steal from said person BOOST MOBILE CELL PHONE & $3.00 US CURRENCY ).<br>Against the Peace, Government, and Dignity of the State. |
| 004 | 2 0700 | CR 3 402 | 15 Y | **ROBBERY**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>...did unlawfully and feloniously rob MOSES MALONE of BOOST MOBILE CELL PHONE & $3.00 US CURRENCY .<br>Against the Peace, Government, and Dignity of the State. |
| 005 | 1 1420 | CR 3 202 | 25 Y | **ASSAULT-FIRST DEGREE**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>...did assault MOSES MALONE in the first degree in violation of CR 3-202, contrary to the form of the act of the assembly in such case made and provided and against the peace, government and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 006 | 1 1415 | CR 3 203 | 10 Y &/or $2,500.00 | **ASSAULT-SEC DEGREE**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>...did assault MOSES MALONE in the second degree in violation of CR 3-203. |

Date : 04/20/2013  Time : 07:01 AM
Tracking No. 131001257192

Judicial Officer: _____ 1292

COPY COPY COPY

# DISTRICT COURT OF MARYLAND FOR Baltimore City
Located at 1400 E. North Avenue, Baltimore, MD 21213

Case No. 3B02206333

## STATE OF MARYLAND    VS.    HANDY, NORMAN

contrary to the form of the act of the assembly in such case made and provided and against the peace, government, and dignity of the state.
Against the Peace, Government, and Dignity of the State.

| No. | | | | |
|---|---|---|---|---|
| 007 | 1 5212 | CR 4 203 | 3 Y &/or $2,500.00 | **HANDGUN ON PERSON**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>...did wear, carry and transport a handgun upon and about their person.<br>Against the Peace, Government, and Dignity of the State. |
| 008 | 1 5299 | CR 4 204 (b) | 20 Y | **FIREARM USE/FEL-VIOL CRIME**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>... did use a firearm in the commission of a felony/crime of violence.<br>Against the Peace, Government, and Dignity of the State. |
| 009 | 1 1425 | CR 3 204 ((a)(1)) | 5 Y &/or $5,000.00 | **RECKLESS ENDANGERMENT**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>...did recklessly engage in conduct, to wit: SHOOT @ MOSES MALONE that created a substantial risk of death or serious physical injury to MOSES MALONE.<br>Against the Peace, Government, and Dignity of the State. |
| 010 | 1 0621 | CR 7 104 | 18 M &/or $500.00 | **THEFT: LESS $1,000 VALUE**<br>On or About 03/23/2013 at 11:18PM<br>2400 BLK GREENMOUNT AVE<br>BALTIMORE, MD<br>...did steal BOOST MOBILE CELL PHONE & $3.00 US CURRENCY property of MOSES MALONE having a value of ,less than $1,000.00 , in violation of CR 7-104 of the Annotated Code of Maryland.<br>Against the Peace, Government, and Dignity of the State. |

COPY
COPY

Judicial Officer: _____1292

Date : 04/20/2013   Time : 07:01 AM
Tracking No. 131001257192



**DISTRICT COURT OF MARYLAND FOR** Baltimore city (City/County)

LOCATED AT (COURT ADDRESS): 1400 E. North Avenue Baltimore MD 21213

DC Case No: 3B02206333

RELATED CASES:

### COMPLAINANT
Printed Name: Detective Jackson, Glen
Number and Street Address: 242 W. 29th Street
City, State, and Zip Code: Baltimore MD 21211
Telephone: 410-396-2433
Agency, sub-agency, and I.D. #: BPD, 5903, G033 (Officer Only)

### DEFENDANT
Printed Name: Norman Handy
Number and Street Address: 432 E 22ND ST
City, State, and Zip Code: Baltimore MD 21218
Telephone: 443-504-6958
CC#: 133C10251

**DEFENDANT'S DESCRIPTION:** Driver's License# H 530-636-784-613  Sex M  Race B  Ht 5'02  Wt 108
Hair Blk  Eyes Brwn  Complexion Drk  Other SID# 3349435  D.O.B 08/05/1994  ID ___

## APPLICATION FOR STATEMENT OF CHARGES    Page 1 of 2

I, the undersigned, apply for statement of charges and a summons or warrant which may lead to the arrest of the above named Defendant because on or about __03/23/2013__ at __2400 Blk Greenmount Ave.__, the above named Defendant did shoot victim Moses Malone in the 2400 Blk of Greenmount Ave.

(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):
On March 23, 2013 at 1118hrs Eastern District Patrol units were dispatched to a call for Discharging in the 2400 Blk of Greenmount Ave. Upon arrival officer Fairbrother along with other units canvassed the area for possible victim, witnesses an for a crime scene. Area canvass revealed a crime scene in the rear alley that connects the 2400 Blk of Greenmount Ave. to the 2400 Blk of Brentwood Ave, and the 2400 Blk of Barclay street.

(Continued on attached __2__ pages) (DC/CR 1A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information and belief.

Date: 4/20/13       Officer's Signature: [signed]

I have read or had read to me and I understand the Notice on the back of this form.

Date ___  Applicant's Signature [signed]

Subscribed and sworn to before me this __20th__ day of __April__, __2013__
Time: 7:01 A.M   Judge/Commissioner [signed]  ID

I understand that a charging document will be issued and that I must appear for trial ☐ on ___
at ___ Time ___, ☐ when notified by the Clerk, at the Court location shown at the top of this form.

Applicant's Signature [signed]

☐ I have advised applicant of shielding right.  ☐ Applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.
Date: 4-20-13   Commissioner [signed]  ID: PD

Tr.# 131001257192

DC/CR 1 (Rev. 12/2006)

## NOTICE TO APPLICANT FOR A CHARGING DOCUMENT

You are making an application for a charging document which may lead to the arrest and detention of the individual you are charging. If, as result of your application, a charging document is issued by the commissioner, it will not be possible for the commissioner to withdraw the document. The charge may only be disposed of by trial or by action of the State's Attorney.

You will be required to appear at the trial as a witness. Failure to appear on the date set by the court could result in your arrest for failure to obey a court order.

The application which you are filing is being filed under oath. Criminal Law Article § 9-503, of the Annotated Code of Maryland provides that any person who makes a false statement or report of a crime or causes such a false report or statement to be made to any official or agency of this State, knowing the same, or any material part thereof, to be false, and with intent that such official or agency investigate, consider or take action in connection with such statement or report, shall be subject to a fine of not more than $500, or be imprisoned not more than six months, or be both fined and imprisoned, in the discretion of the court.

It is essential that your furnish as much information as possible about the offense. To be sure that your information is adequate, your application should clearly state the following:

1. WHO?
   Identify the accused, (the person you are complaining about), and identify yourself.

2. WHEN?
   The time, day, month and year of the offense.

3. WHERE?
   The exact address and street, the city, county and state where the offense happened. Also state whether the offense happened in a private home or in some public place.

4. WHAT?
   State exactly what was done to you. For example: if property was taken, describe it and its value; or, if property was damaged or destroyed, indicate the original cost of the item or its replacement value. If you do not know the exact value, estimate it as accurately as possible.

5. WHY?
   The facts you give must show the accused intended to commit a criminal act.

6. HOW?
   How the accused committed the offense. For example, if you were physically assaulted, were you struck with a fist, a flat hand, kicked, or pushed, or were you struck with an object, such as a club or pipe, etc.? If property was taken, how did the accused get it? If it was destroyed or damaged, how did the accused cause the damage?

7. At the top of the application, you will notice a space marked "DESCRIPTION". The information in this space refers to the accused. It is important to furnish as much of this as possible so that the accused may be easily identified.

You are entitled to request that address and telephone number of a victim, complainant or a witness be considered for shielding at the filing of this application.

If you need further assistance in completing your application, please feel free to ask the commissioner.

**NOTICE: Remote access to the name, address, telephone number, date of birth, e-mail address, and place of employment of a victim or non-party witness is blocked. (Md Rule 16-1008(a)(3)(B))**



**DISTRICT COURT OF MARYLAND FOR** Baltimore City, Eastside ......(City/County)

LOCATED AT (COURT ADDRESS)
1400 East North Ave.
Baltimore, MD 21213-1400



DC Case No: 3B02206333

DEFENDANT'S NAME (LAST, FIRST, M.I.)
Handy, Norman

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 2 of 3

Possible blood drops were located in the middle of the alleyway between Brentwood and Greenmount Ave. Crime Lab unit #5825 responded and processed scene. However no victim was located at the time of the first report. Officer Fairbrother then spoke to witnesses who advised that they observed a unknown Black Male in his 20's wearing a white shirt being robbed by two unknown Black Males wearing Black hoodies. The unknown Black Male wearing the white shirt was then observed limping away walking Northbound on Greenmount Ave. Witness also advised Officer Fairbrother that The male in the white shirt was riding a bicycle which he left behind at the mouth of the alley on Greenmount Ave. Witnesses also advised that the unknown Male in the white shirt had on a red shirt under the white shirt and blue Jean pants,same was seen running from the alley way in the 2400 Blk of Greenmount Ave. and an unknown Black Male wearing a black hoodie leaned out the alley pointing a unknown make and model firearm in the direction of the fleeing Black Male wearing the white shirt and discharge the weapon in his direction. The Male wearing the Black hoodie who fired the gun then turned and ran westbound in the alley towards Brentwood street disappearing from the sight of the witness. Officer Fairbrother was unable to locate the victim or suspect at this time.

    On 04/12/13 Homicide Detective Dawnyell Taylor received information from a confidential source in reference to the victim that was shot on 03/23/13 in the area of Greenmount Ave. and 25th St. The victim was identified as Mr. Moses Malone (m-b-22), transported to the Homicide Office and interviewed by Detective Taylor. Mr. Malone refused to give any information in reference to this incident.

    On 04/19/13 Mr. Moses Malone was transported to the Eastern District and

4/20/13
Date

_____
Applicant's Signature

**DISTRICT COURT OF MARYLAND FOR** Baltimore City, Eastside .................... (City / County)

DC Case No: 3B02206333 

LOCATED AT ( COURT ADDRESS )
1400 East North Ave.
Baltimore, MD 21213-1400

DEFENDANT'S NAME (LAST, FIRST, M.I.)
Handy, Norman

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 3 of 3

was interviewed by Detective Taylor and Det. Jackson. Mr. Malone advised that he was sitting on some steps in the 2400 blk. of Greenmount Ave. when two black males wearing black hoodies walked out of the alleyway onto Greenmount Ave. and stated " You know what time it is". The suspects then took Mr. Malones Boost Mobile cell phone and $3.00 in currency. Mr. Malone managed to get away from the suspects at which time the shorter of the two suspects pointed a gun at him and shot him in his left foot while he was attempting to cross Greenmount Ave. Based on the information learned while investigating this incident, a possible suspect was identified as Norman Handy (m-b-08/05/94). While speaking with Mr. Malone in reference to this incident a photographic array was prepared which consisted of six photos including the photo of Mr. Norman Handy (m-b-08/05/94). The photo array was shown to Mr. Malone at which time he identified SID # 3349435 as the person who robbed him of his Boost Mobile cell phone (unknown number), $3 U S currency and shot him in the foot while he was crossing the street. According to the State Identification Number #3349435 is identified as the defendant Norman Handy (m-b-08/05/94)

All of the above events occurred in Baltimore City State of Maryland

4/20/13
Date

Applicant's Signature

Tr.# 131001257192

PC DC/CR 1A (Rev. 1/02)

COURT COPY