**CIRCUIT COURT**
**OR**
**DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY**   *Copy*

*Original*

APPLICATION FOR SEARCH AND SEIZURE WARRANT
FORM 02 / 188

To the Honorable Judge (a) __Panos__ of the (b) __Circuit Court__
the undersigned being duly sworn deposes and says that he (they) has (have) reason to believe

that on the premises known as (c) __2466 Greenmount Ave. Baltimore, Maryland 21218 a three story brick row home with a wooden front door with no address afixed to the location__

in the City of Baltimore there is now being concealed certain property, namely;

(d) __Firearms, Handguns, Ammunition, Forensic Evidence, Papers showing proprietary interest and other evidence related to this crime__

which is (are) **evidence relating to the commission of a crime** pertaining to (e) __Attempt 1st Degree Murder__

AND that the facts tending to establish grounds for issuance of Search Warrant are set forth in the Affidavit (s) attached thereto and made a part thereof WHEREFORE your Affiant(s) pray(s) that a Search and Seizure Warrant be issued for said

(f) __2466 Greenmount Ave. Baltimore, Maryland 21218 a three story brick row home with a wooden front door with no address afixed to the location__

(g) __Det. K. Jackson__
Signature of Affiant

(h) __Detective__
Official Rank or Title (if any)

Sworn to before me and subscribed to in my presence this __20th__ day of __April__, 20__13__

__Panos__
JUDGE

Page: 1                                                                                     Date: 04/20/2013

# CIRCUIT COURT FOR BALTIMORE CITY
## OR
## DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY

**SEARCH AND SEIZURE WARRANT**
FORM 02 / 187

TO:   Any Police Officer of Baltimore City:

The affidavit having been made before me by  (a)  **Detective Glen Jackson**  , said Affidavit being incorporated by reference into this warrant and made a part thereof, that he (they) has (have) reason to believe that on the premises known as   (b)  **2466 Greenmount Ave. Baltimore, Maryland 21218 a three story brick row home with a wooden door with no address afixed to the location**

in the City of Baltimore, there is now being concealed certain property, namely;
(c)  **Firearms, Handguns, Ammunition, Forensic Evidence, Papers Showing proprietary interest, and other evidence related to this crime**

which is (are)   **evidence relating to the commission of a crime** pertaining to

(d)  **Attempt 1st degree Murder**

and I am satisfied that there is probable cause to believe that the property so described is being concealed on the **premises** above described and that the foregoing grounds for issuance of the search warrant exists.
You are therefore commanded, with the necessary and proper assistance, to search forthwith the **premises** herein above described for the property specified, executing this warrant and making the search; and if the property be found there, to seize it; and if upon execution of this warrant, there are found persons then and there engaged in the commission of a crime, arrest those so participating; leaving a copy of this warrant with the inventory of the property seized and returning copy of said warrant and inventory, if any, to me within ten days after execution of this warrant; or, if not served, to return this warrant to me promptly, but not later than five days after this expiration, as required by law.

Dated this (e) ___20th___ day of ___April___, 2013

SIGNED _____
                    JUDGE

**Unannounced Entry Authorization**
Good cause being shown therefore, the executing law enforcement officers are authorized to enter the premises to be searched without giving notice of their authority and purpose.

Dated this (e) _____ day of _____, _____

SIGNED _____
                    JUDGE

OPERATIONS DIVISION
**APPLICATION FOR SEARCH AND SEIZURE WARRANT**
POLICE DEPARTMENT FORM 84 / 188

Affidavit:
On 04/08/13 Homicide Detective Dawnyell Taylor received information from a confidential source which indicated that a black male known as "Mo" had been previously shot. However the shooting incident had not been reported to police. Further indicated was that the victim was a Blood Gang member and that the suspects were Black Gureilla Gang members. The Confidential source indicated that the victim frequented the the area of Greenmount Ave. & 25th St. and is usually wears a red colored belt. Consequently, several attempts were made to locate the victim in this incident. On 04/12/13 Northern District Patrol Unit Officer Barnett made with contact with an individual later identified as Moses Malone at the location of Greenmount Ave. & 25th Street as advised by the confidential source. Mr. Moses Malone was transported to the Homicide Unit and interviewed by Det. Taylor.

During the course of the interview Moses Malone identified himself as a Tree Top Piru Blood Gang member, acknowledged the occurrence of the incident, however, refused to relay any further information regarding the incident. A crime incident report was authored reporting the incident, photographs of the victim's injuries were taken and the investigation was forwarded to the Eastern District Detective Unit, which is charged with the investigation of non-fatal incidents.

Investigation into the occurrence of this incident through the Baltimore Police Departments Computer Aided Dispatch System revealed a discharging call on 03/23/13 at approximately 1119 hrs. The call for service resulted in the disposition of a Suspected Shooting Incident reported under Baltimore Police Department Centralized Complaint # 133C10251. Witnesses to this incident reported observing a black male in his twenties being robbed by two black males and being shot at. However all involved persons had fled the location. Further, City Watch Camera monitor Perzan did observe a black male running north on Greenmount Ave.

On 04/19/13 Moses Malone was again located in the area of Greenmount & 25th St. and transported to the Eastern District Detective Unit regarding the investigation of this incident. Detectives Dawynell Taylor and Glen Jackson interviewed Mr. Malone at which time he gave a taped statement indicating that he was approached by two black suspects near the 2400 blk. Greenmount Ave. who stated "You know what time it is." The shorter of the two males attempted to take Mr. Malones camouflage colored "Dope" tennis shoes, to which he refused to take them off. The suspect then went through his pants pockets removing U.S. currency. At this time an argument ensued between the victim and the suspects which led to a physical altercation, during which the shorter of the suspect struck the victim in the facial area with a handgun. The victim was able to break free of the physical altercation and began to walk across the Greenmount Ave. At which time the shorter suspect who was armed with a black handgun fired the weapon at the victim resulting in a graze wound to his left foot across his toes. The suspects then fled the location through an alley. The victim perceived his injuries as minor and did not respond to a hospital for medical treatment.



Page: 2

Date: 04/20/2013

(Page 2):
Based on the information gathered during this investigation a possible suspect was developed in reference to this incident. A photographic array was shown to victim Moses Malone at which time he positively identified the photograph listed under State Identification Number 3349435 as the person who robbed him of his Boost Mobile Cellular Phone, U.S. Currency and shot at him causing a graze would to his left foot. According the the Maryland Criminial Justice Index System the State Identification Number 3349435 is identified as Norman Handy M/B 08/05/1994. Consequently, an arrest warrant was obtained under Warrant No. D130326825 charging Norman Handy with Attempt First Degree Murder, Armed Robbery, Assault-First Degree, Handgun on Person and Reckless Endangerment.

On 04/20/13 at approximately 1325 hours uniformed patrol Officers Segar and Booth were patrolling in the area of the 2400 blk of Greenmount Ave, at which time a black male fitting the description of the wanted suspect Norman Handy. Mr. Handy appeared to observe the uniformed officers presence and swiftly entered the dwelling of 2466 Greenmount Ave. The officers covered one each the front and rear of the location and summonsed additional units to the location. During this time Mr. Handy attempted to exit from the front door of the location at which time he was placed into custody. The location was held secure by Police personnel. The dwelling is a three-story boarding house with bedrooms located on the second and third floors. There is a common area located on the first floor in which Mr. Handy had access to before attempting to exit the location. The location of this dwelling is in known Black Gureilla Family territory.



Sworn to before me and subscribed to in my presence this ____ day of _____, 20__

_____
JUDGE

Page: 3                                                                                                    Date: 04/20/2013

OPERATIONS DIVISION
APPLICATION FOR SEARCH AND SEIZURE WARRANT
POLICE DEPARTMENT FORM 84 / 188

Affidavit:

(Page 3):

Mr. Norman Handy has an extensive juvenile arrest history with the Baltimore Police Department which include crimes of violence such as armed robberies, first degree assaults, and several drug charges.

Based on the facts known to your Affiant regarding this investigation, your Affiant pray that a Search & Seizure warrant be granted for the recovery of evidence from 2466 Greenmount Ave. the location wherein the suspect entered for a short period of time and then exited the location and was detained by Officers. This incident was reported to the Baltimore City Police Department under Central Complaint number 133C10251. Your Affiant believes that probable cause exist for the recovery of all evidence inside of this residence related to this crime. The aforementioned location is currently secured by Baltimore City Police Officers from the Eastern District.

Affiant Expertise:
Your Affiant Detective Glen Jackson has been a duly sworn Police Officer for approximately 17 years and is currently assigned to the Criminal Investigation Division District Detective Unit at the Eastern District. Your Affiant has been in the Division since February 2009. My duties have involved investigating crimes against people and persons Your Affiant have worked several assignments within the agency to include, Southwestern District Patrol, Field Training Officer and the Gwynns Falls Trail Bike Unit. Your Affiant has obtained several Search and Seizure Warrants for Narcotic investigations and also Crimes Against persons and Crimes against Property. Your Affiant has attended numerous seminars and annual training pertaining to the laws of The Annotated Code of Maryland and The United States Constitution.

Sworn to before me and subscribed to in my presence this 20th day of April, 2013

_____
JUDGE

Hidden Fields

Page: 4                                                                                              Date: 04/20/2013

## RETURN

I received the attached Search Warrant _____**April 20**_____ 20 **13**

and have executed it as follows:

On _____**April 20**_____, 20 **13**, at **10:42** o'clock **PM**

I searched the **premises** described in the warrant and I left a copy of the warrant containing the inventory with _____**on the kitchen table**_____

(name of person searched or the owner "at the place of search")

The following is an inventory taken pursuant to the warant:

**No Property recovered**

This inventory was made in the presence of _____**Det. Sgt. L. Robinson**_____

and _____**Det. G. Jackson**_____

I swear that this inventory is a true and detailed account of all property taken by me on the warrant.

_____

(Signature of Affiant)

Subscribed, sworn to and returned before me this _____ day

of _____, 20 _____  Signed _____

**JUDGE**