**POST MORTEM EXAMINATION**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**STATE OF MARYLAND**

## CASE NO.   13-03687

Autopsy __XX__     Inspection _____

JURISDICTION: _____Baltimore City_____     DME/FI _____
              Jurisdiction of Death/Police Investigating

NAME OF DECEASED: _____MOSES MALONE (Unknown #13-03687)_____

RESIDENCE OF DECEASED: __██████████████__, Baltimore City, Maryland

AGE: __22__   SEX: __Male__   RACE: __African-American__

DATE OF INCIDENT: __05-02-2013__     TIME: __12:35 AM__

ADDRESS OF INCIDENT: __600 Cokesbury Avenue, Baltimore City, Maryland__

PRONOUNCED DEAD: __05-02-2013__     TIME: __1:12 AM__

ADDRESS/INSTITUTION: __Johns Hopkins Hospital, Baltimore City, MD__

DME/FI/OCME NOTIFIED: __05-02-2013__     TIME: __2:00 AM__

BY WHOM: __Johns Hopkins Hospital__

TRANSPORTED TO OCME: __OCME Vehicle__

DATE OF AUTOPSY/
INSPECTION: __05-02-2013__     TIME: __9:30 AM__

PERFORMED BY:
                    _____Ling Li, M.D._____
                    Assistant Medical Examiner

CAUSE OF DEATH: (a) _____Multiple Gunshot Wounds_____       ____ Natural
                                                            ____ Accident
                (b) _____         ____ Suicide
                                                            _XX_ Homicide
                (c) _____         ____ Could Not Be
                                                                 Determined

Other significant conditions:

_____

HOW INJURY OCCURRED: _____Subject shot_____

| Name:     MOSES MALONE<br>           (Unknown #13-03687)<br>Case Number:   13-03687 | POST MORTEM EXAMINATION REPORT<br>OFFICE OF THE CHIEF MEDICAL EXAMINER<br>STATE OF MARYLAND | PAGE<br><br>1 |
|---|---|---|

An autopsy was performed on the body of MOSES MALONE, formerly UNKNOWN #13-03687, at the Office of the Chief Medical Examiner for the State of Maryland on the 2nd day of May 2013.

## EXTERNAL EXAMINATION

The body was that of a well-developed, well-nourished, unclad African-American male. The body weighed 146 pounds, was 5'11" in height, and appeared compatible with the reported age of 22 years. The body was cold. Rigor was present to an equal degree in all extremities. Lividity was present and unfixed on the posterior surface of the body, except in areas exposed to pressure. The scalp hair was black. The irides were brown. The corneae were clear. The conjunctivae were pale. The sclerae were white. There was a ½" scar on the right upper eyelid. The external auditory canals and external nares were free of foreign material and abnormal secretions. There was blood in the mouth. The nasal skeleton was palpably intact. The lips were without evident injury. The teeth were natural with injury to be described below. Examination of the neck revealed injury to be described below. The chest was unremarkable except for three old scars ranging from 1" to 3" on the right side of the chest. No injury of the ribs or sternum was evident externally. The abdomen was flat with a 1½" linear scar on the right lower abdomen. The extremities showed no evidence of recent injury. There were four old scars ranging from ½" to 3" on the left arm, and several scars ranging from ½" to 1" on both knees. The fingernails were intact. Tattoos were noted on the back of the right hand. Needle tracks were not observed. The external genitalia were those of an adult male. The posterior torso was without note except for three scars ranging from ¼" to ½" on the right upper back.

## EVIDENCE OF THERAPY

There was an endotracheal tube in the mouth. An airway tube was in the right nostril. There was an intravenous line in the left antecubital fossa and intraosseous lines in both anterior legs.

## EVIDENCE OF INJURY

I.    Multiple (5) Gunshot Wounds:

A.    Gunshot wound to right side of head:

Situated on the right side of the head, 3½" below the top of the head and 6½" to the right of the anterior midline, was a gunshot wound of entrance measuring between 1/16 x 1/8" with marginal abrasion up to 1/8". There was no evidence of soot deposition or gunpowder stippling on the skin around the entrance wound. The wound track went through the skin and soft tissue of the right temporal scalp, the temporal bone

| Name:      MOSES MALONE | POST MORTEM EXAMINATION REPORT | PAGE |
|---|---|---|
| (Unknown #13-03687) | OFFICE OF THE CHIEF MEDICAL EXAMINER | 2 |
| Case Number:    13-03687 | STATE OF MARYLAND | |

with a ¼" inward beveling defect, the dura  mater, and the right temporal lobe and parietal lobes of the brain.  A small caliber, deformed bullet was recovered from the right superior parietal lobe.   The bullet was submitted in a labeled envelope to the investigating police.  The wound path was from right to left, back to front, and upward.  There was subarachnoid hemorrhage over the right temporal and parietal brain, and contusions and lacerations of the brain along the wound path.

B.    Gunshot wound to right side of face:

Situated on the right side of the face, lateral to the right corner of the mouth, 7" below the top of the head and 2" to the right of the anterior midline, was a gunshot wound of entrance measuring between 1/16 x 1/8" with marginal abrasion.   There was evidence of some scattered gunpowder stippling on the skin around the entrance wound.   The distribution of the stippling was a 2¾" in greatest dimension.   The wound track went through the skin and soft tissue of the face, the right lower premolar tooth (fractured), the tongue, and the soft tissue of the left side of the cheek.  A small caliber, deformed bullet was recovered from the soft tissue of the left cheek.   The bullet was submitted in a labeled envelope to the investigating police. The wound path was from right to left, front to back, and slightly upward.   There was hemorrhage along the wound path and blood aspiration into both lungs.

C.    Gunshot wound under the chin on the right side:

Situated under the chin on the right side, 9" below the top of the head and 2¼" to the right of the anterior midline, was a gunshot wound of entrance measuring between 1/16 x 1/8" with marginal abrasion.   There was evidence of some scattered gunpowder stippling on the skin around the entrance wound. The distribution of the stippling was 2½" in greatest dimension.   The wound track went through the skin and soft tissue of the chin, the tongue, the hard palate (fractured), the left anterior cranial fossa floor (fractured), and the left frontal lobe of the brain.  A small caliber, deformed bullet was recovered from the left frontal lobe of the brain. The bullet was submitted in a labeled envelope to the investigating police.  The wound path was from right to left, front to back, and upward.  There was subarachnoid hemorrhage over the left frontal lobe of the brain, contusions and lacerations of the tissue along the wound path, and blood aspiration into both lungs.

| Name:      MOSES MALONE<br>              (Unknown #13-03687)<br>Case Number:    13-03687 | POST MORTEM EXAMINATION REPORT<br>OFFICE OF THE CHIEF MEDICAL EXAMINER<br>STATE OF MARYLAND | PAGE<br><br>3 |
| --- | --- | --- |

D.    Gunshot wound to right side of neck:

Situated on the right side of the head, 3½" below the top of the head and 6½" to the right of the anterior midline, was a gunshot wound of entrance measuring between 1/16 x 1/8" with marginal abrasion.   There was no evidence of soot deposition or gunpowder stippling on the skin around the entrance wound.   The wound track went through the skin and soft tissue of the right anterior neck and chin, the tongue, the soft palate of the mouth, and the left side of the maxilla (fractured).   A small caliber, deformed bullet was recovered from the left side of the maxilla.   The bullet was submitted in a labeled envelope to the investigating police. The wound path was from right to left, front to back, and upward.   There was hemorrhage along the wound path and blood aspiration into both lungs.

E.    Gunshot wound to back of right arm:

Situated on the back of the right arm, 2½" below the top of the shoulder and 10" to the right of the posterior midline, was a gunshot wound of entrance measuring between 1/16 x 1/8" with marginal abrasion.   There was no evidence of soot deposition or gunpowder stippling on the skin around the entrance wound.   The wound track went through the skin and soft tissue of the right arm and exited from the front of the right arm through a 1/8" lacerated wound, located 2" below the top of the shoulder and 9" to the right of the anterior midline.   No bullet or bullet fragments were recovered.   The wound path was from right to left, back to front, and slightly upward.   There was hemorrhage along the wound path.

**INTERNAL EXAMINATION**

**BODY CAVITIES:**
The body was opened by the usual thoraco-abdominal incision and the chest plate was removed.   No adhesions or abnormal collections of fluid were present in any of the body cavities.   All body organs were present in the normal anatomical position.   The subcutaneous fat layer of the abdominal wall was 1" thick.   There was no internal evidence of blunt force or penetrating injury to the thoraco-abdominal region.

**HEAD:   (CENTRAL NERVOUS SYSTEM)**
The scalp was reflected.   The calvarium of the skull was removed.   The dura mater and falx cerebri were intact.   There was no epidural or subdural hemorrhage present.   The leptomeninges were thin and delicate.   The cerebral hemispheres were symmetrical.   The structures at the base of the brain, including cranial nerves and blood vessels, were intact.   Coronal sections

| Name:    MOSES MALONE<br>          (Unknown #13-03687)<br>Case Number:    13-03687 | POST MORTEM EXAMINATION REPORT<br>OFFICE OF THE CHIEF MEDICAL EXAMINER<br>STATE OF MARYLAND | PAGE<br><br>4 |
|---|---|---|

through the uninjured cerebral hemispheres revealed no lesions.  Transverse sections through the brainstem and cerebellum were unremarkable.  The brain weighed 1500 grams.

**NECK:**
Examination of the soft tissues of the neck, including strap muscles, thyroid gland and large vessels, revealed no abnormalities.  The hyoid bone and larynx were intact.

**CARDIOVASCULAR SYSTEM:**
The pericardial surfaces were smooth, glistening and unremarkable; the pericardial sac was free of significant fluid or adhesions.  The coronary arteries arose normally, followed the usual distribution and were widely patent, without evidence of significant atherosclerosis or thrombosis.  The chambers and valves exhibited the usual size-position relationship and were unremarkable.  The myocardium was dark red-brown, firm and unremarkable; the atrial and ventricular septa were intact.  The aorta and its major branches arose normally, followed the usual course and were widely patent, free of significant atherosclerosis and other abnormality.  The vena cava and its major tributaries returned to the heart in the usual distribution and were free of thrombi.  The heart weighed 340 grams.

**RESPIRATORY SYSTEM:**
The upper airway was clear of debris and foreign material; the mucosal surfaces were smooth, yellow-tan and unremarkable.  The pleural surfaces were smooth, glistening and unremarkable bilaterally.  The pulmonary parenchyma was red-purple with blood aspiration into both lungs; no focal lesions were noted.  The pulmonary arteries were normally developed, patent and without thrombus or embolus.  The right lung weighed 460 grams; the left 360 grams.

**LIVER & BILIARY SYSTEM:**
The hepatic capsule was smooth, glistening and intact, covering dark red-brown, moderately congested parenchyma with no focal lesions noted.  The gallbladder contained 30 ml. of green-brown, mucoid bile; the mucosa was velvety and unremarkable.  The extrahepatic biliary tree was patent, without evidence of calculi.  The liver weighed 1540 grams.

**ALIMENTARY TRACT:**
The tongue exhibited no evidence of recent injury.  The esophagus was lined by gray-white, smooth mucosa.  The gastric mucosa was arranged in the usual rugal folds and the lumen contained 30 ml. of brown fluid.  The small and large bowel were unremarkable.  The pancreas had a normal pink-tan lobulated appearance and the ducts were clear.

| Name:     MOSES MALONE<br>          (Unknown #13-03687)<br>Case Number:    13-03687 | POST MORTEM EXAMINATION REPORT<br>OFFICE OF THE CHIEF MEDICAL EXAMINER<br>STATE OF MARYLAND | PAGE<br><br>5 |
|---|---|---|

**GENITOURINARY SYSTEM:**
The renal capsules were smooth and thin, semi-transparent and stripped with ease from the underlying smooth, red-brown cortical surfaces.  The cortices were slightly congested and sharply delineated from the medullary pyramids, which were red-purple to tan and unremarkable.  The calyces, pelves, and ureters were unremarkable.  The prostate and testes were unremarkable.  The urinary bladder contained 50 ml. of yellow urine; the mucosa was gray-tan. The right kidney weighed 140 grams; the left 110 grams.

**RETICULOENDOTHELIAL SYSTEM:**
The spleen had a smooth, intact capsule covering red-purple, soft parenchyma; the lymphoid follicles were unremarkable.  The regional lymph nodes appeared normal.  The spleen weighed 110 grams.

**ENDOCRINE SYSTEM:**
The thyroid and adrenal glands were unremarkable.

**MUSCULOSKELETAL SYSTEM:**
Muscle development was normal.  No bone or joint abnormalities were noted.

| Name:      MOSES MALONE<br>            (Unknown #13-03687)<br>Case Number:   13-03687 | POST MORTEM EXAMINATION REPORT<br>OFFICE OF THE CHIEF MEDICAL EXAMINER<br>STATE OF MARYLAND | PAGE<br><br>6 |
|---|---|---|

## PATHOLOGIC DIAGNOSES

I.   Multiple (5) Gunshot Wounds:

   A.   Gunshot wound to right side of head, with no evidence of close
        range firing on the skin; injury to scalp, skull and brain;
        bullet recovered from brain
   B.   Gunshot wound to right side of face, with evidence of close range
        firing on the skin; injury to right lower premolar tooth, tongue,
        left cheek soft tissue; bullet recovered from left cheek
   C.   Gunshot wound under the chin on the right side, with evidence of
        close range firing on the skin; injury to chin, tongue, hard
        palate, skull and brain; bullet recovered from brain
   D.   Gunshot wound to right side of neck, with no evidence of close
        range firing on the skin; injury to anterior neck and chin,
        tongue, and maxilla; bullet recovered from maxilla
   E.   Gunshot wound to back of right arm, with no evidence of close
        range firing on the skin; injury to skin and soft tissue of the
        arm; exit from front of the arm; no bullet or bullet fragments
        recovered

## OPINION:

This 22-year-old African-American male, MOSES MALONE, formerly UNKNOWN #13-
03687, died of Multiple (5) Gunshot Wounds to the head (1), right side of
face (1), under the chin (1), the anterior neck (1), and right arm (1).
There was evidence of close range firing on the skin around the gunshot
wounds to the right side of the face and under the chin.   Four bullets were
recovered.    The manner of death is HOMICIDE.    The deceased had been
consuming alcoholic beverages prior to death.

Ling Li, M.D.
Assistant Medical Examiner

David R. Fowler, M.D.
Chief Medical Examiner

Date signed:    6/26/2013

vbl

THIS IS A CERTIFIED COPY
OF RECORDS OF THE
OFFICE OF THE CHIEF MEDICAL EXAMINER
STATE OF MARYLAND
DATE 8/24/15 J.L.

OFFICE OF THE CHIEF MEDICAL
EXAMINER
STATE OF MARYLAND
900 W. BALTIMORE STREET
BALTIMORE, MD 21223

# TOXICOLOGY

## REPORT OF FINDINGS

Case # **13-03687**        Lab # **13-1380**
Deceased Name          **Malone, Moses**
If Previous Unknown     **13-03687**
Medical Examiner       **Ling Li, MD**
Autopsied by           **Ling Li, MD**
Jurisdiction           **Baltimore City**

| Specimen Submitted | Test | Results | | |
|---|---|---|---|---|
| Blood Heart | Volatiles | Ethanol | 0.14 | % (w/v) |
| Blood Femoral | Volatiles | Ethanol | 0.15 | % (w/v) |
| Urine | Volatiles | Ethanol | 0.20 | % (w/v) |
| Vitreous | Volatiles | Ethanol | 0.17 | % (w/v) |
| Urine | Drug Test (comprehensive) | Oxycodone Positive | | |
| Urine | Drug Test (comprehensive) | Other Drugs Negative | | |
| Blood Heart | Drug Test (Individual) | Oxycodone | Negative | |

13-03687

Toxicologist _____     Medical Examiner _____



13 3687













13 3687



13 3687

