# Placeholder for Exhibit 16 (Audio Recording)