___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 3 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

U.S. MARSHAL
BALTIMORE, MD

2018 JAN -3 PM 4: 33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. JKB-16-0363 |
| GERALD THOMAS JOHNSON, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The United States Marshal for the District of Maryland is hereby ORDERED to secure the presence of the following individuals at the United States District Court for the District of Maryland on Monday, January 8, 2018, at 9:30 a.m., to give testimony in this case:

1. Wesley Jamal Brown
2. David Albert Hunter
3. Montel Harvey
4. Kenneth Faison
5. Joseph Laurence Bonds
6. Norman Tyrone Handy

DATED this 3 day of January, 2018.

BY THE COURT:

James K. Bredar
Chief Judge