IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE UNITED STATES OF
AMERICA,

      v.

MARQUISE MCCANTS,

    Defendant.

CRIMINAL NO. JKB-16-0363

## VERDICT FORM

### Count One: Conspiracy to Participate in the Affairs of a Racketeering Enterprise

A.    How do you find the defendant MARQUISE MCCANTS as to Count One of the Second Superseding Indictment, conspiracy to participate in the affairs of a racketeering enterprise?

Not Guilty_____      Guilty___✓____

B.    If you have found the defendant MARQUISE MCCANTS not guilty of Count One, proceed to Count Two. If you have found the defendant MARQUISE MCCANTS guilty of Count One, you must next indicate what type or types of racketeering activity you found were reasonably foreseeable to him in furtherance of the racketeering enterprise (check all that apply).

| Racketeering Activity | One Act | Multiple Acts |
|---|---|---|
| 1st Degree Murder | | |
| 2nd Degree Murder | ✓ | |
| Attempted Murder | ✓ | |
| Conspiracy to Commit Murder | | ✓ |
| Robbery | | |
| Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances | | ✓ |
| Distribution and Possession with the Intent to Distribute Controlled Substances | | ✓ |
| Tampering with witnesses, victims, and informants | | |
| Retaliating against victims, witnesses, and informants | | |

C.    If you have found MARQUISE MCCANTS guilty of Count One, but have not found that one or more of the racketeering acts foreseeable to him in furtherance of the enterprise was Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances and/or

1

Distribution and Possession with the Intent to Distribute Controlled Substances, proceed to Count Two. If, on the other hand, you have found that one or more of the racketeering acts foreseeable to him in furtherance of the enterprise was Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances and/or Distribution and Possession with the Intent to Distribute Controlled Substances, you must next indicate the type of drug(s) that was foreseeable to him in furtherance of that racketeering activity (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | ✓ |
| Cocaine | ✓ |
| Cocaine base ("crack") | ✓ |
| Oxycodone | ✓ |
| Marijuana | ✓ |

D.  Next, as to Count One, if you have found MARQUISE MCCANTS guilty of Count One, and found that Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances and/or Distribution and Possession with the Intent to Distribute Controlled Substances was one of the racketeering acts foreseeable to him in furtherance of the enterprise, but have not found that heroin was one of the types of drugs foreseeable to him as part of those racketeering acts, proceed to Count One–E. If, on the other hand, you have found that heroin was one of the types of drugs foreseeable to him as part of the racketeering activity, you must next indicate the quantity of heroin foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Heroin | |
|---|---|
| 100 grams or more of heroin | ✓ |
| Less than 100 grams | |

E.  Finally, as to Count One, if you have found MARQUISE MCCANTS guilty of Count One, and found that Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances and/or Distribution and Possession with the Intent to Distribute Controlled Substances was one of the racketeering acts foreseeable to him in furtherance of the enterprise, but have not found that cocaine base ("crack") was one of the types of drugs foreseeable to him as part of those racketeering acts, proceed to Count Two. If, on the other hand, you have found that cocaine base ("crack") was one of the types of drugs foreseeable to him as part of the racketeering activity, you must next indicate the quantity of cocaine base ("crack") foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | ✓ |
| Less than 280 grams | |

## Count Two: Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances

A. How do you find the defendant MARQUISE MCCANTS as to Count Two of the Second Superseding Indictment, conspiracy to distribute and possess with the intent to distribute controlled substances?

Not Guilty _____      Guilty __✓__

B. If you have found the defendant MARQUISE MCCANTS not guilty as to Count Two, proceed to Count Eight. If you have found the defendant MARQUISE MCCANTS guilty of Count Two, you must next indicate what type of drug(s) was reasonably foreseeable to him in furtherance of the drug trafficking conspiracy (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | ✓ |
| Cocaine | ✓ |
| Cocaine base ("crack") | ✓ |
| Oxycodone | ✓ |
| Marijuana | ✓ |

C. Next, as to Count Two, if you have found MARQUISE MCCANTS guilty of Count Two, but have not found that heroin was one of the types of drugs foreseeable to him as part of the drug trafficking conspiracy, proceed to Count Two–D. If, on the other hand, you have found that heroin was one of the types of drugs foreseeable to him as part of the drug trafficking conspiracy, you must next indicate the quantity of heroin foreseeable to him (check only one).

| Quantity of Heroin | |
|---|---|
| 100 grams or more of heroin | ✓ |
| Less than 100 grams | |

D. Finally, as to Count Two, if you have found MARQUISE MCCANTS guilty of Count Two, but have not found that cocaine base ("crack") was one of the types of drugs foreseeable to him as part of the drug trafficking conspiracy, proceed to Count Eight. If, on the other hand, you have found that cocaine base ("crack") was one of the types of drugs foreseeable to him as part of the drug trafficking conspiracy, you must next indicate the quantity of cocaine base ("crack") foreseeable to him (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | ✓ |
| Less than 280 grams | |

## Count Eight: Possession of a Firearm by a Felon

A.  How do you find the defendant MARQUISE MCCANTS as to Count Eight of the Second Superseding Indictment, possession of a firearm by a felon?

Not Guilty_____    Guilty___✓___

The foregoing constitutes the unanimous verdict of the jury.

__1-25-2018__  **SIGNATURE REDACTED**
DATE:   FOREPERSON