## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **1:16-cr-363-JKB-9** |
| v. | : | |
| | : | |
| **MARQUISE MCCANTS** | : | |
| | : | |

## ORDER

Upon Mr. Marquise McCants' Unopposed Motion to Continue Sentencing Hearing, the record herein, and for good cause shown, it is hereby:

**ORDERED**, this __/ /__ day of January 2019 that the motion is **GRANTED**.  The parties shall contact Chambers to arrange a sentencing hearing after any resolution in 18-326.

_____
Hon. James K. Bredar