```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF MARYLAND
 2

 3   UNITED STATES OF AMERICA,      )
                                    )
 4           Plaintiff,             )
         vs.                        )
 5                                  ) CRIMINAL NO.: JKB-16-0363
     MARQUISE McCANTS,              )
 6                                  )
             Defendant.             )
 7                                  )
     _____)
 8

 9                    Transcript of Proceedings
               Before the Honorable James K. Bredar
10                 Tuesday, November 7th, 2017
                       Baltimore, Maryland
11

12   For the Plaintiff:

13       Peter J. Martinez, AUSA

14       Christina A. Hoffman, AUSA

15

16   For Defendant Marquise McCants:

17       John R. Francomano, III, Esquire

18

19

20

21

22
     _____
23
                   Christine T. Asif, RPR, FCRR
24              Federal Official Court Reporter
                101 W. Lombard Street, 4th Floor
25                Baltimore, Maryland 21201
```

```
 1                      P R O C E E D I N G S
 2               (3:24 p.m.)
 3               THE COURT:  We're back on the record.  And the
 4   question -- it strikes me that we should have a hearing, Mr.
 5   Francomano, on the question with respect to Mr. Valcourt.
 6               MR. FRANCOMANO:  Yes, Your Honor.
 7               THE COURT:  So I want to schedule that sometime next
 8   week.  Tuesday?  For an hour.
 9               MR. FRANCOMANO:  Your Honor, if I could check my
10   phone.
11               THE COURT:  Yes, please do.
12               MR. FRANCOMANO:  Any time is fine.
13               THE COURT:  Government, on Tuesday?
14               MR. MARTINEZ:  We're fine, Your Honor.
15               THE COURT:  Okay.  What's she got, for an hour on
16   Tuesday?
17               THE CLERK:  11:00.
18               THE COURT:  11:00 o'clock, Courtroom 3D, we'll have
19   a hearing on the potential conflict question.  By then the
20   Court will have appointed conflict counsel to advise Mr.
21   McCants with respect to the question of any conflict of
22   interest that Mr. Francomano may be experiencing in his
23   representation of Mr. McCants by virtue of his possible prior
24   representation of the witness Mr. Valcourt.  Mr. Valcourt is
25   also being appointed counsel.  And those individuals are all
```

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1  required to be present.
2         So the government needs to pay attention to this,
3  Mr. Valcourt must be here.  Mr. Valcourt's appointed lawyer
4  must be here.  Mr. Francomano must be here.  Mr. McCants must
5  be here.  And Mr. McCants' new conflict counsel must be here.
6  Counsel for the Government must be here.  And we will hear the
7  question of whether there is a conflict.  And if there is a
8  conflict, what if anything should be done about it.
9         Government clear on what our purpose is next week?
10         MR. MARTINEZ:  Yes, Your Honor.
11         THE COURT:  Mr. Francomano, you're clear about it?
12         MR. FRANCOMANO:  Crystal, Your Honor.
13         THE COURT:  Okay.  Very good.  Mr. McCants is
14  remanded to the custody of the United States Marshal.  Mr.
15  Francomano is excused.  We're off the record.
16         (3:26 p.m.)
17         (The proceedings were concluded.)
18
19         I, Christine Asif, RPR, FCRR, do hereby certify that the foregoing is a correct transcript from the stenographic record of proceedings in the above-entitled matter.
20
21         _____/s/_____
           Christine T. Asif
           Official Court Reporter
22
23
24
25