```
 1                    IN THE UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF MARYLAND
 2

 3   UNITED STATES OF AMERICA,          )
                                        )
 4            Plaintiff,                )
          vs.                           )
 5                                      ) CRIMINAL NO.: JKB-16-0363
     GERALD JOHNSON, et al.,            ) Jury Trial:  Volume 4
 6                                      )
              Defendant.                )
 7                                      )
     _____)
 8

 9                    Transcript of Proceedings
                  Before the Honorable James K. Bredar
10                  Tuesday, November 28th, 2017
                        Baltimore, Maryland
11

12   For the Plaintiff:

13        Peter J. Martinez, AUSA

14        Christina A. Hoffman, AUSA

15   For Defendant Gerald Johnson:

16        Paul F. Enzinna, Esquire

17        Jeffrey B. O'Toole, Esquire

18   For Defendant Kenneth Jones:

19        Alan R.L. Bussard, Esquire

20   For Defendant Marquise McCants:

21        John R. Francomano, III, Esquire

22
     _____
23                    Christine T. Asif, RPR, FCRR
                      Federal Official Court Reporter
24                  101 W. Lombard Street, 4th Floor
                       Baltimore, Maryland 21201
25
```

```
1                    P R O C E E D I N G S

2              THE COURT:  Good morning.  Are we ready for the

3    jury, Mr. Martinez?

4              MR. MARTINEZ:  Just one brief issue I would like to

5    put on the record.  As the Court may recall, I was a little

6    wayward in my numbering of exhibits yesterday, so I wanted to

7    correct the numbering of two that came in.  We introduced one

8    as GP1 that ought to be Government's Exhibit 41.  And then

9    another is GP4, that ought to be Government's Exhibit 44.

10             MS. HOFFMAN:  And if I could just --

11             THE COURT:  Hold on a second.  Ms. Powell.

12             THE CLERK:  Got it, Your Honor.

13             THE COURT:  Got both of those.  All right.  So we're

14   going to still -- we've got some that are just

15   Government Exhibit and then a number, and then we've got some

16   that have letters, like PH and that sort of thing, in front of

17   them.

18             MR. MARTINEZ:  That's correct, and I think

19   Ms. Hoffman can explain the system.

20             MS. HOFFMAN:  Yeah.  So all of the physical original

21   exhibits have simply numbers.  And so the exhibits that

22   Mr. Martinez used yesterday were the actual originals, which

23   is why they just have numbers with no prefixes, no letter

24   prefixes.  The photographs of these same things will be

25   labeled -- for instance, if this is 41, then the photo of it
```

1    will be PHE 41.  So that's the way the numbering system works.

2              And the revised exhibit lists that we've passed out

3    should have everything on them.  Like I said, it's

4    alphabetical order for the letter prefixes, and then within

5    each category, it's numbered 1 through however many numbers

6    there are.

7              THE COURT:  So the exhibits that don't have letter

8    prefixes, they're near the back of the list.

9              MS. HOFFMAN:  Yes, they're at the end.

10             THE COURT:  1, 2A, 2B, 2C.

11             MS. HOFFMAN:  Along with the audio-video exhibits,

12   which are labeled CD 1 through 12.  Those are at the end,

13   since there's only one of each.  Those are unique physical

14   exhibits.

15             THE COURT:  All right.  Got it.  Any questions from

16   defense counsel about how those government exhibits are now

17   organized?

18             MR. O'TOOLE:  Yes, but I'm sure I'll figure it out.

19   Thank you.

20             THE COURT:  Well, let's make sure we don't have any

21   ambiguities or misunderstandings.  If there are any, bring

22   them to my attention.  Otherwise, the way that the government

23   has now elected to organize their exhibits is acceptable to

24   the Court.

25             Anything else we need to address outside the jury's

1    hearing?

2            MR. MARTINEZ:  Not from us.

3            THE COURT:  Let me see counsel at the bench briefly.

4    Husher.

5            (Sealed bench conference redacted.)

6            THE COURT:  Let's bring them in.  Back on the

7    record.  We were always on the record.  Back on the unsealed

8    record.

9            (Jury entered the courtroom.)

10           THE COURT:  Good morning, ladies and gentlemen.

11   Thank you for being so prompt.  I'm sorry that we do not

12   reciprocate and we're not prompt with you, but I assure you

13   that it's not just because we're late for court.  We're

14   actually working.  There's a lot that goes on in a trial that

15   a jury does not participate in, and I can't anticipate exactly

16   when or how that's going to occur.  All I can do is ask for

17   your patience as we go along.

18           I try my hardest to make sure that we do not have

19   you back there just cooling your heels and wasting your time.

20   But trials being what they are, there's no way to avoid the

21   fact that there is some inefficiency in this process.  So I

22   apologize to you for it.  I can't promise that it won't happen

23   again.  It does occur of necessity.  But we're now ready to

24   carry on with the cross-examination of Mr. Gray by

25   Mr. O'Toole, which is where we left off last night.

 1          Mr. O'Toole, are you ready to continue?

 2          MR. O'TOOLE:  I am, Your Honor.  Thank you very

 3    much.

 4          THE COURT:  And Mr. Gray, you remain under oath.

 5              TIMOTHY MICHAEL GRAY,

 6    called as a witness, being previously duly sworn, was examined

 7    and testified as follows:

 8                  CROSS-EXAMINATION

 9    BY MR. O'TOOLE:

10    Q    Mr. Gray, good morning, sir.

11    A    Good morning.

12    Q    Mr. Gray, yesterday we spoke generally and a little bit

13    specifically about some acts of violence in your past.  Do you

14    remember that testimony?

15    A    Yes.

16    Q    All right.  And we talked about some things that happened

17    when you were in the Cut; right?

18    A    Yes.

19    Q    And there was a discussion about taking care of one of

20    the young bucks from the YGF and we talked about that violent

21    act; correct?

22    A    Yes.

23    Q    All right.  I'd like to discuss some of the other acts of

24    violence that might have been in your past.  We started

25    with -- you talked to Mr. Martinez yesterday about the word

1    "green-lighting."  Now, green-lighting --

2    A    No.  That word never came up yesterday.

3    Q    It never was asked?  Okay.

4        Now I'm going to ask you now:  Would you agree that

5    green-lighting was a word in your vocabulary that meant

6    authorizing a hit or putting a hit on somebody?

7    A    Yes.

8    Q    All right.

9            THE COURT:  So Mr. Gray, I'm going to ask you, slide

10   that chair up a little bit further.  Our microphone is

11   probably not as good as it should be.  That will help.  Thank

12   you.

13   Q    (BY MR. O'TOOLE)  So if somebody wanted to -- or you

14   wanted somebody killed, you would green-light that act;

15   correct?

16   A    Yes.

17   Q    All right.  And isn't it true that in your time in the

18   street or maybe in the prison, you had an occasion to

19   green-light as many as 30 to 40 such hits?

20   A    No.

21   Q    Pardon me?

22   A    No.

23   Q    You -- are you saying you did not say that?

24   A    Yeah, I did not say that.

25   Q    You've not done that --

1          MR. O'TOOLE:  Court's indulgence for a second.  I'm

2    going to approach, Your Honor.

3          THE COURT:  Yes.

4          MR. O'TOOLE:  I'm going to --

5          MR. MARTINEZ:  Can I see that -- actually, Counsel,

6    can I see what you're going to --

7          THE COURT:  Give him that opportunity.

8          MR. MARTINEZ:  Actually, Your Honor, may we

9    approach?

10         THE COURT:  Yes.

11         (Bench conference on the record.)

12         THE COURT:  You're attempting to refresh his

13   recollection or impeach him?

14         MR. O'TOOLE:  Refresh his recollection.

15         THE COURT:  Okay.

16         MR. MARTINEZ:  Okay.  That's what I wanted to --

17   because it's a 302 and I thought where we were going -- when

18   he first went up with the document, was he was going to

19   impeach him with a trial transcript.

20         MR. O'TOOLE:  No.  I wanted to show him the document

21   and ask him if it refreshes his recollection.

22         THE COURT:  Okay.  Just indulge me and do the drill

23   the right way.

24         MR. O'TOOLE:  I apologize.

25         THE COURT:  You didn't do anything wrong.  You have

1    nothing to apologize for --

2              (The following proceedings were had in open court.)

3    Q    (BY MR. O'TOOLE)  Mr. Gray, I asked you whether it was

4    true whether you had green-lighted 30 or 40 hits in the past

5    and you said that's not true.  You don't remember whether that

6    was true?

7    A    Yeah.

8    Q    Let me show you a document and ask you to read it to

9    yourself, not to anybody else.  And this is -- this and that

10   part to yourself.  Look up when you're done.

11             Are you done?

12   A    Uh-huh.

13   Q    I ask you, does that refresh your recollection?

14   A    Yes.

15   Q    I'll ask you again:  Is it true that you, in your past,

16   green-lighted as many as 30 to 40 hits?

17   A    Yes.

18   Q    And a hit means again, an act of violence?

19   A    Yes.

20   Q    All right.  We'll go through some of those, if you don't

21   mind.  Do you recall -- I want to talk to you a little bit

22   about the killing of a gentleman by the name of Mr. Austin.

23             Do you remember that?

24   A    Yes.

25   Q    Isn't it true that Mr. Austin was in BGF?

1    A    Yes.

2    Q    And he had killed somebody in the back seat of a car;

3    correct?

4    A    Yes.

5    Q    Popped somebody in the head and killed him; correct?

6    A    Yeah.  I don't know if he did that or not, but --

7    Q    All right.  And you found out that in a day or two; isn't

8    it correct, that he got picked up on something else and then

9    made a report to the police about the killing in the back seat

10   of the car?

11   A    No.

12   Q    Isn't that correct?

13   A    He said he let somebody use his car.

14   Q    All right.  But he talked to the police about it; didn't

15   he?

16   A    Yes.

17   Q    As a result of that, you authorized or green-hitted --

18   green-lighted a hit on Mr. Austin and he was killed; isn't

19   that correct?

20   A    No.  I told the dude that he told on that if he didn't

21   want to go to jail, do what he got to do.

22   Q    You didn't use the word "kill," you said, "do what you

23   got to do"; right?

24   A    My exact words were "do what you do."

25   Q    Right.  Do what you do.  And he was killed, Mr. Austin

Cross-examination - Gray (By Mr. O'Toole)

1    was killed?

2    A    Yes.

3    Q    All right.  And he was a BGF member?

4    A    Yes.

5    Q    And that was a sanction for talking to the police?

6    A    Oh, it was an option.

7    Q    I'm sorry?

8    A    That was an option that the dude that he told on could

9    did whatever he wanted to do or did what he do.

10   Q    All right.  So was it your practice, instead of using the

11   word "killed" to use "do what you got to do"; is that right?

12   A    Yeah, I ain't never told nobody to kill nobody.  I tell

13   you do what you do.

14   Q    Right.

15   A    If you cooperated with the police, go cooperate with the

16   police.

17   Q    Right.  And if somebody was going to go kill somebody,

18   you said "go do what you do"?

19   A    Yes.

20   Q    So you didn't say "go kill somebody," you would say "go

21   do what you got to do"?

22   A    No, I would say "do what you do."

23   Q    Do what you --

24   A    Do what you do.

25   Q    All right.  And then coincidentally, or not so

 1    coincidentally, that person or victim would show up dead or

 2    injured the next --

 3    A    Or not.

 4    Q    Or not, right.  All right.  Do you remember the killing

 5    of a man named Box, whose real name was Larry Henderson?

 6    A    Yes.

 7    Q    All right.  Now, was that one of the green-lights that

 8    you did, Mr. Box?

 9    A    No.

10    Q    Did you authorize Spence to do what he does?

11    A    Yes.  I told him do what you do.  He came to me with a

12    problem, I told him do what you do.

13    Q    What was the problem?

14    A    He had a problem with Box.

15    Q    All right.  And he came to you and asked if he could do

16    what he does?

17    A    Yeah, he said he had a beef with him.

18    Q    All right.  You said okay?

19    A    Do what you do.  No, I told him do what you do.

20    Q    And Box got killed?

21    A    Basically, I'm asking, "What are you telling me for?

22    You're a grown man, do whatever you do."

23    Q    Right.  But if you didn't want it done, you would have

24    said don't do it.

25    A    If I didn't want it done, if I cared anything about the

Cross-examination – Gray (By Mr. O'Toole)

1   situation, I would have told him don't do it.

2   Q    Right.  So he said to you "I want to do it," you said "do

3   what you do," and he ends up dead, you green-lighted that

4   killing?

5   A    No, I didn't.  I told him do whatever he wanted to do.

6   Q    All right.  And if he ends up dead, that's just what he

7   wanted to do?

8   A    Yeah, that's what he wanted to do.  He's a grown man.

9   These grown men we're talking about.

10  Q    Right.

11  A    Okay.

12  Q    You could have stopped it by saying don't do that?

13  A    No, I couldn't have.

14  Q    You could have --

15  A    Listen, he's a grown man.  He makes choices of his own.

16  Q    Let's get this straight.  If Spence came to you in this

17  case and said, "I want to take care of Box, I got a beef with

18  Box," and you said, "Don't do it," and if Spence did it

19  anyway, that would be a violation of his direct order;

20  correct?

21  A    Yes.

22  Q    All right.  Let me ask you about a shooting of a guy

23  named Tone Bone.  Do you remember that guy?

24  A    No.

25  Q    Tone Bone, that it was authorized on Greenmount and you

1   said to one of the fellows, "do what you do," and Tone ended

2   up getting shot?

3   A    No.

4   Q    All right.  I'm going to hand you another document.

5        Same routine, please read it to yourself, look up when

6   you're done.

7        Is that -- does that refresh your recollection?

8   A    That's exactly what I said.  It said --

9             THE COURT:  Don't read the document.  You can't read

10  the document.

11            THE WITNESS:  Read what you -- you read it.

12  Tone Bone didn't shoot -- didn't get shot.

13            THE COURT:  Wait for the question.  Mr.  O'Toole

14  will ask you a question.

15  Q    (BY MR. O'TOOLE)  Mr. Gray, did you authorize somebody to

16  shoot Tone Bone?

17  A    No.

18  Q    All right.  Did Tone Bone get shot?

19  A    No.

20  Q    All right.  Now, what you just read, that didn't refresh

21  your memory?

22  A    What I just read was Tone Bone shot somebody.

23  Q    Right.  All right.  Then --

24  A    He didn't get shot.

25  Q    Then I have it backwards.  Did you authorize Tone Bone to

1    shoot somebody?

2    A    No.

3    Q    So what happened?  Tell us about Tone Bone.

4    A    I -- I barely even know who Tone Bone is.

5    Q    All right.  Let's move on to the next one.  Let me ask

6    you about a guy named Noodles, his real name is Asia Carter.

7    Do you remember Noodles?

8    A    Yes.

9    Q    Did you shoot Noodles?

10   A    Yes, I've shot him before.

11   Q    All right.  And did you kill him?

12   A    No.

13   Q    What happened to Noodles?

14   A    He got killed.

15   Q    By?

16   A    The FBI don't know.

17   Q    All right.  But you didn't kill him?

18   A    No.

19   Q    But you shot him?

20   A    Before.

21   Q    Right.  You shot him with a gun; right?

22   A    Before.

23   Q    All right.  Before he was dead by somebody else?

24   A    Exactly.

25   Q    All right.  I want to ask you about a gentleman by the

1    name of Chunk -- Chuck, rather, Chuck.  Is it true that Chuck

2    requested an authorization to shoot somebody in the Bloods

3    gang?

4    A    I don't even know who Chuck is.

5    Q    I'm going to show you a document and ask you if that

6    refreshes your recollection, your memory on who Chuck is.

7    This is a little bit longer.

8         I'll show you a document, same routine.  If you would

9    read it yourself and look up when you're done, recalling that

10   I asked you about whether you remembered authorizing a hit for

11   Chuck on his behalf.

12   A    Yes.

13   Q    Does that refresh your recollection?

14   A    Yes.

15   Q    I'll ask you, did there come a time -- do you remember

16   the time when you authorized a hit on behalf of a fellow named

17   Chuck?

18   A    Yes.

19   Q    All right.  So somebody came to you and said, "I want to

20   kill somebody," and you said, "It's okay, have it -- or do

21   what you do"?

22   A    No, I actually told Chuck to go ahead and kill him.

23   Q    All right.  And that was somebody in the Bloods gang?

24   A    Yes.

25   Q    Did you know who the person was?

1   A    No.

2   Q    Did you know if he had a family?

3   A    No.

4   Q    Did you know anything about the person?

5   A    No.

6   Q    Sometimes killings were done of BGF members, weren't

7   they, as a sanction?  You talked yesterday to Mr. Martinez --

8   A    Yes.

9   Q    -- about a sanction; correct?

10  A    Yes.

11  Q    All right.  I want to ask you about a killing by Juke, a

12  killing that was done of a BGF member.  Do you recall that

13  case where Juke, as an act against the BGF member and your

14  authority, killed somebody?

15  A    Yes.

16  Q    All right.  You remember doing that?

17  A    Yes.

18  Q    Having that authorized?

19  A    Yeah.

20  Q    All right.  Were you ever charged in that killing?

21  A    No.

22  Q    Did you tell the police about that?

23  A    Yes.

24  Q    All right.  You testified yesterday with Mr. Martinez

25  about a letter that you wrote that was before the Bazemore

1    trial.  Do you remember that?

2    A    Yes.

3    Q    And you were planning to be a -- you were pleading guilty

4    in that case, you told us, and you were planning to be a

5    witness in that Bazemore case; correct?

6    A    Yes.

7    Q    All right.  And at some point before you had one of your

8    several briefings with the law enforcement, somebody found a

9    letter in your pocket that you were going to --

10    A    I actually gave it to them.

11    Q    You actually gave it to them.  All right.  It wasn't

12    patted down, found in your shirt.

13    A    No, I gave it to them, physically gave it to them.

14    Q    Who did you give it to?

15    A    The FBI agent.

16    Q    All right.  So you gave them the letter, and you told

17    Mr. Martinez that the letter was written because you were in a

18    state of a little bit of fear about testifying against the

19    BGF; correct?

20    A    Yes.

21    Q    All right.  So you were -- you were leading up to -- you

22    were about to snitch or you were about to tell on your

23    brothers --

24              THE COURT:  Counsel, you may approach.

25              (Bench conference on the record.)

1          MR. O'TOOLE:  Did I do something wrong?

2          THE COURT:  No, you didn't.  The word "snitch" is

3     complicated.  I used to never permit it to be uttered by

4     anybody in court, but that became an unrealistic policy.  And

5     in certain contexts, it's my view that when counsel are

6     describing testimony, describing other people's uses of the

7     word, that there's no getting around the use of it.  Sometimes

8     that same policy ends up applying to profanity or to the

9     N-word, and sometimes it is appropriate because of the context

10    for counsel to actually utter the word "nigger" or "nigga" in

11    court.  It's a subtle thing and I recognize it's a hard thing

12    to know sort of where the Court is going to draw the line with

13    respect to that issue.

14         But one thing that's clearly still over the line, in

15    my view, is for a lawyer to use a word like snitch directly.

16    In other words, the way that Mr. O'Toole just attempted to,

17    "so you were going to snitch."  I don't permit that.  You have

18    to use more lawyerly language in that context.  You might say,

19    well, this really is about as clear as mud.  I don't think so.

20    I trust counsel to understand exactly how I'm drawing the line

21    in that regard.

22         MR. O'TOOLE:  I'll be happy never to use that word

23    again.  In fact, I never had that understanding, but now I do

24    and I'll be happy to --

25         THE COURT:  I'm not saying that there isn't a

1    circumstance where you're in argument or something that's

2    going on in context makes it appropriate, but use your good

3    judgment in that regard.  But the casual use of that sort of

4    vernacular, I find demeans the process, and as a consequence,

5    don't let lawyers do it.  Given the environment in which we're

6    operating, this isn't the sort of thing that you're going to

7    get a sanction for, and I can't even use that word anymore,

8    given its context.  But you understand what I'm talking about.

9            MR. O'TOOLE:  I do.

10           THE COURT:  But I do ask counsel to help me try to

11   continue to operate a process in a way that is appropriate to

12   where we are and the law, despite the broader context, and

13   that's one way that you can do that.  So please don't use the

14   word that way.  That's a long explanation.

15           MR. O'TOOLE:  No, it's fine.  I totally agree with

16   you.  I think I lowered myself unnecessarily.  While we're

17   here, are there other words that you know of off the top of

18   your head that you could tell us to make sure we stay away

19   from?  I'll be happy to do that.

20           THE COURT:  What was the Carlin seven-words thing?

21   I can't remember all of those.

22           MR. O'TOOLE:  Three of them have been used already

23   in this case.

24           THE COURT:  But let's -- I think that the operating

25   assumption is that I expect you to talk like a lawyer, not

Cross-examination – Gray (By Mr. O'Toole)

1    like someone whose life is on the street, unless and until the

2    circumstances make it clearly appropriate in terms of the

3    advocacy work that you have to do for your client to descend

4    into that language.  Beyond that, it's pretty hard for me to

5    say.

6                MR. O'TOOLE:  All right.  Thank you.

7                (The following proceedings were had in open court.)

8                THE COURT:  You may continue, Mr. O'Toole.

9                MR. O'TOOLE:  Thank you, sir.

10   Q    (BY MR. O'TOOLE)  Mr. Gray, to continue, we were talking

11   about the letter that you wrote and was delivered to the

12   prosecutor back in the preparation for the Bazemore trial.  Do

13   you remember that?

14   A    Yes.

15   Q    So you told Mr. Martinez yesterday that the letter was

16   written because you wanted to get out of the agreement that

17   you had made to testify against the BGF; correct?

18   A    Yes.

19   Q    All right.  And is it fair to say that you were at a time

20   when you were fearful of testifying and maybe fearful of not

21   testifying?

22   A    Yes.

23   Q    So you were fearful of testifying because you were going

24   to testify against your brothers and the sanction for that

25   could be death, or you were fearful of not making a deal on

Cross-examination – Gray (By Mr. O'Toole)

1   your behalf, which would avoid you going to jail, perhaps for

2   the rest of your life; correct?

3   A    Yes.

4   Q    All right.  So you were a bit in a bind; right?

5   A    Yes.

6   Q    All right.  So you made a decision, you decided that you

7   would go ahead with your agreement to testify; correct?

8   A    Yes.

9   Q    All right.  Before you made that agreement though, you

10  were still on the fence, weren't you?  You still hadn't

11  decided whether to -- you had actually almost decided to tell

12  the government that what you were going to testify about was

13  not true; correct?

14  A    No.

15  Q    Well, you had said in your letter that you showed -- you

16  talked about with Mr. Martinez, that you never -- I'll put it

17  on the screen for you, so we can see it.  This is Exhibit GP

18  13, we looked at it yesterday.  Do you remember -- do you see

19  this letter, do you recall it?

20  A    Yes.

21  Q    Look in the middle.  Would you read for me where it

22  starts with the point -- I just pointed to, the word "no"?

23  A    "No one cares about the truth or I would have got a lie

24  detector or hypnotized or truth shot.  Anything would have

25  told you that I'm not, nor was I ever, the leader of the BGF."

Cross-examination – Gray (By Mr. O'Toole)

1   Q    All right.  So you told Mr. Martinez yesterday that was

2   not true; correct, that was a lie?

3   A    No, I -- I was never the leader of BGF, and nor am I the

4   leader of the BGF.  Gyedi is the leader of BGF.

5   Q    When you came out of the Cut, you said you were the --

6   A    Highest ranking member of the BGF.  That doesn't make me

7   the leader of BGF.

8   Q    All right.  You were a leader, you were a leader on the

9   street; correct?

10  A    Yes.

11  Q    So when you wrote this letter, you were trying to tell

12  the government that you weren't quite as important as you had

13  said before so that maybe they wouldn't want to use you as a

14  witness?

15  A    That don't even make sense.

16  Q    All right.  Wasn't the purpose of the letter, Mr. Gray,

17  to convince the government when you wrote it that you didn't

18  really -- they didn't really want to make you a witness and

19  perhaps then you wouldn't have testify --

20  A    No.  The purpose of the letter was that they had -- in my

21  agreement they were saying that I actually did something that

22  I didn't do and I had to cop out to it to get my agreement.

23  And we ended up straightening it out, and then it was no

24  longer a situation.

25  Q    All right.  But you told us yesterday that the reason you

Cross-examination – Gray (By Mr. O'Toole)

1    wrote the letter, and tell me if I'm wrong here, that you were

2    frightened, you were frightened about testifying against the

3    BGF?

4    A     Yeah, and that was part of it too.  I was frightened and

5    I was venting.  My mother had just died.  If you look at the

6    date on the letter, my mother had died a year ago, a year

7    before -- the day that -- to the day that I wrote the letter.

8    All this was brought out in trial.  If you had did your

9    research, you would have all that.

10   Q     All right.  I think we have.  So you wrote the letter for

11   maybe a number of reasons?

12   A     Yes.

13   Q     But one of the reasons you wrote the letter was because

14   you were afraid of testifying against the BGF?

15   A     No, I'm -- if I was afraid, I wouldn't be testifying.

16   Q     All right.  Earlier, I think I asked you that on one hand

17   you were fearful of testifying, and on the other hand you were

18   fearful of getting a life sentence and you had to make a

19   decision?

20   A     And I made a decision.

21   Q     So on the one hand, you were reluctant to testify because

22   I --

23   A     No, because I had started testifying before that.

24   Testifying -- the testifying started before I took the stand,

25   when I gave them information.

1    Q    All right.

2    A    That's when the testifying started.

3    Q    Mr. Gray, I don't want to argue with you.  What I'm --

4    A    I'm not arguing.

5    Q    What I'm asking you is, when you were working with the

6    government on your regular meetings before the Bazemore trial;

7    right, you had agreed to testify on behalf of the government

8    against members of the BGF; correct?

9    A    Yes.

10   Q    And you had agreed to testify against the members of the

11   BGF in the Bazemore trial; correct?

12   A    Yes.

13   Q    All right.  And at some point, as I asked you this

14   morning, you became a little bit reluctant, maybe you were

15   even on the verge of changing your mind to say that -- and you

16   wrote the words down, "I was not -- never have been a leader

17   of the BGF."  And you wrote that because, as you said

18   yesterday, you were maybe thinking that it wasn't a safe thing

19   to do to testify?

20   A    That is not why I wrote it.  We just went over why I

21   wrote it, because I've never been the leader of the BGF.

22   Q    Right.  You were one of the higher leaders?  You were --

23   A    Okay, yeah.

24   Q    -- right; isn't that correct?

25   A    I was a high-ranking member of the BGF.

1    Q   Right.

2    A   I was not the leader.

3    Q   Right.  And later in the letter -- let me show you

4    another part of the letter for you.  If you could do it, read

5    it for me.

6            MR. O'TOOLE:  Court's indulgence, please.

7    Q   (BY MR. O'TOOLE)  Bottom of the page, starting with the

8    word "all," would you read that, please?

9    A   "All I did was got high and got money."

10    Q   For your family; right?

11    A   Yeah.

12    Q   So you were trying to tell them you weren't a major

13    leader, you were just one of the guys getting high and getting

14    money for your family; right?

15    A   That's all I was doing when I was home.

16    Q   That's right.  And the reason you wrote the letter was to

17    decrease the importance so that they maybe wouldn't want to

18    call you as a witness?

19    A   No.  They was going to call me as a witness because I had

20    already testified.  Testimony starts before you take the

21    stand.

22    Q   Mr. Gray, when you refer to testimony, are you talking

23    about when you met with the prosecutor --

24    A   Yes.

25    Q   -- in the back rooms, you weren't on a stand like you are

1    now, were you?

2    A    They had already wrote down what I said.  I had testified

3    in front of the grand jury already.

4    Q    All right.

5         MR. O'TOOLE:  Your Honor, I have no further

6    questions of Mr. Gray.

7         THE COURT:  Redirect.

8         MR. MARTINEZ:  Before I redirect, does --

9         THE COURT:  I'm sorry.  Mr. Bussard.

10        MR. BUSSARD:  I have no questions, Your Honor.

11        THE COURT:  Mr. Francomano.

12        MR. FRANCOMANO:  Yes, Your Honor.  Thank you.

13                     CROSS-EXAMINATION

14   BY MR. FRANCOMANO:

15   Q    Mr. Gray, you're a hodari?  Is that what you were, a

16   hodari at one point?

17   A    Yes.

18   Q    And that's a high-ranking member of the BGF; correct?

19   A    Yes.

20   Q    And at one point you were one of the founding members in

21   the Maryland section; is that correct?

22   A    Yes.

23   Q    Okay.  The cross where the person puts two arms in front

24   of themselves -- and just let the record reflect, I'm putting

25   two arms in front of myself.  That is not necessarily a BGF

Cross-examination – Gray (By Mr. Francomano)

1    sign; is that correct?

2    A    True.

3    Q    Now, you talked about the 33s; is that correct?

4    A    Yes.

5    Q    One of the 33s is death is the only way out?

6    A    Yes.

7    Q    But that's not exactly true?

8    A    Exactly.

9    Q    Because if you testify, you're out; correct?

10   A    Yeah.

11   Q    And if you're found to be on paper, meaning that you're

12   found to be cooperating with the police, you're out?

13   A    Yes.

14   Q    And there's situations where if people think you are

15   cooperating in the situation where you're not on paper,

16   meaning it's not written down anywhere, you won't be trusted

17   anymore and you can be thrown out for that too?

18   A    Yes.

19   Q    And there are some instances where someone can have their

20   oath taken away; is that correct?

21   A    Yes.

22   Q    And that's when another member says, "You're no longer in

23   the gang, I'm taking your oath"?

24   A    Yes.

25   Q    Now, back on September 11th, 2015, you met with the

1    government; is that correct?

2    A    Yes.

3    Q    All right.  And when you met with them, you talked about

4    the Greenmount Regime, you talked about BGF; correct?

5    A    Yes.

6    Q    All right.  But you didn't say anything about my client,

7    Mr. McCants?

8    A    No.

9    Q    Okay.  And then you met with them again about 11 days

10   later on September 22nd, 2015.  And once again, you provided

11   information about the BGF, their members; is that correct?

12   A    Yes.

13   Q    And that time you were shown 105 photographs; is that

14   right?

15   A    Yes.

16   Q    So you remember that one?

17   A    Yes.

18   Q    And at that one you didn't make any mention of

19   Mr. McCants; correct?

20   A    No, I couldn't -- he just didn't look familiar to me.

21   Q    So 11/9/2015, you met again with the government and you

22   made no mention of Mr. McCants; right?

23   A    Exactly.

24   Q    And then 11/10/2015, you met with the government again,

25   made no mention of Mr. McCants.

1    A    Yeah.

2    Q    And then 11/16/2015, you met with the government again,

3    made no mention of Mr. McCants again; correct?

4    A    Correct.

5    Q    And then 11/17/2015, you again met with the government

6    and still made no mention of Mr. McCants.

7    A    Correct.

8    Q    And then also on 11/25/2015, met with the government

9    again, talked about the BGF, members of the Greenmount Regime,

10   but made no mention of Mr. McCants.

11   A    Right.

12   Q    Then 12/9/2015, met with the government again, talked

13   about BGF, made no mention of Mr. McCants that day either.

14   A    Correct.

15   Q    And then January 15th, 2016, met with the BGF, spoke

16   about the Greenmount Regime, Stimey and Rut, but you made no

17   mention of Mr. McCants that day either.

18   A    Correct.

19   Q    Then on February 29th, 2016, met with the government

20   again, made no mention of Mr. McCants.

21   A    Correct.

22   Q    And March 21st, 2016, met with the government.  You still

23   made no mention of Mr. McCants; correct?

24   A    Correct.

25   Q    And then on May 16th, 2016, you actually testified at

1    trial for about a day, does that sound right?

2    A    Yeah.

3    Q    Okay.  And at that trial you made no mention of

4    Mr. McCants.

5    A    He had nothing to do with the trial.

6    Q    Okay.  Now, on August 19th, 2016, you were shown a

7    picture by the government in another interview; is that

8    correct?

9    A    Yes.

10    Q    And that was a picture of Mr. McCants; correct?

11    A    Yes.

12    Q    And you said, "I recognize his face."

13    A    Exactly.

14    Q    Okay.  You didn't say anything else about him at that

15    meeting; correct?

16    A    Not that -- not that I know of.  I just remember his

17    face.

18    Q    Right.  You didn't say, well, he committed this crime?

19    A    Like I said yesterday, only thing I usually hear about

20    him, Digga, was that he was like a mischievous kid.

21    Q    All right.  So what I'm getting at is that the 13

22    meetings you had prior to the one in November, the only thing

23    you ever said about Mr. McCants is, "I know his face"?

24    A    Yeah.

25    Q    All right.  So the meeting in November 2001 -- excuse me,

1    sorry, the meeting on November 1st, 2017, they again show you

2    his picture; right, and again you say, "I know his face."

3    A    Yes.

4    Q    And you don't say, "I know his name," you don't say, "I

5    know where he lives."

6    A    Right, and I don't.

7    Q    And once again, you don't say he committed any crimes.

8    You just said he gets -- he's mischievous; right?

9    A    He's mischievous.

10   Q    But at some point in that interview, at the very last

11   part of it, you don't say Digga, somebody says that to you;

12   correct?

13   A    I ain't sure how I found out his main name -- I mean, his

14   nickname.

15   Q    Well, did you say --

16   A    No, I never said Digga.  I never knew his name because I

17   only recognized his face.

18   Q    Okay.  So somebody must have said to you "tell us about

19   Digga," because if you don't know his name; right?

20   A    Yeah.

21   Q    Okay.  And that's when you said, you know --

22   A    He mischievous.

23   Q    He's mischievous.

24   A    Yeah.

25   Q    But you also said he's BGF?

Cross-examination - Gray (By Mr. Francomano)

1    A    Yeah, because the people that show me him -- the people

2    that was with -- that showed me him, that's how I remembered

3    his face.

4    Q    What do you mean by the people --

5    A    Me and Stimey was together.

6    Q    I'm sorry, say that again?

7    A    Me and Stimey was together.  Stimey used to mess with

8    either him and -- Stimey his sister father.  Stimey a

9    high-ranking member of the BGF.

10   Q    But you've never actually met Mr. McCants?

11   A    No, I ain't never.  No, but I know exactly who he is

12   because Stimey showed me who he was.

13   Q    Right.  But you've never had a conversation with him?

14   A    No.

15   Q    You've never met with him, you've never seen him on the

16   street?

17   A    No.

18   Q    You don't know how old he is?

19   A    No.

20   Q    You don't know where he lives?

21   A    No.

22   Q    You don't know who his mother is?

23   A    No.

24   Q    You don't know who his sponsor is?

25   A    No.

1   Q    Okay.  You don't know when he took the oath?

2   A    No.

3   Q    You don't know if he took an oath?

4   A    Yes, I do.

5   Q    Okay.  Well, let me ask you this:  If you know he took an

6   oath, when did he take it?

7   A    I don't know when Geezy took an oath.  I know he took an

8   oath.  I don't know when most of the members of the BGF took

9   their oath, but I know they took oaths.

10  Q    You never saw him in a meeting; correct?

11  A    No, I don't have to -- I didn't have to go to no meeting

12  that he was at.

13  Q    When you testified for the government yesterday, you

14  explained that some bush members told you?

15  A    Exactly.

16  Q    So you don't have any knowledge yourself that he's BGF;

17  correct?

18  A    Yes, because I was with a bush member when he told me

19  that he was J, that he was BGF.

20  Q    But you don't know that; correct?

21  A    Yes, I do.  If they tell me that he's J, and they in

22  charge of that neighborhood, then he's J in that

23  neighborhood.

24  Q    Once again, you personally don't have knowledge of that;

25  correct?

1    A    Yes, I do.

2    Q    From other people telling you?

3    A    Exactly.

4    Q    Okay.

5         MR. FRANCOMANO:  I have no further questions,

6    Your Honor.

7         THE COURT:  Now redirect.  Mr. Martinez.

8                    REDIRECT EXAMINATION

9    BY MR. MARTINEZ:

10   Q    Mr. Gray, I want to try and cover some of the topics that

11   came up on cross in the order they were brought up.  Do you

12   remember Mr. O'Toole asking you several questions yesterday

13   about the guy in YGF who was bucking and didn't want to join

14   BGF?

15   A    Yes.

16   Q    And do you remember him asking you about what you meant

17   when you told Will to take care of the problem?

18   A    Yes.

19   Q    And that you said you meant for that person to be killed;

20   right?

21   A    Yes.

22   Q    So do you remember the questions where you were asked

23   when Will said it was taken care of, you had no reason to

24   doubt him; right?

25   A    Yes.

1    Q    And remember all the questions about did you feel

2    remorse, did you know whether that person had a family?

3    A    Yes.

4    Q    So when you were talking to Will about what to do with

5    this YGF guy who didn't want to join, can you tell us who Will

6    was working with in Greenmount to deal with that guy?

7    A    Geezy.

8    Q    Thank you.  Now, you were also asked questions about why

9    you weren't charged for information that you provided to the

10   information during debriefings.  Do you remember those

11   questions?

12   A    Yes.

13   Q    Under your plea agreement, were there promises made to

14   you by the government regarding what would be done with

15   information you provided during interviews, so long as it was

16   truthful?

17   A    Yes.

18   Q    What were those conditions?

19   A    In the plea offer -- in the proffer they said anything I

20   say wouldn't be held against me.

21   Q    And that's in exchange for your truthful information;

22   correct?

23   A    Yes.

24   Q    And at that time were you charged and had you pled guilty

25   to a federal offense.

1   A    Yes.

2   Q    And what was the maximum sentence for that federal

3   offense?

4   A    Life.

5   Q    Thank you.  Mr. Francomano asked you some questions about

6   a bunch of the -- he went through -- I lost count of how many

7   meetings that you had with the government, but do you remember

8   those questions?

9   A    Yes.

10  Q    During those meetings did you tell them everything you

11  knew or were you just answering the questions you were

12  asked?

13  A    Answering the questions I was asked.

14  Q    And when you sat down with the government and you were

15  asked about topics, did they cover BGF generally?

16  A    Yes.

17  Q    Did they cover BGF in West Baltimore?

18  A    Yes.

19  Q    Did they cover BGF in South Baltimore?

20  A    Yes.

21  Q    Did they cover BGF in the jails?

22  A    Yes.

23  Q    Did they cover bushmen all over town?

24  A    Yes.

25  Q    Was there ever -- until you met with myself and

1    Agent James in August of 2016, was there ever a meeting that

2    focused specifically on Mr. Johnson or the

3    Greenmount Regime?

4    A    No.

5    Q    And even during that meeting did you just answer the

6    questions you were asked?

7    A    Yes.

8    Q    Was Mr. McCants -- or were any questions about Digga

9    asked during that meeting?

10                  MR. FRANCOMANO:  Objection, Your Honor.

11                  THE COURT:  Overruled.

12    Q    (BY MR. MARTINEZ)  You can answer.

13    A    Which one, which meeting?

14    Q    When we met in August of 2016.

15    A    Yes.

16    Q    Were any questions asked of you about Digga?

17    A    Yes.  They showed me pictures and asked me did I know

18    him.

19    Q    Right.  But did anybody tell you whose name was on that

20    picture?

21    A    No.

22    Q    Did anyone mention the name Digga during that meeting?

23    A    No.

24    Q    So far as you're concerned, when was the first time

25    somebody asked you a question and mentioned the name Digga and

1    said, "Are you familiar with Digga?"

2    A    It was during one of the meetings.

3    Q    Right.  And I'm trying to get the timing of that.

4    A    I can't recall.

5    Q    Okay.  Well, when Digga came up -- let me ask you this:

6    Did you meet with prosecutors on November 1st?

7    A    Yes.

8    Q    And during that meeting, were you then asked, "Are you

9    familiar with a individual named Digga?"

10   A    Yes.

11   Q    And were you asked is Digga in BGF?

12   A    Yes.

13   Q    And at that point in time, what did you say?

14   A    Yes.

15   Q    Yes, what?

16   A    Yes, he's in BGF.

17   Q    Okay.  And you knew that because you had had

18   conversations with Rut and Stimey, bush members in East

19   Baltimore who ran the neighborhood; is that correct?

20   A    Yes, they ran the neighborhood.  They know who was in

21   their regime.

22   Q    And they -- under the protocol of the gang, they report

23   to you; correct?

24   A    Exactly.

25   Q    And is part of that reporting obligation telling you

1    who's J in the neighborhood?

2    A    Yes.

3              MR. MARTINEZ:  Court's indulgence.

4              No further questions, Your Honor.

5              THE COURT:  Thank you.  May the witness be excused,

6    defense counsel?

7              MR. O'TOOLE:  He may.

8              THE COURT:  No objection.  The witness is --

9              MR. FRANCOMANO:  Your Honor, I just have one

10   question.

11             THE COURT:  Well, that's not what I asked you.  May

12   he be excused or do you plan to call him later?  The

13   examination for now has ended.  It's just simply a question of

14   whether he's been excused.

15             MR. FRANCOMANO:  Yes, Your Honor.

16             THE COURT:  You may be excused.  Thank you.

17             Next witness.

18             MS. HOFFMAN:  The government will call

19   Brian Rainey.

20             THE COURT:  Brian Rainey.  In custody?

21             MS. HOFFMAN:  Yes.

22             THE COURT:  Thank you.

23             Stop right there, sir.  Please stand and face our

24   clerk.

25             THE CLERK:  Sir, please raise your right hand to be

1    placed under oath.

2                          BRIAN RAINEY

3    called as a witness, being first duly sworn, was examined and

4    testified as follows:

5                THE WITNESS:  Yes.

6                THE CLERK:  Thank you, sir.  You may enter the

7    witness box and watch your step.  And sir, if you would please

8    speak into the microphone.  You can adjust the mike.  If you

9    would speak directly into the microphone, state your first and

10   last name and spell your first and last name.

11               THE WITNESS:  Brian Rainey, B-r-i-a-n,

12   R-a-i-n-e-y.

13               THE CLERK:  Thank you, sir.

14                       DIRECT EXAMINATION

15   BY MS. HOFFMAN:

16   Q    Good morning, Mr. Rainey.  How are you?

17   A    Good.

18   Q    How old are you?

19   A    49.

20   Q    Did you grow up here in Baltimore?

21   A    Yes.

22   Q    Whereabouts?

23   A    Liberty Heights first and then down near

24   Pennsylvania Avenue.

25   Q    Is that West Baltimore?

Direct Examination - Rainey (By Ms. Hoffman)

1    A    Yes.

2    Q    I take it you're presently incarcerated.

3    A    Yes.

4    Q    What offense were you convicted of that led to your

5    incarceration?

6    A    Armed robbery.

7    Q    And how long have you been incarcerated for that

8    offense?

9    A    Seven years.

10   Q    Were you incarcerated for a period of time before that as

11   well?

12   A    Yes.

13   Q    And was that also for a robbery?

14   A    Yes.

15   Q    Did you join a gang when you were in prison?

16   A    Yes.

17   Q    What gang was that?

18   A    Black Guerilla Family.

19   Q    And when did you first join approximately?

20   A    August of 2006 -- I mean, 20- -- I mean, 1996, I'm

21   sorry.

22   Q    That's okay.  So you first joined BGF in 1996.

23   A    Yes.

24   Q    And where were you incarcerated at that time?

25   A    In the Maryland House of Correction, Jessup.

Direct Examination - Rainey (By Ms. Hoffman)

1    Q    Is that also sometimes referred to as the Cut?

2    A    Yes.

3    Q    What was your position when you first joined BGF?

4    A    At first I was what's called as a sleeper.

5    Q    And what's a sleeper?

6    A    A sleeper is an individual that's a part of BGF, but the

7    main population doesn't know, only the heads of BGF.

8    Q    Okay.  Is it sort of like undercover BGF?

9    A    Yes.

10   Q    Did you eventually officially join BGF?

11   A    Yes.

12   Q    Have you ever heard of the Original 15?

13   A    Yes.

14   Q    What is the Original 15?

15   A    That would have -- it's actually Original 17.  It's 17

16   guys, the first 17 that came over as BGF.

17   Q    Okay.  And is that in Maryland specifically?

18   A    Yes.

19   Q    Okay.  Can you remember some of the -- well, first of

20   all, were you a member of the Original 17?

21   A    Yes.

22   Q    And can you remember some of the other members of that

23   group?

24   A    Yes.  Joe Edison, Pizza, Hot Rod, Mike Gray.

25   Q    Okay.  I'm going to show you what's been marked as

Direct Examination - Rainey (By Ms. Hoffman)

1    Government's Exhibit No. PHI 33.  Do you recognize this

2    person?

3    A    Yes.

4    Q    Who is that?

5    A    Mike Gray.

6    Q    Okay.  Mr. Rainey, how did you first gain membership in

7    BGF?

8    A    Well, when I first went to the Cut, I was what you call a

9    wild child.  I was just running around doing a whole bunch of

10   crazy stuff.  And an individual that was in the dorm with me

11   had pulled me up.  It's when BGF had first came to Maryland

12   and asked me to read the history.  And from there I agreed and

13   I was -- been doing work ever since.

14   Q    Have you heard of a sponsor?

15   A    Yes.

16   Q    Did you have a sponsor when you joined BGF?

17   A    Yes.

18   Q    And who was your sponsor?

19   A    Robert Nedd, Pizza.

20   Q    Okay.  Did you have to learn about BGF's history in order

21   to join?

22   A    Yes.

23   Q    Did you have to learn about BGF's rules in order to

24   join?

25   A    Yes.

Direct Examination - Rainey (By Ms. Hoffman)

1   Q    And when you started out, you mentioned you were a

2   sleeper?

3   A    Yes.

4   Q    When you became officially BGF, what was your first

5   rank?

6   A    In the field.

7   Q    Okay.  And what does it mean to be in the field?

8   A    In the field is just -- you just a part of the regime.

9   You have no authority.

10  Q    Okay.  Is it sort of like a foot soldier?

11  A    Yes.

12  Q    Did you work your way up through the ranks of BGF while

13  you were incarcerated?

14  A    Yes.

15  Q    What sorts of things helped you work your way up the

16  ranks in BGF while you were incarcerated?

17  A    My ability to be violent.

18  Q    Okay.

19  A    And also I had good rapport with a lot of the inmate

20  population.

21  Q    Was BGF involved in criminal activity in the jail while

22  you were there?

23  A    Yes.

24  Q    What sorts of criminal activities were they involved

25  in?

Direct Examination – Rainey (By Ms. Hoffman)

1    A    We had drugs, prostitution, extortion, hits, things like
2    that.
3    Q    And when you say extortion, what do you mean?
4    A    Meaning if somebody's in the jail selling drugs, we would
5    get a cut, we would get the 10 percent cut.
6    Q    All right.  And would -- how would you get a cut from
7    them, would you threaten them?
8    A    Basically we let them know if you going to continue
9    getting drugs, then you have to pay your taxes.  If not, then
10   we would deal with you accordingly.
11   Q    How would you get drugs in jail?
12   A    Smuggle it through officers, smuggle it through the
13   visiting room.
14   Q    You also mentioned hits, what is a hit?
15   A    Hit is when somebody pays you to hurt somebody else.
16   Q    Did you eventually gain a special rank or title in BGF?
17   A    Yes.
18   Q    What was that?
19   A    An angel, also known as a joker.
20   Q    Okay.  Was it sometimes referred -- I didn't catch the
21   first part of what you said, did you say angel or death
22   angel?
23   A    Well, it's death angel.
24   Q    Okay.
25   A    Also known as a joker.

1    Q    Okay.  Thank you.  And what were your responsibilities as

2    an angel or death angel or joker?

3    A    My main thing was I used to deal with disputes within the

4    bubbles and bush.  I had -- they would -- if somebody did

5    something wrong and they needed to be stabbed or whatever,

6    only people that can stab another bush member is an angel or

7    another bush member.  So I had authority to carry out that

8    mission.

9    Q    Okay.  And did you assault other inmates in your role as

10   the death angel for BGF?

11   A    Also in the field too, both.

12   Q    Okay.  Did you assault quite a lot of inmates in your

13   role as death angel?

14   A    Yes.

15   Q    Do you know the exact number?

16   A    Between 20 and 30.

17   Q    Okay.

18   A    And that's been since '96 all the way up to 2010.

19   Q    Okay.  And you said until 2010, what happened in 2010?

20   A    2010 I was incarcerated and I was beefing with a younger

21   comrade that was on some crazy stuff.  So he tried to have me

22   harmed.

23   Q    Okay.  And did you eventually leave BGF?

24   A    Yes.

25   Q    When did you leave BGF?

Direct Examination – Rainey (By Ms. Hoffman)

1    A    In 2010, beginning, around January, February 2010.

2    Q    Okay.  I want to back up a little bit and talk about the

3    general structure of BGF.  How is BGF structured at the city

4    level?

5    A    On the street?

6    Q    Yes.

7    A    Oh, the same way it is in institutions.  You have your

8    commanders all the way down to your education.

9    Q    Okay.  Sorry, did you say education?

10   A    Yes.

11   Q    And what do you mean by education?

12   A    Education is the guy that holds all the paperwork and he

13   teaches the new comrades coming in of the histories and the

14   22s, things like the rules.

15   Q    Okay.  Now, you mentioned before, I think you referred to

16   a BGF regime, what is a BGF regime?

17   A    A regime is like a unit, and we had different regimes in

18   different parts of town.

19   Q    Okay.  And are there also different regimes for different

20   jails in Maryland?

21   A    Yes.  Yes, every jail has its own regime.

22   Q    You also used the word bubble earlier, what is a

23   bubble?

24   A    A bubble is the senators of BGF.

25   Q    Okay.  Is it fair to say the bubble is the ranking

Direct Examination – Rainey (By Ms. Hoffman)

1    positions of the regime?

2    A    Yes.

3    Q    Okay.  Have you ever of the term bushman?

4    A    Yes.

5    Q    What's a bushman?

6    A    Bushman are the higher arks, they way up top, they in

7    charge of everything.

8    Q    Okay.  And is there a position even above the bushman?

9    A    Yes, supreme bush.

10    Q    Okay.

11    A    And gyedi, as it's known.

12    Q    Have you also heard the term hodari?

13    A    Yes, same thing as gyedi.

14    Q    Okay.  Is the -- is there a difference between the BGF

15    commander in the jails versus on the streets?

16    A    Basically, no.  It's still ran the same, basically.  We

17    have -- you have your C, you have your commander, your

18    lieutenant commander, the minister of justice, minister of

19    defense, the field marshals, field general, just like

20    incarcerated.

21    Q    Okay.  Now, the bushmen, you mentioned that they're the

22    overseers and you mentioned the gyedi and hodari are at the

23    top.

24    A    Yes.

25    Q    Are the bushmen in between the gyedi at the top and the

Direct Examination – Rainey (By Ms. Hoffman)

1    regimes at the bottom?

2    A    Yes.

3    Q    Now, I want to show you what's been previously marked and

4    come into evidence as Government's Exhibit DEM 1.

5    A    Yes.

6    Q    Mr. Rainey, is this a fair and accurate depiction of

7    BGF's structure at the city level?

8    A    Yes.

9    Q    Okay.  Now, you mentioned that Baltimore City has BGF

10   regimes on the street, is there one in the Greenmount Avenue

11   neighborhood of Baltimore?

12   A    Yes.  Actually, it's two regimes in Greenmount area.

13   Q    And what are those?

14   A    Those are the regular BGF and the YGF.

15   Q    Okay.  And we'll get to YGF in just a minute.  I want to

16   show you -- you mentioned a number of the positions at the

17   regime level.  I think you mentioned minister of education,

18   minister of justice, field marshal, field general.  I want to

19   show you know what's been previously admitted into evidence as

20   Government's Exhibit DEM 2.

21   A    Yes, that's the bubble.

22   Q    Okay.  So is this a fair and accurate depiction then of

23   the rank structure of the gang at the top where it says

24   bubble, here?

25   A    Yes.

Direct Examination - Rainey (By Ms. Hoffman)

1    Q    Okay.  Now, how does a prospective member of BGF become a

2    member, a full-fledged member of BGF typically, what do they

3    have to go through?

4    A    Well, they watch you -- well, actually, they watch you

5    before they even approach and see how you carry yourself and

6    then you become what's called a fox and that's when you just

7    starting out.  And you do different kind of hits maybe or your

8    ability to generate funds and things like that.  All that

9    comes into account.

10   Q    Okay.  And sorry, just backing up a minute, I did want to

11   touch briefly on some of the positions that are mentioned here

12   in this diagram and that you also mentioned.  Can you tell me

13   what the minister of justice does in BGF?

14   A    He's like the judge.  Any problem that comes up, you have

15   to put in a written report and say why I want this person

16   harmed, or you know, if somebody owes him money, it all go

17   through the justice.

18   Q    Okay.  And what about the minister of finance?

19   A    Finance is just to keep the bubble going.  Keep the

20   money, lawyers, commissary, things like that.

21   Q    Okay.

22   A    Reorder more drugs.

23   Q    What about the minister of defense?

24   A    The minister of defense, he carries -- he's the defense

25   guy.  He carries out -- well, he orders the -- whoever's in

1    the soldier he wants to go on a particular mission, and he

2    supplies the weaponry, handled with the sergeant of arms.

3    Q    And finally, what about the minister of education?

4    A    Like I say, he just he teaches, teaches everybody in the

5    regime.

6    Q    And teaches them -- what does he teach them?

7    A    Like I said, the history, things like that.  And

8    sometimes we may get paperwork from the West Coast and it goes

9    to the minister of education and the secretary and then they

10    distribute it out to all the regimes.

11    Q    Okay.  You mentioned the West Coast, is that where BGF

12    was first founded?

13    A    Yes.

14    Q    At the top here we have the commander, what does the

15    commander do?

16    A    He's the overseer of the whole bubble, he's the leader of

17    the whole bubble.

18    Q    So he calls the shots in the bubble?

19    A    Yes.

20    Q    What about the lieutenant commander?

21    A    The lieutenant commander does the same thing.  Actually,

22    the C, he really doesn't deal face to face with the regime.

23    The LTC does, the lieutenant commander.  And whatever the LTC

24    finds out, he take it to the commander.

25    Q    Okay.  Now, do BGF bubbles always work exactly the way

1    they're supposed to work in practice?

2    A    No.

3    Q    Okay.  But this is theoretically the structure of a BGF

4    regime; is that right?

5    A    Yes.

6    Q    Now, you mentioned that -- we talked about sponsors and

7    you also talked about having to do missions, I think you said,

8    to join the gang.  Is there also an oath?

9    A    Yes.

10   Q    And what is the oath?

11   A    The oath, verbatim or why we have it?

12   Q    You can just tell us in substance what it is.

13   A    Well, basically it's you pledging your allegiance to

14   BGF.

15   Q    Okay.  And how is it referred to, what is it called?

16   A    It's called the Two I's and Three S's -- I mean, Two S's,

17   Three I's.

18   Q    Okay.  Have you ever heard of the term Oatmeal?

19   A    Yes.

20   Q    What's the Oatmeal?

21   A    The Oatmeal is the oath.

22   Q    Okay.

23   A    Basically, sometimes they might say Oatmeal so people

24   don't know what you're talking about, but yeah.

25   Q    Okay.  You mentioned previously that your sponsor was

Direct Examination - Rainey (By Ms. Hoffman)

1    Robert Nedd or Pizza?

2    A    Yes.

3    Q    I'm showing you Government's Exhibit PHI 60, do you

4    recognize that --

5    A    Yes, that's Pizza.

6    Q    Did you say that is Pizza?

7    A    Yes.

8    Q    Are there rules of BGF?

9    A    Yes.

10   Q    And what are the rules calls?

11   A    The 22s.

12   Q    Okay.  Have you heard of the 33s?

13   A    Yes.

14   Q    What are the 33s?

15   A    It's still basically the rules, it's the 33 of conduct.

16   Q    Okay.  Can you give us some examples of some of the 22s

17   and 33s of BGF?

18   A    You never owe your brother money.  You never cooperate

19   with police.  You would defend your comrade at all cost.  If

20   you get into a fight, it must be spontaneous.  You can't plan

21   to go out and just jump on somebody without getting approval.

22   Q    What about guarding the secrets of the gang?

23   A    Yes, that's a part of the Oatmeal, this oath will kill

24   me.

25   Q    Is there a rule requiring payment of dues to the gang?

Direct Examination - Rainey (By Ms. Hoffman)

1   A    Yes.

2   Q    And what are the punishments for breaking these rules?

3   A    Well, it can go from writing an essay all the way to

4   getting stabbed.

5   Q    I'm sorry, I missed the first part of what you said.

6   A    I say it can be either from as small as writing an essay

7   all the way up to body beats, busted head, or getting stabbed

8   or killed.

9   Q    When you say writing an essay, what do you mean by

10  that?

11  A    You might have -- say that you robbed somebody without

12  getting permission, you would have to write an essay saying

13  why you did it and why it's harmful to the regime, why not

14  getting the okay and stuff of like that.

15  Q    Sort of like an apology letter?

16  A    Yeah.

17  Q    Okay.  And what is the punishment -- you mentioned one of

18  the rules is cooperating with the police, what's the

19  punishment for violating that rule?

20  A    Death.

21  Q    Are there any gang markings or symbols affiliated with

22  BGF?

23  A    Yes.

24  Q    Can you give us some examples?

25  A    The rifle and sword, cross, the 276, BGF in flames, or a

Direct Examination – Rainey (By Ms. Hoffman)

1   Eusi Gyedi Jamaa and that's BGF -- like a real family in

2   Swahili.

3   Q    So Jamaa is Swahili for family, I take it?

4            MR. ENZINNA:  Objection, Your Honor.

5            THE COURT:  Basis.

6            MR. ENZINNA:  Leading.

7   Q    (BY MS. HOFFMAN)  I'm sorry, you said Eusi --

8            THE COURT:  Stop.  Overruled.  You may continue.

9   A    Yes.

10  Q    (BY MS. HOFFMAN)  Did you say Eusi Gyedi Jamaa --

11  A    Eusi Gyedi Jamaa.

12  Q    I'm sorry, I pronounced it wrong.  So that's

13  Black Guerilla Family in Swahili?

14  A    Yeah.

15  Q    And the family part is the Jamaa?

16  A    Yes.

17  Q    And is it sometimes called J for short?

18  A    Yes.

19  Q    Are there sometimes BGF -- do people sometimes get

20  tattoos to show they're members of BGF?

21  A    Yes.

22  Q    And are the symbols that you just mentioned are those

23  frequently used as BGF tattoos?

24  A    And sometimes they put gorillas, which is not the gorilla

25  that we go by, but they put a picture of a gorilla.

Direct Examination - Rainey (By Ms. Hoffman)

1   Q    You mean the animal?

2   A    Yes.

3   Q    Okay.  Now, we mentioned -- we talked about dues.  What

4   do the dues consist of, how do BGF members make money?

5   A    Selling drugs, extortion, doing hits, anything,

6   prostitution.

7   Q    What about robbery?

8   A    Yes, of course.

9   Q    Okay.  Does BGF -- do the regimes hold meetings?

10  A    Yes.

11  Q    Have you been to BGF meetings?

12  A    Yes.

13  Q    Where are some places where BGF meetings might be held?

14  A    Sometimes we used to have them in the park because there

15  would be so many people.  We had it in a big garage and

16  different people homes.

17  Q    Okay.  When were you released from prison the first time

18  that you served a prison sentence for robbery?

19  A    In 2007.

20  Q    And did you return to Baltimore City when you were

21  released?

22  A    Yes.

23  Q    And when were you locked up again for the robbery charge

24  that you're currently serving time for?

25  A    In August of 2010.

Direct Examination - Rainey (By Ms. Hoffman)

1    Q    Okay.  So between 2007 and 2010, were you in Baltimore?

2    A    Yes.

3    Q    And whereabouts?

4    A    Everywhere.  Because of my position, I used to get sent

5    all over.

6    Q    Okay.  While you were on the streets between roughly 2007

7    and 2010, did you become familiar with a BGF regime that

8    operated in the Greenmount Avenue of Baltimore?

9    A    Yes.

10   Q    And you mentioned earlier YGF, and now I want to ask you,

11   what is YGF?

12   A    Young Guerilla Family.

13   Q    Was it affiliated with BGF?

14   A    Not at first.

15   Q    Okay.  What was the connection to BGF?

16   A    Well, the guy that started, he was BGF.  And the guys --

17   those guys was neighborhood friends.

18   Q    Okay.  Where did YGF operate?

19   A    On Guilford, on Barclay, all around that area,

20   Greenmount, 25th, all around there.

21   Q    And Guilford and Barclay, are those streets near

22   Greenmount?

23   A    Yes.

24   Q    Okay.  Who were the original leaders of YGF?

25   A    Only one I really knew was Geezy.

Direct Examination – Rainey (By Ms. Hoffman)

1    Q    And do you see Geezy in the courtroom today?

2    A    Yes.

3    Q    Could you point him out for the record here?

4    A    Right here.

5    Q    And maybe -- do you want to say an article of clothing

6    he's wearing?

7    A    A tan shirt.

8    Q    Thank you.

9            THE COURT:  Record will reflect that the witness has

10   identified the Defendant Johnson.

11   Q    (BY MS. HOFFMAN)  Are you familiar with someone named

12   Naim King?

13   A    Yes.

14   Q    Who was Naim King?

15   A    He was a bushman in the BGF.

16   Q    Was he -- did he have a connection to YGF?

17   A    Yes.

18   Q    How was he connected to YGF?

19   A    He was -- the YGF guys were all in his neighborhood.  And

20   he, you know, he would be with them.  And I guess that's how

21   they came up with -- well, putting their moniker on BGF -- I

22   mean, on YGF.

23   Q    Okay.  So you're saying Naim King and his role as a

24   bushman put his moniker on --

25   A    Yeah, he gave approval, but he didn't have the

Direct Examination - Rainey (By Ms. Hoffman)

1    approval.

2    Q    I see.  Did he -- to your knowledge, did he teach YGF

3    about BGF?

4    A    Yes.

5    Q    Okay.  Did YGF sell drugs in the Greenmount Avenue

6    area?

7    A    Yes.

8    Q    Did YGF carry out acts of violence in the

9    Greenmount Avenue area?

10   A    Yes.

11   Q    And did YGF gain a reputation for violence in the

12   Greenmount Avenue area?

13   A    Yes.

14   Q    Did the members of YGF eventually transition to BGF?

15   A    Yes.

16   Q    How did that happen?

17   A    When the higher-ups first found out about YGF, we were

18   told to tell that -- them they have to shut down because they

19   were too close to BGF and we didn't want to get mixed --

20   people to get mixed messages.

21   Q    And why did you not want people to get mixed messages?

22   A    Because they could do something and guys think they're

23   affiliated with us and go against our comrades and we don't

24   know anything about what's going on.

25   Q    Okay.  Who told you that you had to shut them down?

Direct Examination - Rainey (By Ms. Hoffman)

1    A    Donnie.

2    Q    And who's Donnie?

3    A    He's the citywide commander.

4    Q    At the time?

5    A    Yes.

6    Q    And when was this, approximately?

7    A    This was in 2007, the summer of 2007.

8    Q    So did you take steps to shut down YGF?

9    A    Yes.

10    Q    Can you tell us what happened?

11    A    Me and Sister Kim, another comrade, went over and

12   Sister Kim got out and talked to Geezy and them and told them

13   they had to shut down.

14    Q    So Geezy --

15    A    It came from the higher-ups that they had to shut down.

16    Q    Okay.  And do you know what the result of that meeting

17   was?

18    A    Well, eventually they changed their mind and said that we

19   could educate them and they stay under YGF, but they just have

20   the BGF rules.

21    Q    When you say they, who's they?

22    A    The bushmen.

23    Q    Okay.  So that would include Donnie?

24    A    Yes.

25    Q    So did YGF transition to BGF?

Direct Examination - Rainey (By Ms. Hoffman)

1    A    Yes.

2    Q    Okay.  Was there actually a second meeting that you had

3    with the members of the YGF after that first one?

4    A    Yes.  The second meeting was -- explained it to them that

5    the guys that wanted to stay on could come up as BGF.

6    Q    Okay.  I want to show you what's been marked as

7    Government's Exhibit PHI 45.

8    A    D.

9    Q    I'm sorry?

10   A    D.

11   Q    D, okay.  You're familiar with this person?

12   A    Yes.

13   Q    Was he a member of BGF?

14   A    Yes.

15   Q    Was he also a member of YGF?

16   A    Yes.

17   Q    Okay.  Now, I want to draw your attention to October of

18   2007.

19   A    Yes.

20   Q    Did there come a time when you learned that Naim King had

21   been murdered?

22   A    Yes.

23   Q    Were you in jail or were you on the streets at that

24   point?

25   A    I was on the street.

Direct Examination – Rainey (By Ms. Hoffman)

1    Q    How did you find out he died?

2    A    Sister Kim called me and told me.

3    Q    And you mentioned that Sister Kim was another comrade.

4    A    Yes.

5    Q    And just for the record, to clarify, what is a comrade?

6    A    Comrade just a soldier.

7    Q    I'm sorry, I missed that.

8    A    It's just a soldier.

9    Q    Okay.  Did you attend a candle light vigil for

10   Naim King?

11   A    Yes.

12   Q    Where was that?

13   A    That was up on 25th.

14   Q    Were there other BGF members there?

15   A    Yes.

16   Q    Was Geezy there?

17   A    Yes.

18   Q    Was the person you referred to as D, was he there?

19   A    Yes.

20   Q    Did you find out who had killed Naim King at that

21   vigil?

22   A    Yes.

23   Q    What did you learn?

24   A    That dude Nique had killed Naim and they knew where he

25   was at at that time.

Direct Examination – Rainey (By Ms. Hoffman)

1    Q    When you say they, who are they?

2    A    Whoever talked to Sister Kim and Donnie and them told him

3    where he was at.

4    Q    So Sister Kim and Donnie were the ones who told you that

5    Nique had killed Naim King?

6    A    Yes.

7    Q    Were the members of BGF, were they angry that Naim King

8    had been killed?

9    A    Yes.

10   Q    And were there plans put in motion to retaliate?

11   A    Yes.

12   Q    Were you involved?

13   A    Yes, I was sent.

14   Q    Tell us what happened.

15   A    Me, D, and a guy Bullet Head, because we were armed, we

16   were sent to Kenwood, down Kenwood, further down east.  And so

17   we was on our way and then almost halfway there they called us

18   back.

19   Q    And when you went on your way to Kenwood, what were you

20   intending to do?

21   A    Shoot.

22   Q    And shoot who specifically?

23   A    Oh, Nique.

24   Q    Okay.  So you found out that he was somewhere on Kenwood

25   and you left to go and shoot him.

Direct Examination – Rainey (By Ms. Hoffman)

1    A    Yes.

2    Q    And did you say that Little D went with you?

3    A    Yes.

4    Q    And you said that you were armed?

5    A    Yes.

6    Q    And you also said that D was armed?

7    A    Yes.

8    Q    And then you said you got called back, why did you get

9    called back?

10    A    Well, at the time we didn't know.  They just said to turn

11    around.  So when I got back, Sis said, "They told me to call

12    you all back."  She said, "I don't know what's going on, but

13    they just said to call you back."

14    Q    Okay.  What was D's reaction when you got called back?

15    A    He was pissed like everybody else, basically.

16    Q    Did you eventually learn why the hit was called off?

17    A    Yes.

18    Q    What did you learn?

19    A    Because they had made agreement for him, Nique, to start

20    supplying the BGF with drugs.

21    Q    You said Nique was supplying BGF with drugs?

22    A    Yes.

23    Q    In exchange, they decided not to kill him?

24    A    Yes.

25    Q    Prior to that occasion, had you been locked up with D?

Direct Examination – Rainey (By Ms. Hoffman)

1    A    Yes.

2    Q    And what was his reputation in the jail?

3    A    He was a good comrade, he followed orders, went on with

4    his missions.

5    Q    When you say missions, what do you mean?

6    A    Like if we had to harm somebody or something like that.

7    Q    Okay.  And did that have something to do with why you

8    picked him for your hit team?

9    A    No.  Basically, he knew what the dude looked like, so

10   that's why he came.

11   Q    Gotcha.  Now, to your knowledge, did Geezy eventually

12   become BGF?

13   A    Yes.

14   Q    And did you have a role in his becoming BGF?

15   A    Yes, we had education and central laundry.

16   Q    You said central laundry, what's central laundry?

17   A    It's a minimum security prison.

18   Q    So you were incarcerated at one point with Geezy?

19   A    Yes.

20   Q    Approximately when was that?

21   A    It was in 2008.

22   Q    So you were locked up at some point in time in 2008?

23   A    Yes.

24   Q    What was that for?

25   A    Violation.

Direct Examination - Rainey (By Ms. Hoffman)

1   Q     Violation of your probation?

2   A     Parole, yeah.

3   Q     Okay.  Now, what exactly was your role with respect to

4   Geezy's joining BGF?

5   A     Just to educate him on the BGF paperwork.

6   Q     Okay.  Were you his sponsor?

7   A     I wouldn't say his sponsor, but I just helped educate

8   him.

9   Q     What did you teach him?

10  A     Just the history, the 22s, things like that.  A bushman

11  asked me to assist him in that.

12  Q     Okay.  A bushman asked you to educate Geezy?

13  A     Yeah.

14  Q     Did you have to require Geezy to perform any missions in

15  order to join BGF?

16  A     Well, I'm sure -- because they never asked me to, so I'm

17  sure he already proved himself.

18  Q     Is that what you heard from the bushmen?

19  A     Yes.

20  Q     Did you give Geezy his oath?

21  A     No.

22  Q     Who gave him his oath?

23  A     I don't know.  It may have been the --

24  Q     That's okay.

25  A     Burl.

Direct Examination - Rainey (By Ms. Hoffman)

1   Q    You don't have to speculate.  I'm sorry, I didn't mean to

2   ask you something you don't know.

3       Now, you mentioned earlier that Geezy was the leader of

4   YGF, do you know what his role was when he converted to BGF?

5   A    Yeah.  He was like the bushmen to YGF, the way the

6   bushmen are to us.  But he's just a -- the top of YGF.

7   Q    Okay.  So he called the shots for that regime of BGF?

8   A    Yes.

9   Q    And we're still talking about the Greenmount BGF Regime;

10  is that right?

11  A    Yes.

12       MS. HOFFMAN:  I have no further questions.  Thank

13  you.

14       THE COURT:  Thank you, Ms. Hoffman.  Ladies and

15  gentlemen, we'll take our morning break.  During this recess

16  do not discuss the case with anyone.  Do not discuss the case

17  even among yourselves.  Do not allow yourselves to be exposed

18  to any news articles or reports that touch upon this case or

19  the issues it presents or articles or reports that relate to

20  any of the participants in the case.  Avoid all contact with

21  any of the participants in the trial.  Do not make any

22  independent investigation of the law or the facts of the case.

23  Do not look up anything relating to the case or its

24  participants on the internet.  Do not consult an encyclopedia

25  or a dictionary.  We will take a 15-minute recess.  Please

```
 1   take the jury out.

 2            (Jury left the courtroom.)

 3            THE COURT:  15-minute recess.

 4            (A recess was taken.)

 5            THE COURT:  Ready for the jury?  Let's bring them.

 6            (Jury entered the courtroom.)

 7            THE COURT:  Be seated, please.  Mr. Enzinna,

 8   cross-examination.

 9            MR. ENZINNA:  Yes, thank you, Your Honor.

10                     CROSS-EXAMINATION

11   BY MR. ENZINNA:

12   Q    Good afternoon, Mr. Rainey.  My name is Paul Enzinna.  I

13   represent Gerald Johnson, who you spoke about earlier.

14   A    Yes.

15   Q    You mentioned earlier that you are currently

16   incarcerated; is that correct?

17   A    Yes.

18   Q    And where is that?

19   A    In MCIH.

20   Q    In --

21   A    Maryland Correction House in Hagerstown.

22   Q    I think you said that you have served seven years of that

23   sentence.

24   A    Yes.

25   Q    How long is that sentence?
```

Cross-examination – Rainey (By Mr. Enzinna)

1    A    30 years.

2    Q    30 years, so you have 23 years left.

3    A    Yes.

4    Q    You said you're 49 years old.

5    A    Yes.

6    Q    That means in 23 years you'll be 72; correct?

7    A    Yes.

8    Q    And you're testifying here today in the hopes of reducing

9    that; correct?

10   A    Yes.

11   Q    Okay.  Now, I think you spoke earlier about people

12   smuggling things into the prison; correct?

13   A    Yes.

14   Q    Does that include drugs?

15   A    Yes.

16   Q    At one point in your life you used heroin; correct?

17   A    Yes.

18   Q    Do you still use heroin?

19   A    No.

20   Q    When did you stop?

21   A    In 2010.

22   Q    2010 when you were incarcerated?

23   A    Yes.

24   Q    And you talked earlier about being a member of BGF, the

25   Black Guerilla Family; correct?

Cross-examination – Rainey (By Mr. Enzinna)

1    A    Yes.

2    Q    And you were a member of Black Guerilla Family for --

3    from 1996 until 2010?

4    A    Yes.

5    Q    Okay.  Let me go back and ask you a question, you left

6    BGF in 2010; correct?

7    A    Yes.

8    Q    And you were incarcerated in 2010?

9    A    Yes.

10   Q    And when did you decide to begin testifying against

11   BGF?

12   A    Well, that -- it started in 2009.

13   Q    2009.

14   A    Yes.

15   Q    While you were still a member of BGF?

16   A    Yes.

17   Q    And how did you accomplish that, did you approach

18   somebody and say, hey, I want to testify?

19   A    No, they -- the DEA approached me.

20   Q    Okay.  In fact, you were at one point wearing a wire for

21   DEA; correct?

22   A    Yes.

23   Q    And serving as an informant?

24   A    Yes.

25   Q    While you were a member of BGF?

Cross-examination – Rainey (By Mr. Enzinna)

1    A    Yes.

2    Q    And did you record any illegal activity by BGF members?

3    A    Yes.

4    Q    Which members were those?

5    A    Sister Kim, Donnie, basically those two.

6    Q    Okay.  Did you ever testify against them?

7    A    No.

8    Q    Why not?

9    A    I didn't have to, I guess.  I don't know.

10   Q    Counsel said earlier that when you first joined BGF you

11   were what you called the sleeper.

12   A    Yes.

13   Q    And you described that as sort of an undercover role.

14   A    Yes.

15   Q    What's the purpose of that?

16   A    Because sometimes BGF will get in a situation that could

17   cause a real big war if they are associated with it, so I

18   would take out the hit, just like I'm just being rebellious.

19   So -- because they didn't know I was an agent of the BGF.

20   Q    How many hits did you take out as a sleeper?

21   A    As a sleeper, maybe 5, 10 maybe, at the most.

22   Q    Were those people you killed?

23   A    No.

24   Q    None of them?

25   A    No.

Cross-examination – Rainey (By Mr. Enzinna)

1    Q    What, did you stab them?

2    A    Yes.

3    Q    All of them?

4    A    Few were busted heads.

5    Q    Ever been prosecuted for any of those?

6    A    No.  Well, jailhouse prosecuted but not on the street.

7    You get what's called a ticket and then go to lock up.

8    Q    So you were disciplined within the prison system;

9    correct?

10   A    Yes.

11   Q    But you were never charged and tried and sentenced to any

12   additional term for those crimes?

13   A    No.

14   Q    Okay.  All right.  Now, when you talked about BGF

15   earlier, you mentioned some of the things that BGF did,

16   including drug distribution, prostitution, extortion; anything

17   else?

18   A    Robberies, killings.

19   Q    So would it be accurate to say that BGF did basically

20   whatever it could to advance its own interests?

21   A    At times.

22   Q    So it's sort of an opportunistic kind of organization?

23   A    Yes.

24   Q    When it finds a situation where it can profit it takes

25   advantage of that?

1    A    Yes.

2    Q    Now, you talked earlier about -- well, first of all, I'm

3    a little confused because you said earlier that you were in

4    prison from 1994 until 2007; correct?

5    A    Yes.

6    Q    For armed robbery.

7    A    Yes.

8    Q    Then you said you went back in prison in 2010.

9    A    Yes.

10   Q    But then you came back and said that in 2008 you were in

11   prison.

12   A    Right.  I went back in 2008 for a violation, then I came

13   home, and then that's when I -- in 2010 I caught the robbery

14   charge.

15   Q    Okay.  So when in 2007 were you released?

16   A    In -- I believe it was April 2007.

17   Q    April.

18   A    Yes.

19   Q    And when did you go back in in 2008?

20   A    In December.

21   Q    December '08?

22   A    Yeah, around -- it was either December or January, around

23   in there.

24   Q    So December '08, January '09?

25   A    No, '08.

1   Q    So December '07, January '09 -- I'm sorry, December '07

2   January '08?

3   A    Yes.

4   Q    Okay.  And how long were you in?

5   A    About a year.

6   Q    So you would have gotten out in December '08 or

7   January '09?

8   A    Yeah, around there.  Around the end of '08.

9   Q    Okay.  And when you said you were in for a violation,

10  that's a violation of your parole?

11  A    Yes.

12  Q    So you served about 13 years of that sentence; correct?

13  A    Yes.

14  Q    How long was that sentence -- how long was the sentence

15  supposed to be?

16  A    Well, it was supposed to be ten years, then I got another

17  five.

18  Q    For what?

19  A    Drugs.

20  Q    In the prison?

21  A    No, at home.  I was on the box, on the home monitor.

22  Q    I see.  So let me make sure I understand, you were

23  arrested for armed robbery.

24  A    Yes.

25  Q    And was it while you were awaiting trial for armed

1    robbery that you were on home monitoring and got --

2    A    No, no.  I had completed -- I was almost done of the ten

3    years, so I was on home monitoring, then I caught a drug

4    charge while on home monitoring, and they gave me another five

5    years, so I just went right back.

6    Q    Okay.  So you were in from 1994 until sometime in 2004

7    when you were released.

8    A    Yes.

9    Q    And you were on home monitoring.

10   A    Right.

11   Q    And you were --

12   A    Actually, it was in -- around 2002 I went -- 2002, 2003,

13   around in there somewhere, I went to home monitoring and I

14   caught the drug charge and came back.

15   Q    Let me back up.  In 1994 you were convicted of armed

16   robbery, and what was the sentence you received, ten years?

17   A    Ten years.

18   Q    Okay.  And then you say in 2003 you were released?

19   A    Around in there, yeah.

20   Q    On parole?

21   A    Yes.  Well, I wasn't actually released.  I was on home

22   monitor about to be released.

23   Q    How long were you on home monitoring?

24   A    A couple months before I caught the charge.

25   Q    Okay.  And what were the drugs you possessed?

Cross-examination – Rainey (By Mr. Enzinna)

1    A    Heroin.

2    Q    How much?

3    A    A few packs, maybe 50 pills.

4    Q    And you were still using at the time?

5    A    No, I was selling.

6    Q    You were selling?

7    A    Yes.

8    Q    Okay.  So you said earlier that you stopped using heroin

9    in 2010.

10   A    Yes.

11   Q    So if this is 2003 or so and you were not using then,

12   when did you start using?

13   A    I go back and forth.  I may quit for a few months and

14   then go right back.

15   Q    Okay.  You mentioned earlier that you were -- that you

16   wore a wire and were an undercover informant for the DEA;

17   right?

18   A    Yes.

19   Q    Why did you do that?

20   A    Because situations were coming up and things weren't

21   right and something needed to be done.

22   Q    Okay.  Let's unpack that.  You said a situation was

23   coming up, what situation?

24   A    It's just that BGF was going awry.

25   Q    How so?

Cross-examination – Rainey (By Mr. Enzinna)

1    A    It turned into a gang.

2    Q    Okay.  And this was in 2009?

3    A    Yes.

4    Q    So prior to that it was not a gang?

5    A    Yeah.  It started -- when we first started in '96, it was

6    basically a spin off of the Black Panther party.  We were just

7    revolutionists.  And then just as time went on it started

8    spinning out of control and we just started doing

9    everything.

10   Q    Well, let me stop you there.  You said you were

11   revolutionists.

12   A    Yeah.

13   Q    And you expressed your revolutionary program by

14   committing extortion?

15   A    No, that was a part of BGF.

16   Q    So there was no crime by BGF --

17   A    Well, see --

18   Q    -- prior to 2009?

19   A    Well, see, this is what I've been saying:  BGF has two

20   sanctions, it's Ben and it's Cambone.  Ben is the financial

21   part and Cambone is the political part.  We need -- you can't

22   have a political part without finance, so Ben was financing

23   our activities for our politics.

24   Q    Well, when did the crime start?

25   A    Well, it's always been.  It's always been, but it just

1    wasn't as wild as it is now.

2    Q    So when you joined in 1996, BGF was committing crimes?

3    A    Yes.

4    Q    But crimes that weren't wild.

5    A    Say that again.

6    Q    Crimes that weren't wild.

7    A    Well, it was different situations, you know.  But

8    basically our thing was, we black pride, you know.  And in

9    order to look out for our comrades, we had to generate funds.

10   And the way to generate funds, we would have groups that do

11   extortion, sell drugs, or whatever.

12   Q    So the issue was that the reason for the crimes

13   changed?

14   A    Yes.

15   Q    Okay.  So at -- prior to 2009 or so, the funds were being

16   stolen for revolutionary purposes to support your comrades?

17   Prior to 2009, the crimes were being committed to generate

18   funds to support --

19   A    Oh, yes.

20   Q    -- revolutionary purposes?

21   A    Yes.

22   Q    After that it became, what?

23   A    Just gang, everybody for himself.

24   Q    Everybody for himself.

25   A    Yeah.  And that started around 2004 maybe.  Started

Cross-examination – Rainey (By Mr. Enzinna)

1    because we started recruiting younger because around that time

2    the Bloods and the Crips were getting up numbers.  And there

3    was a lot of young guys, so we started recruiting younger to

4    deal with the younger guys.  Because when I came over, the

5    average age for BGF member was maybe 27, 28, on up.  Now, BGF

6    you can find as young as 16.

7    Q    And this was in the 2004 or so?

8    A    Yes, that's when it really started changing over.

9    Q    In fact, you told the ATF that that youth movement

10   starting in 2000; right?

11   A    Yes.

12   Q    All right.  Now, you talked about becoming a member of

13   BGF.

14   A    Yes.

15   Q    And you said that someone had to be identified and

16   selected.

17   A    Yes.

18   Q    Right.  That you would judge someone based on how they

19   carried themselves.

20   A    Yeah.

21   Q    And say, that looks like a good potential member.

22   A    Yes.

23   Q    And then that person had to be educated.

24   A    Yes.

25   Q    They had to take an oath.

Cross-examination – Rainey (By Mr. Enzinna)

1    A    Yes.

2    Q    And they had to go on a mission.

3    A    You go on a mission before you get your oath.

4    Q    Okay.  All right.  And you also said that -- well, let me

5    ask you this:  You said you were in central laundry on your

6    violation?

7    A    Yes.

8    Q    For about a year.

9    A    Well, I wasn't there the whole time, the whole year I was

10   locked up.  I was at -- then I went down to the

11   penitentiary.

12   Q    Okay.  How long were you at central laundry?

13   A    I don't know, a few months.

14   Q    A few months.

15   A    Yeah.

16   Q    In the beginning of that term?

17   A    Yes.

18   Q    So from roughly December --

19   A    Maybe around February till March, April, I got checked

20   in.

21   Q    So two or three months?

22   A    Yes.

23   Q    And --

24   A    It may have been longer than that, I can't remember.

25   Q    How much of that time did you overlap with Mr. Johnson?

1    A    Well, basically the whole time I was there.

2    Q    He was there the entire time you were there?

3    A    He came a little bit after me I believe.

4    Q    How much after you?

5    A    I don't know.

6    Q    Couple weeks?

7    A    I don't know.

8    Q    A month?

9    A    I don't know how long I was there before he came.

10    Q    Were you in the same cell as Mr. Johnson?

11    A    No, it's in dormitories.  I was in the dormitory across

12    from him.

13    Q    Across from him, so when did you spend time with

14    Mr. Johnson?

15    A    Well, Darril -- one of the bush members, we had classes

16    and he just told me to work with him.

17    Q    Okay.  You had classes.

18    A    Yes.

19    Q    And those classes were authorized by the prison?

20    A    No.

21    Q    Okay.

22    A    BGF classes.

23    Q    Well, when did they take place?

24    A    I think it was on a Thursday or a Friday -- no, that

25    definitely wasn't Friday.  It was maybe a Wednesday or

1    Thursday and then on Saturdays we had what you call a J day.

2    Q    What's a J day?

3    A    J day is when all the comrades come together and just

4    talk about events that's going on.

5    Q    Well, I guess what I'm asking is not so much what day of

6    the week did they take place, but what -- when during the

7    prison day did you have an opportunity to have those

8    classes?

9    A    We had them in the evening.

10   Q    Okay.  What I'm getting at is, in the prison there's a

11   dormitory; right?

12   A    Yes.

13   Q    And in the dormitory there are cells; correct?

14   A    No.

15   Q    No?

16   A    Just dormitories.

17   Q    I see.  Okay.  So when you're in the dormitory, you can

18   socialize with each other?

19   A    Yes.

20   Q    All right.  So you had these classes with Mr. Johnson.

21   A    Yes, he wasn't the only one.  There was other guys that

22   was in the class too.

23   Q    And so that's how you educated him, in these classes?

24   A    Yes.

25   Q    You also said to become a member you had to be a fox

1    first; right?

2    A    Yes.

3    Q    Was Mr. Johnson a fox?

4    A    I don't know, because when he came over he was already

5    YGF, so I don't know what steps Naim took.

6    Q    Okay.  And you said earlier that Mr. Johnson did not have

7    to undertake a mission.

8    A    No, not at central laundry, no.  What he did somewhere

9    else, I don't know.  But not when I was there.

10   Q    Okay.  But normally to become a member you have to do a

11   mission --

12   A    Yes.

13   Q    Okay.  You also -- I think you said that you did not know

14   whether or not Mr. Johnson took an oath.

15   A    No, he took an oath, but I don't know exactly who gave

16   him the oath.

17   Q    You don't know who gave it to him.

18   A    Right.

19   Q    When did he take the oath?

20   A    I don't know.

21   Q    You don't know.

22   A    I don't know because I left.

23   Q    You left.

24   A    Yeah, I went to the pen.

25   Q    Then how do you know he took the oath?

1    A    Huh?

2    Q    How do you know he took the oath?

3    A    Because he was a BGF member.  You can't be a BGF member

4    without taking the oath.

5    Q    So you're assuming he took the oath?

6    A    I guess you can say that.

7    Q    All right.  Now, you mentioned YGF; right, the

8    Young Guerilla Family?

9    A    Yes.

10    Q    And I want to make sure I understand what YGF was.  What

11    I understood you to say was that BGF originally decided to

12    shut down YGF because they didn't want people to be confused

13    and think that YGF was BGF.

14    A    Yes.

15    Q    Is that right?

16    A    Yes.

17    Q    So YGF began as something that was not started by BGF.

18    A    Well, it was one BGF member, and basically it was just a

19    neighborhood group.

20    Q    Okay.  And these were young kids; right?

21    A    Yeah, they were younger, yes.

22    Q    Okay.  And BGF thought that they were too violent and

23    too --

24    A    Well, because of their name, they didn't want us to

25    get -- people to get mixed up because it could be dangerous.

Cross-examination – Rainey (By Mr. Enzinna)

1    Q    Okay.  And did YGF use BGF's governing rules?

2    A    Yes.

3    Q    They did?

4    A    Yes.

5    Q    So when you said YGF transitioned to BGF, did all the

6    members of YGF have to go through the BGF membership

7    process?

8    A    No, they would -- the guys that wanted to come up as BGF,

9    they could.  If they wanted to stay as YGF, they could.

10    Q    They could?

11    A    Yeah.

12    Q    Were any of them ever told if they didn't become BGF,

13    they would be killed?

14    A    No.

15    Q    Were any killed?

16    A    I don't know.  Not to my knowledge, not for not being

17    BGF.

18    Q    So did YGF continue -- well, so you said that you

19    initially went to shut down BGF -- YGF; correct?

20    A    Yes.

21    Q    You and Kim.

22    A    Yes.

23    Q    When was that, 2007?

24    A    Yes.

25    Q    So you were released from prison in, I think you said

1    April of 2007.

2    A    Yes.

3    Q    And then at some point after that, you and Kim shut down

4    YGF.

5    A    Yes.

6    Q    Or started to shut down YGF.

7    A    Right.

8    Q    How long was it after you got out of prison?

9    A    I do not know.

10    Q    Was it in the summertime, in the spring, the fall?

11    A    It was getting ready to be cold.

12    Q    So probably in the fall --

13    A    Yeah.

14    Q    -- of 2007.

15    A    Yeah, I don't know exact, you know, month, but yeah.

16    Q    Okay.  And --

17    A    It had to be longer than three months because that's when

18    I bought my vehicle.  And that -- so it was around in there,

19    that time.

20    Q    So it had to be after July of '07?

21    A    Yeah.

22    Q    And you said you went back into prison in 2007;

23    correct?

24    A    2008.

25    Q    2008.  You said earlier that you thought it was December

1    of '07 or January of '08.

2    A    It was around January or February of '08.

3    Q    Okay.  All right.  So if -- okay.  But you said a

4    decision was made not to shut YGF down.

5    A    Yes.

6    Q    Who made that decision?

7    A    I have no idea.

8    Q    Who communicated it?

9    A    The bushmen.

10    Q    Who told --

11    A    Somebody in the bushmen.

12    Q    Okay.  Who told you about it?

13    A    Sister Kim told me, Sister Kim and Geronimo told me.

14    Q    Sister Kim and?

15    A    Geronimo.

16    Q    Who's that?

17    A    He was a field marshal at the time.

18    Q    A field marshal?

19    A    Yes.

20    Q    Of a regime?

21    A    Yes.

22    Q    What regime?

23    A    The South Baltimore Regime.

24    Q    Was he a bushman?

25    A    No.

1    Q    Was Kim a bushman?

2    A    No.

3    Q    But they -- presumably, the order would have come from a

4    bushman?

5    A    Yes.

6    Q    So after the initial decision to shut down YGF, how long

7    was it until the decision to incorporate YGF into BGF?

8    A    Not long at all, maybe two weeks.

9    Q    Maybe two weeks.

10    A    Maybe.

11    Q    What happened during those two weeks?

12    A    I guess they talked about it, I don't know.  When they

13    call me and tell me to go somewhere and do something, that's

14    what I did because it's already decided.

15    Q    So you were told to shut it down and you went and told

16    them to shut down.

17    A    Yes.

18    Q    And then two weeks later did you go back and tell them

19    don't shut down?

20    A    Yes.  Then that's when I explained to them they need to

21    educate theirselves and stay under YGF.  The ones that wanted

22    to come up could.

23    Q    Okay.  So did YGF cease to exist at that time?

24    A    No.

25    Q    It continued to exist?

1    A    Yes.

2    Q    And how long -- for how long did it continue to exist?

3    A    Until now I guess.

4    Q    Was BGF not concerned about the fact that it did not have

5    control over those YGF members?

6    A    Well, we had -- because they used to look up at us, so we

7    had control.  You know, well, supposed to been control.

8    Q    Wait.  If you had control over YGF, why was it necessary

9    to bring some of the members into BGF?

10   A    Because they just wanted to step up.

11   Q    They wanted to step up.

12   A    Yes.

13   Q    Okay.  But you let the other people continue to operate

14   as YGF.

15   A    Yes.  YGF basically was just a neighborhood group.  You

16   see, BGF, we're all over Baltimore.  YGF at that time was just

17   a neighborhood group.

18   Q    And YGF was allowed to do what it wanted; right?

19   A    Yes.

20   Q    So if YGF wanted to kill somebody, they could kill

21   somebody, they didn't have to ask BGF permission?

22   A    Well, yeah, they supposed to got permission.

23   Q    I don't understand that, did BGF control YGF or not?

24   A    Yes, yes.

25   Q    They did?

1   A    They did.  That's why they came on to us, because that

2   way we could control, you know -- and stuff we could -- we had

3   an idea of what was going on.  And they just wasn't doing

4   stuff without us knowing because, like I said, that could be

5   dangerous.

6   Q    So -- all right.  Let's shift gears.  In -- we talked a

7   little bit about Naim; correct?

8   A    Yes.

9   Q    And you said that Naim was involved with YGF.

10  A    Yes.

11  Q    It was his neighborhood kids who wanted to belong to the

12  BGF.

13  A    Yes.

14  Q    And there came a time when Naim was killed.

15  A    Yes.

16  Q    And he was killed by Nique.

17  A    Yes.

18  Q    And Nique is actually Henry Mills.

19  A    Yes.

20  Q    Now, Nique was not a gang member, was he?

21  A    No.

22  Q    But he -- why did he kill Naim?

23  A    It was over drug territory, I believe.

24  Q    So Nique had sold drugs.

25  A    Yes.

1   Q    But not as a member of a gang.

2   A    Yes.

3   Q    He was independent.

4   A    Yes.

5   Q    So there were people operating in this area who were not

6   members of gangs?

7   A    Some, yes.

8   Q    Okay.  All right.  And you talked about the vigil you

9   attended.

10  A    Yes.

11  Q    And the order that was given to make a hit.

12  A    Yes.

13  Q    But you were called back.

14  A    Yes.

15  Q    And the reason you were called back was because?

16  A    Well, at that time we didn't know.

17  Q    Okay.  But I think what you said, and correct me if I'm

18  wrong, was that BGF -- somebody higher up in BGF decided it

19  would make more sense to get drugs from Nique; correct?

20  A    Yes.

21  Q    Now, was that something new or something that had been

22  ongoing?

23  A    Oh, that goes on a lot.  That goes on a lot.

24  Q    Well, let me make sure you understand what I'm asking.

25  Was Nique supplying drugs to somebody higher up in BGF before

1    he killed Naim?

2    A    I don't know because I had no deals with Nique at that

3    time.

4    Q    Okay.  So you don't know if the people higher up in BGF

5    who called off the hit did it because they were already

6    getting drugs from Nique or because they wanted to get drugs

7    from Nique?

8    A    Right, I don't know.

9    Q    Okay.  Now, here's what I don't understand, there's a BGF

10   oath; right?

11   A    Yes.

12   Q    And the oath says you have to protect your brother;

13   right?

14   A    Yes.

15   Q    Now, Naim was a brother; right?

16   A    Yes.

17   Q    So normally the oath would require you to take revenge on

18   Nique, wouldn't it?

19   A    Yes.

20   Q    But some members of the BGF could just say, well, we see

21   a more profitable use of this, so we're just not going to

22   worry --

23   A    Basically they would delay it.

24   Q    They delayed it.

25   A    It was bound to happen sooner or later, but just at this

1    time we could use him.

2    Q    I see.  Who authorized the hit?

3    A    I have no idea.

4    Q    It wasn't --

5    A    Some bush members, I don't know.

6    Q    It wasn't you?

7    A    No.

8    Q    It wasn't Sister Kim?

9    A    No.

10   Q    It would have to be a bush member; right?

11   A    Yes.

12   Q    A hit had to be authorized by a bush member.

13   A    Yes.

14   Q    Okay.

15        MR. ENZINNA:  I have nothing further.  Thank you.

16        THE COURT:  Mr. Bussard.

17        MR. BUSSARD:  No questions.  Thank you.

18        THE COURT:  Mr. Francomano.

19        MR. FRANCOMANO:  Briefly, Your Honor.

20        THE COURT:  Yes.

21                    CROSS-EXAMINATION

22   BY MR. FRANCOMANO:

23   Q    Mr. Rainey --

24   A    Yes.

25   Q    -- the YGF and the BGF are two separate groups;

1    correct?

2    A    Yes.

3    Q    So from somebody from YGF to go to BGF, they would have

4    to take the oath, admission, everything else; correct?

5    A    Well, they was already under the oath, so it's just

6    basically an education process they go through.  But from what

7    I understand is that Naim did all that without getting

8    permission.  That's why initially it was told to shut down

9    because Naim had no permission to start the group.

10   Q    So it wasn't sanctioned by the BGF; correct?

11   A    Right.

12           MR. FRANCOMANO:  That's all my questions, Your

13   Honor.

14           THE COURT:  Redirect.

15                    REDIRECT EXAMINATION

16   BY MS. HOFFMAN:

17   Q    Mr. Rainey, there were a lot of questions on cross about

18   the dates when things happened, when your violation happened,

19   exactly what date range you were in prison, when you met with

20   YGF.  Is it fair to say you don't remember the exact dates

21   when those happened?

22   A    Right.

23   Q    You're giving an estimate?

24   A    Yes.

25   Q    Okay.  Mr. Rainey, are the rules of BGF always followed

1    strictly in practice?

2    A    Supposed to be.

3    Q    Well, what about in practice, though?

4    A    Meaning what?

5    Q    So they're supposed to be followed.

6    A    Yes.

7    Q    Are they always followed?

8    A    Oh, not always, but they're supposed to be.

9    Q    Okay.  Is it possible for the commander of a regime to

10   authorize a hit?

11   A    Yes.

12   Q    So when you said on cross that a bushman would have to

13   order a hit, in practice, however, commanders would sometimes

14   order hits?

15   A    Actually, see, the commander -- well, actually, really

16   the justice does that, but they run it across the commanders

17   and things like that.  Where if it's a situation that could

18   get real big, then they will consult the bush member to see

19   what they think about, if we do this, this is the fallout that

20   could happen.  And they will say, yeah, okay, I agree with it

21   or not.

22   Q    Thank you.  I think --

23   A    Very seldom do they actually say you go do this, because

24   the bushmen take care of their own.  And that's what I was a

25   part of.

1    Q    Mr. Rainey, do you have a written plea agreement with the

2    government at this point?

3    A    No.

4    Q    Have any promises been made to you about whether your

5    sentence will be reduced or to what extent?

6    A    No.

7                MS. HOFFMAN:  No further questions.

8                THE COURT:  Thank you.  May the witness be excused?

9                MR. ENZINNA:  Yes, Your Honor.

10               MR. FRANCOMANO:  Yes, Your Honor.

11               MR. BUSSARD:  Yes, Your Honor.

12               THE COURT:  Witness is excused.

13               Next witness.

14               MS. HOFFMAN:  Your Honor, the next witness will be

15   Detective John Hayden, who's going to be a pretty lengthy

16   witness and we do have to get some video exhibits teed up.  So

17   this might be a good time to take the lunch break.

18               THE COURT:  Let me see counsel.

19               (Bench conference on the record.)

20               THE COURT:  Okay.  Don't suggest to me when we

21   should take lunch or a break.  It puts me in a box with the

22   jury.  Now if I say no and some of them want to go to lunch,

23   then they'll be very disappointed.  It's fine for you tell me

24   what the situation is with the next witness, but that's all

25   you have to tell me.  I'll take care of the planning and

1    timing.

2            That said, I agree with your statement, but it's

3    mainly because I need to have a consultation with all of you

4    in chambers.  So we'll stop now for lunch and resume after --

5    maybe it starts at 1:00 -- we'll say 2:05.  You can step back.

6            (The following proceedings were had in open court.)

7            THE COURT:  Ladies and gentlemen, we will now stop

8    for our lunch break.  Do not discuss the case with anyone

9    during the lunch break.  Don't discuss it even among

10   yourselves.  Do not allow yourselves to be exposed to any news

11   articles or reports that touch upon the case or the issues

12   that it presents or any articles or reports that relate to any

13   participates in the case.  Avoid all contact with any

14   participants in the trial.  Do not make any independent

15   investigation of the law or the facts in the case.  Do not

16   look up anything related to the case on the internet.  Do not

17   consult an encyclopedia or a dictionary.  This is again one of

18   those times that I have to address some matters outside of

19   your hearing.  And so we will ask you to come back at 5

20   minutes after 2:00 o'clock.  That's one hour and 30 minutes

21   from now.  One hour and 30 minutes.  Please take the jury out.

22           (Jury left the courtroom.)

23           THE COURT:  Recess until 2:05.

24           (A recess was taken.)

25           THE COURT:  Are we ready for the jury?

1        MR. MARTINEZ:  We are, Your Honor.

2        MR. ENZINNA:  Yes, sir.

3        THE COURT:  Bring them in.

4        (Jury entered the courtroom.)

5        THE COURT:  Be seated, please.  The government may

6    call their next witness.

7        MS. HOFFMAN:  The government calls

8    Detective Jonathan Hayden.

9        THE COURT:  Detective Hayden, please come forward

10   here all the way to the witness box, stand there, and face our

11   clerk.

12       THE CLERK:  And sir, if you would please raise your

13   right hand.

14                  DETECTIVE JONATHAN HAYDEN

15   called as a witness, being first duly sworn, was examined and

16   testified as follows:

17       THE WITNESS:  I do.

18       THE CLERK:  Thank you sir, please have a seat in the

19   witness box and watch your step.  And Detective, if you would

20   please speak directly into the microphone, state your first

21   and last name, and spell your first and last name.

22       THE WITNESS:  Detective Jonathan Hayden,

23   J-o-n-a-t-h-a-n, H-a-y-d-e-n.

24       THE CLERK:  Thank you.

25       THE COURT:  Your witness.

```
 1                         DIRECT EXAMINATION

 2    BY MS. HOFFMAN:

 3    Q     Good afternoon, Detective Hayden.

 4    A     Good day to you.

 5    Q     How are you employed?

 6    A     I'm employed by the Baltimore City Police Department,

 7    currently assigned to the Bureau of Alcohol, Tobacco, Firearms

 8    and Explosives as a Task Force officer.

 9    Q     What is a Task Force officer?

10    A     A Task Force officer is -- I'm a city detective

11    cross-designated and deputized by the Marshals to work federal

12    cases involving guns, gangs violence, to bring forward for

13    federal prosecution.

14    Q     How long have you been a Baltimore City police

15    detective?

16    A     Little over 20 years.

17    Q     How long have you been assigned to ATF as a Task Force

18    officer?

19    A     About nine and a half years.

20    Q     In your capacity as a BPD detective and Task Force

21    officer, have you been involved in an investigation into a BGF

22    regime operating in the Greenmount Avenue corridor of

23    Baltimore?

24    A     Yes, I have.

25    Q     What is BGF?
```

 1    A    BGF stands for Black Guerilla Family.  It was a gang

 2    actually started in the prisons and now it's predominant on

 3    the streets in Baltimore City.

 4    Q    What was your role in the investigation?

 5    A    I'm actually one of the lead investigators of this

 6    investigation.

 7    Q    Were there other law enforcement officers and agencies

 8    involved in the investigation?

 9    A    There were numerous local state and other federal law

10    enforcement officers and agencies involved in this

11    investigation.

12    Q    Approximately when did the investigation begin?

13    A    The city, Baltimore City, actually began investigating

14    crimes of violence in this specific area around 2005, ATF got

15    involved in the investigation in 2011, and I personally got

16    involved in late 2012, early 2013.

17    Q    Can you tell us where, geographically, the investigation

18    was focused?

19    A    Geographically, the location of the investigation is in

20    East Baltimore.  It's bordered on the north on 25th Street, on

21    the south on Federal Street, on the west is Guilford Avenue,

22    and on the east is Greenmount, with a couple offshoots like

23    Cokesbury and the top of Loch Raven.

24    Q    I'm going to show you Government's Exhibit DEM 3.  Can

25    you tell us what we're looking at here?

1    A    Sure.  The map on the left is actually just a map of

2    Baltimore City with a square around the general proximity of

3    the geographical area of the investigation.  The map to the

4    right is actually the box blown up.  If you can see to the

5    top, it shows 25th Street, bottom to the south is Federal, and

6    then Guilford and Greenmount Avenue, which was actually the

7    area of investigation.

8    Q    Okay.  And is that the little offshoot on Cokesbury?

9    A    Yeah, and the top little triangle is Cokesbury Avenue.

10   Q    Okay.  In your career with BPD, have you ever been

11   assigned to this section of the city?

12   A    Yes.  In 2000, I was part of the eastern initiative,

13   which was a uniform capacity.  Due to the violence, we were

14   sent to Eastern District.  The squad I was in was actually

15   detailed to Greenmount Avenue and Barclay Street.  After 2000,

16   I became part of the Mobile Enforcement Team, which was still

17   centered in East Baltimore because I had become familiar with

18   it, our squad stayed in that area.  I then moved up to the

19   organized crime division.  Again, we were still in East

20   Baltimore and had daily run-ins and investigations in East

21   Baltimore as well as this general area there.  And also, as

22   part of the ATF back in 2011, we got assigned the Eastern

23   District as part of our area of investigation.

24   Q    So is it fair to say that you're familiar with the

25   streets and landmarks in this area?

Direct Examination – Hayden (By Ms. Hoffman)

1    A    Yes.

2    Q    I want to talk about some of the investigative techniques

3    that were involved in this investigation.  Did you interview

4    witnesses in the course of your investigation?

5    A    During the course of this investigation, I estimate over

6    100 witnesses were interviewed.  Those were people that were

7    arrested in and around the area, members of BGF, former

8    members of BGF, also just citizens on the street that were not

9    involved in criminal activity.

10   Q    The witnesses you interviewed, have they always been

11   cooperative?

12   A    A lot of times, no.  A lot of them were fearful to even

13   talk to us.  Part of the investigative strategy is to build a

14   rapport with people to try to get them to give us information

15   because people on the street see more than we could actually

16   see.

17   Q    Have you ever had to relocate witnesses to address safety

18   concerns?

19   A    Yes.  Several witnesses, especially in this

20   investigation, have actually been moved out of the city and

21   out of the state.

22   Q    Have you also conducted wiretaps as part of your

23   investigation?

24   A    Yes.  Back in 2013 from August to November, we conducted

25   a state wiretap investigation, which over the time, we

1    intercepted eight phone lines with over 28,000 phone calls and

2    text messages in real-time relating to several of the members

3    of the gang in this area.

4    Q    Did you intercept any of the defendants in those wiretap

5    calls and texts?

6    A    During the wiretaps and calls, we intercepted

7    Mr. Gerald Johnson talking about drug dealing.  We intercepted

8    Mr. Jones talking about one of his instances, was trying to

9    get rid of a firearm.  We also intercepted other individuals

10   and gang members in the area talking about narcotics,

11   shootings, and crimes of violence.

12   Q    I'm going to show you Government's Exhibit CD 11, are you

13   familiar with this item?

14   A    Yes.

15   Q    What is it?

16   A    This is a CD of wire call excerpts that have been

17   selected and placed onto a CD.

18   Q    Was there also an FBI wiretap that intersected with this

19   investigation?

20   A    Yes, there was.  In early 2017, the FBI had a separate

21   wire investigation ongoing on someone named Deandre Dorsey.

22   During that time, Mr. McCants, who is also one of the

23   defendants, was intercepted on that wire call talking about

24   drug dealing and actually committing shootings.

25   Q    All right.  We'll come back to the wire calls a little

1    later in the case.  But did you also conduct physical

2    surveillance of the defendants and other members of the

3    gang?

4    A    Yes.  During the time of the wiretap we would actually

5    use closed circuit television, which are cameras set up along

6    the city.  I think there's over 500 cameras in the city that

7    we could view real-time scenarios from the wire room and from

8    off-site locations.  We would use that to assist in making

9    arrests for handgun, narcotics violations, when they

10   occurred.

11   Q    Did you also collect and review CCTV footage relating to

12   murders and shootings?

13   A    Yes.  We -- any time there was a murder or shooting or

14   crime of violence, we would collect the CCTV camera.  Also if

15   there were private security cameras in the area, those would

16   also be collected.

17   Q    What about ballistic and fingerprint evidence?

18   A    Basic -- again, whenever there's a shooting, murder,

19   homicide, the Baltimore City Crime Lab would come out.

20              MR. BUSSARD:  Objection, Your Honor.

21              THE COURT:  Basis.

22              MR. BUSSARD:  May we approach.

23              THE COURT:  Yes.

24              (Bench conference on the record.)

25              THE COURT:  Mr. Bussard.

Direct Examination – Hayden (By Ms. Hoffman)

1          MR. BUSSARD:  I think I just heard your voice.

2          THE COURT:  I don't think so.

3          MR. BUSSARD:  Your Honor, this is the part we were

4    concerned with the other day about the ballistics evidence.

5    He's saying that everything was collected by crime scene

6    techs.  We need the crime scene techs here as part of the

7    chain of custody.

8          MS. HOFFMAN:  I'm not going to have him testify

9    about any specific seizures.  I'm just having him describe

10   general investigative techniques.

11         MR. BUSSARD:  If that's as far as we go, as long as

12   we're not putting on evidence.

13         MS. HOFFMAN:  No evidence.

14         THE COURT:  I don't think we've gotten to that

15   point.

16         MR. O'TOOLE:  There's something he's doing -- if I

17   could just make an observation.  Counsel's asking the

18   question, "Did you intercept calls?"  And he says, "Yes,

19   Mr. Johnson and drugs."  Then, "Any other calls?"  "Yes,

20   Mr. Jones and guns."  He's sort of picking what he wants to

21   say, not responsive -- he's more than responsive to the

22   question.  If the Court could somehow just keep him responsive

23   to the question and not volunteering extraneous information.

24         THE COURT:  Well, is there anything that is

25   inadmissible about the extraneous information?  Suppose she

1    had asked him, did you intercept Mr. Johnson on any telephone

2    calls, would you have an objection to that?

3            MR. O'TOOLE:  Well, if she just said yes -- if she

4    asked that question, his answer would be yes.

5            THE COURT:  So really what the Court's concern is,

6    is whether or not any inadmissible information is coming in.

7    I don't hear it.  And number two, whether the question that's

8    being asked is somehow improper.  I don't think that's

9    happening either.  The fact that he volunteers more, yes, that

10   can sometimes be dangerous, but only if he starts to add

11   information that is inadmissible.  I mean, think this through:

12   What would your objection be?  It would be nonresponsive.  All

13   right.  Suppose I sustained that.  Then, "Well, Mr. Hayden,

14   did you pick up Mr. Johnson in particular on any of those

15   phone calls?"  "Yes, I did."  What would the objection to that

16   be?

17           MR. O'TOOLE:  It would be the same because I didn't

18   speak well the first time.  What I'm saying is, he said not

19   only Mr. Johnson, he asked Mr. Johnson about drugs and then

20   asked Mr. Jones about guns.  So if the question is not asked

21   what the conversation was that he intercepted, perhaps he

22   should just answer the question and then wait for the next

23   question, if she wants to know about what was the substance of

24   it.

25           THE COURT:  I don't know that there is anything

1    improper about him answering more than was asked unless it

2    starts to cross a line and starts to supply information or

3    evidence that is itself not admissible.  That hasn't happened

4    yet.  I recognize, yes, there's some peril associated with

5    this style, but nothing's crossed the line.

6              MR. O'TOOLE:  Thank you.

7              (The following proceedings were had in open court.)

8              THE COURT:  Overruled.  You may continue.

9    Q    (BY MS. HOFFMAN)  So Detective Hayden, I think you were

10   in the middle of answering a question about general

11   investigative techniques involving ballistic and fingerprint

12   evidence.

13   A    So basically whenever there's a crime of violence,

14   ballistic evidence would be collected, which are bullet

15   fragments, shell casings, a firearm, if it's actually

16   recovered at the scene.  Those would then be submitted to be

17   processed.  Fingerprints would also be collected, if evident,

18   and submitted as well for comparison.

19   Q    What about undercover purchases of drugs, were any of

20   those done?

21   A    We sent several undercover officers into the area to

22   actually purchase narcotics from individuals in the area and

23   members of the BGF.

24   Q    Were there also cell phones recovered belonging to the

25   defendants and other members of the gang?

Direct Examination – Hayden (By Ms. Hoffman)

1    A    There were cell phones recovered from Mr. Johnson, also

2    Wesley Brown, and several others from which we recovered text

3    messages, photos, videos, historical location information of

4    where the phones were at certain times.

5    Q    Did you also execute search warrants on social media

6    accounts belonging to the defendants and some of their

7    co-conspirators?

8    A    Yes.  We did approximately 11 Facebook accounts, several

9    Instagram, and also YouTube search warrants to the individuals

10   to which we had found their screen names and Instagram user

11   names.

12   Q    I'm going to approach and show you

13   Government's Exhibit SM 3, SM 5, SM 6, SM 7, SM 8, SM 9, and

14   SM 10.

15        THE COURT:  Can you repeat those please a little bit

16   more slowly.

17        MS. HOFFMAN:  SM 3, SM 5, SM 6, SM 7, SM 8, SM 9,

18   and SM 10.

19   Q    (BY MS. HOFFMAN)  And you can pull those out of their

20   folders.  Are you familiar with those exhibits?

21   A    Yes, ma'am.  These are actually the -- basically

22   abbreviated business records from Facebook and the social

23   media warrants that we had executed identifying the

24   individuals' screen names and user names for Facebook and

25   Instagram.

Direct Examination - Hayden (By Ms. Hoffman)

1    Q    And when you say abbreviated, they're selected excerpts
2    from those returns?
3    A    Yeah, they're selected excerpts, basically not the entire
4    business record they sent us because of the numerous pages
5    that it was -- that they were.  And also, they are basically
6    ones that we had pulled out.
7    Q    And have you had a chance to go through them thoroughly
8    before today?
9    A    Yes.
10   Q    Are they accurate excerpts of the business record returns
11   from Facebook, Instagram -- Facebook and Instagram?
12   A    Yes, they are.
13   Q    Okay.  All right.  So we're going to come back to the
14   social media exhibits, but for now I'm going to show you
15   Government Exhibit CD 3.  Are you familiar with this
16   exhibit?
17   A    Yes.
18   Q    What is it?
19   A    It's a CD containing videos from Gerald Johnson's
20   Instagram account.
21   Q    And were those videos part of the business record returns
22   from Instagram?
23   A    Yes, they were.
24   Q    I'm now going to show you Government's Exhibit CD 9, are
25   you familiar with this exhibit?

1   A    Yes.

2   Q    What is this?

3   A    These are also excerpts of YouTube videos that were

4   seized during the execution of the search warrant through --

5   for YouTube.

6   Q    Okay.  So there were also search warrants executed on

7   YouTube accounts?

8   A    Yes.

9   Q    In the course of the investigation, did you also review

10  jail calls made by the defendants?

11  A    Yes.  Several times one of the techniques to get --

12  gaining information are listening to jail calls.  One of --

13  the purpose of the jail calls are because at the beginning of

14  the jail calls actually, it's stated that this call is being

15  recorded.  So we will listen to jail call to see if any

16  information is being passed either through code words or being

17  used by other persons different, ID numbers, because they know

18  that the phone call is being recorded, so sometimes they'll

19  speak in code that sometimes the cooperators will help us

20  understand.

21  Q    Okay.  I'm going to show you Government's Exhibit CD 4.

22  Are you familiar with this exhibit?

23  A    Yes, I am.

24  Q    What is it?

25  A    These -- this is a disk of jail call excerpts that we've

1    downloaded and recorded to a disk.

2    Q    All right.  So again, we're going to come back to those

3    jail calls a little later in the case.  Was there also a

4    covert recording device placed in a common area of the

5    detention center?

6    A    Yes.  In an unrelated investigation, the FBI had actually

7    placed an audio/video recording device in the central -- or

8    Chesapeake Detention Facility, which is a federal pretrial

9    holding facility, in one of the common areas.  During that

10   time Mr. McCants and another member of the BGF, Norman Handy,

11   were actually recorded.

12   Q    I'm showing you Government's Exhibit CP 15, what are we

13   looking at here?

14   A    That is Norman Handy making the Black Guerilla crossed

15   arms X.

16   Q    As part of your investigation, did you also photograph

17   the defendant's tattoos?

18   A    Yes.  I actually photographed them in the U.S. Marshal

19   holding cell last Tuesday, I believe, which was the 21st.

20   Q    Did you also execute search warrants at residences used

21   by the defendants?

22   A    Yes, I did.

23   Q    I want to talk about one of the search warrants.  Did you

24   assist with the execution of a search warrant at

25   1716 Latrobe Street on April 26th, 2016?

1    A    Yes, I did.

2    Q    Who was the target of the search warrant there.

3    A    Wesley Brown, also known as Wes or Shike White.

4    Q    I'm showing you now page 14 of Government's Exhibit SM 3,

5    which I believe you previously identified as excerpts from a

6    Facebook account.  What are we looking at here?

7    A    It's a little grainy, but that's Wesley Brown standing

8    with Gerald Johnson in the photo.

9    Q    The location of the search warrant, 1716 Latrobe Street,

10   is that in BGF Greenmount Regime's territory?

11   A    Yes, it is.

12   Q    I'm going to show you Exhibit DEM 3 again.

13             MR. BUSSARD:  Can you give that number again?

14             MS. HOFFMAN:  DEM 3.

15   Q    (BY MS. HOFFMAN)  Can you show us where approximately the

16   search warrant was executed?

17   A    So basically -- I have fat fingers, but if this is

18   Barclay, it would be right around there.

19   Q    Thank you.  And now I'm showing you

20   Government's Exhibit GM 22, what are we looking at here?

21   A    This is actually a picture of 1700 block of

22   Latrobe Street.  The picture is oriented so -- actually, the

23   way the truck is facing is northbound and 1716 is, I believe,

24   the third house down on the left-hand side.

25   Q    What time of day was the search warrant executed?

Direct Examination - Hayden (By Ms. Hoffman)

1   A    It was approximately 4:15 in the morning.

2   Q    Was Wesley Brown located in the residence?

3   A    Yes, Wesley Brown and Brittany Carter were located in the

4   second floor rear bedroom.  Also, Ms. Lacritia Keene, who's

5   the leaseholder on the house was located in the residence.

6   And Tavon Thompson was located on the first floor.  And also

7   Wesley Brown and Brittany Carter's, I believe she was two at

8   the time, two-year-old daughter was with them in the second

9   floor rear bedroom.

10  Q    I'm showing you Government's Exhibit No. PHI 78, what are

11  we looking at here?

12  A    That's a picture of Tavon Thompson, also known as Man

13  Man, that was located in the house.

14  Q    Did you conduct a search of the house?

15            THE COURT:  The picture was located in the house?

16  A    No, he was located in the house.

17            MS. HOFFMAN:  I'm sorry.

18            THE COURT:  Next question.

19  Q    (BY MS. HOFFMAN)  Did you conduct a search of the

20  house?

21  A    Yes.

22  Q    What, if anything, of evidentiary value did you find in

23  the house?

24  A    In the kitchen we found Wesley Brown's photo ID, a pay

25  stub, and the BGF oath.  In the second floor rear bedroom we

1    found some more BGF paperwork, along with Soledad Brother.  We

2    found 52 gel caps of heroin, 16 blue top vials of cocaine,

3    also some packaging material, then on the shelf going

4    downstairs to the basement -- basement stairs going down,

5    there was a shelf, there was some more BGF paperwork located.

6    On Mr. Thompson we actually found 7 vials of cocaine.

7    Q    I'm going to start by showing you Government's

8    Exhibit 37, 38, and 41.  Can you identify these exhibits for

9    us?

10   A    Yes, 37 is the photo ID of Wesley Brown.

11   Q    And let me stop you there.  I'm going to show you on the

12   screen here Government's Exhibit PHE 37.  What are we looking

13   at here?

14   A    The photo that's in front -- a picture of the photo ID

15   that's in front of me of Wesley Brown.

16   Q    And can you identify Government's Exhibit 38 for us?

17   A    38 is the pay stub in the name of Wesley Brown.

18   Q    And I'm showing you Government's Exhibit No. PHE 38, what

19   are we looking at here?

20   A    A photograph of the pay stub.

21   Q    And can you identify Government's Exhibit 41 for us?

22   A    41 is the BGF oath.

23   Q    Okay.  And I'm going to show you Government's Exhibit

24   No. GP 1, what are we looking at here?

25   A    It's part of the BGF oath, the Two S's and Three I's,

1  that were located in the kitchen with his photo ID and pay

2  stub.

3  Q    And is this a photo of the document that you have in

4  front of you?

5  A    Yes.

6  Q    Now, you mentioned that you found other BGF paperwork in

7  the house, and I'm going to show you now Government's Exhibits

8  39 -- I'm sorry, I'm going to show you Government's Exhibits

9  39, 40, and 42.  Can you start by identifying Government's

10  Exhibit 42, if you can.

11  A    Excuse me.  Sure.  No. 42 is "Soledad Brother," the

12  prison letters of George Jackson, which was a book located

13  with other BGF paperwork in the second floor rear bedroom

14  closet.

15  Q    Is that the bedroom Wesley Brown was found in?

16  A    Yes, it was.

17  Q    I'm showing you on the screen now Government's

18  Exhibit GP 2, and what are we looking at here?

19  A    A photograph of the book that's in front of me.

20  Q    Was there anything of significance inside the book?

21  A    Inside the book there were two photographs of members --

22  or the defendants and other members of BGF that were located

23  inside the book.

24  Q    I'm going to show you Government's Exhibit No. PHE 39.

25  What are we looking at here?

1    A    A photograph of individuals.  It's Trevon White, known as

2    Country; Wes Brown, also known as Wes.

3              THE COURT:  Please go more slowly.

4    A    Sorry.  Gerald Johnson, who's Geezy; Ronald Hall, which

5    he's known as Cakes; and Delando Belton, who's an associate

6    who is known as Eggy.

7    Q    (BY MS. HOFFMAN)  And is that a photograph of the

8    photograph that you have in front of you?

9    A    Yes.

10   Q    Okay.  I'm going to show you Government's

11   Exhibit No. PHE 40.  And what are we looking at here?

12   A    Again, it's another photograph of the photograph I'm

13   looking at with Gerald Johnson, Geezy; Wes Brown, Wes; and

14   Delando Belton, Eggy; and an unknown individual in the back.

15   Q    And is Wesley Brown doing anything --

16   A    He.

17   Q    I'm sorry.

18   A    No, go ahead.

19   Q    Is Wesley Brown doing anything of significance?

20   A    In the photo he's holding up, he has his arms crossed and

21   he's holding up 2, 4 for 24th Street.

22   Q    I'm going to approach with Government's Exhibits 43, 44,

23   45, 46, and 47.

24             THE COURT:  43, 44, 45, 46, and 47.

25             MS. HOFFMAN:  That's right.  And -- yes.  That's

1    right.

2    Q    (BY MS. HOFFMAN)  Can you start by identifying

3    Government's Exhibit 43?

4    A    No. 43 are the 33 constitutions of the BGF.

5    Q    Okay.  I'm going to show you Government's Exhibit GP 3 on

6    the screen here.  This is easier for the jury.  What are we

7    looking at here?

8    A    It's a Xerox copy of the letter that I have in front of

9    me.  A photograph of the Xerox copy of the letter that I have

10   in front of me.

11   Q    Did you bring your reading glasses?

12   A    Yes.

13   Q    Can you do me a favor and read the 33 constitutions for

14   us?

15   A    The only way to become a member at Eusi Gyedi Jamaa is by

16   sponsor or direct sponsored by.  Once you pledge you take this

17   organization to your grave.  Is to be known there are no

18   revolving doors in Jamaa, once you pledge in, for life.  Never

19   violate protocol.  Discipline comes -- it's kind of --

20   discipline comes in home, fines, beatdown, by major offenses,

21   and death for extreme violations.  Never violate the chain of

22   command, discipline may be total.

23   Q    Does it say fatal perhaps?

24   A    Fatal, wrong reading glasses.  All allegations must have

25   proof attached it.  There's no proof attached, it will not

1    exist.  Jamaa and the author of allegations will be thoroughly

2    disciplined.  Gayism, and I'm assuming that it says

3    homosexualism, is strictly prohibited.  You never take an

4    outsider's word over our own brothers, period.  If a member is

5    selected -- a member is selected --

6    Q    And you can use the copy that you have in front of you.

7    A    It's not even helping.

8    Q    If you can't read it, feel free to move on to the next

9    one.

10   A    I'm going down to No. 11, never violate the treasury

11   department.  We do not participate in snitching or working

12   with the police against others or against guerillas.  We do

13   not associate with the police unless we have something to gain

14   for the totality of Jamaa.  If a member has a problem with

15   said rules, law, protocol, he must higher carry it out

16   necessary, it was -- something.  We do not forge ties under

17   anger.

18   Q    Is it possible it says any banner?

19   A    Any banner, except BGF.  Never violate security detail.

20   Sympathizers are not J, but will be expected until they have

21   the desire to be embraced.  No directive should be said or

22   carried out without protocol.  We do not allow harm to come to

23   us as comrade.  And I think they made up a word.  Never steal

24   from Jamaa.

25   Q    Does it say -- sorry, just going back to No. 19 --

1          MR. O'TOOLE:  Your Honor --

2          THE COURT:  Approach.

3          (Bench conference on the record.)

4          THE COURT:  Look, I waited for an objection, defense

5     counsel let this pass.  That's their prerogative, but

6     Mr. O'Toole stood up and objected and what you're doing is

7     objectionable.  You can't read the witness, you can't coach

8     the witness.  If he didn't prepare for court by reviewing the

9     exhibits such that he could give the reading you're capable

10    of, I'm sorry, you're going to have to live with his lack of

11    preparation.  Don't coach him.  Sustained.  Step back.

12          (The following proceedings were had in open court.)

13          THE COURT:  Sustained.  You may continue.

14    Q    (BY MS. HOFFMAN)  Thank you, Detective Hayden.

15    A    Thank you.

16    Q    Can you identify Government's Exhibit 44 for us?

17    A    44 are the 22 laws of BGF.

18    Q    And I'm showing you Government's Exhibit No. GP 4 on the

19    screen, what are we looking at here?

20    A    It's a photocopy of the letter that's in front of me.

21    Q    Can you identify Government's Exhibit 45 for us?

22    A    45 are Secrets of the Fox.

23    Q    And I'm showing you Government's Exhibit No. GP 6, what

24    are we looking at here?

25    A    Again, it's a photocopy of the letter of the Secrets of

1    the Fox that's in front of me.

2    Q    And can you identify Government's Exhibit 46 for us?

3    A    46 are the back page, it's Jamaa rules, so rules of

4    BGF.

5    Q    And I'm showing you Government's Exhibit No. GP 5, what

6    are we looking at here?

7    A    Again, it's a photocopy of the Jamaa rules that's in

8    front of me.

9    Q    Can you identify Government's Exhibit No. 47 for us?

10   A    47 is a letter from Roscoe to Digga.

11   Q    And I'm showing you Government's Exhibit GP 7 here, what

12   are we looking at here?

13   A    Again, it's a photocopy of the letter of Roscoe, who is

14   Kenneth Faison, who is Gerald Johnson's brother, to Digga, who

15   is Mr. McCants, seated in the back of the courtroom.

16          MR. FRANCOMANO:  Objection, Your Honor.

17          THE COURT:  You may approach.

18          (Bench conference on the record.)

19          THE COURT:  Foundation.

20          MR. FRANCOMANO:  Lack of foundation, lack of

21   knowledge.  He says it's Digga and doesn't --

22          THE COURT:  Is your objection lack of foundation?

23          MR. FRANCOMANO:  Yes, Your Honor.

24          THE COURT:  Sustained.  Motion to strike?

25          MR. FRANCOMANO:  Yes.

1          THE COURT:  Granted.  Step back.

2          (The following proceedings were had in open court.)

3          THE COURT:  Ladies and gentlemen, I sustained an

4    objection to the last question and to the answer that was

5    elicited.  The -- one of the defense lawyers has moved to

6    strike the answer.  I've granted the motion.  That means that

7    to the extent that you remember the last question and answer,

8    you're to strike it from your memory.  It's as though it

9    didn't happen.  It is not in evidence.  Next question.

10   Q    (BY MS. HOFFMAN)  During the course of your investigation

11   into the BGF Greenmount Regime, did you identify a individual

12   known by the name Digga?

13   A    Yes.

14   Q    Who is that?

15   A    Marquise McCants.

16   Q    And is he seated here in the courtroom today?

17   A    He's seated next to Mr. Francomano, with the glasses, to

18   the left of him in the rear table.

19   Q    Thank you.  Could I have you read this letter for us,

20   Detective Hayden?

21   A    Sure.  "What it do love.  This Roscoe.  How shit is down

22   the KK man.  Shit crazy down here.  All the bitches is gone.

23   It ain't nothing but little ass bitches around and shit, but

24   you already know.  You ain't the only one coming home to" --

25   excuse me, "you ain't the only one coming home too.  Geezy

Direct Examination - Hayden (By Ms. Hoffman)

come home this summer too.  Going to be hot one.  I miss the
last one we got to get you all out.  I had to write because I
felt bad.  I been supposed to wrote you.  I tried to get shit
right out here, some political shit.  I see I'm about to get
on some '07 shit again.  I'm trying to chill, but things ain't
going my way.  I started smoking again.  I be stressed out.

        "Your brock trying to give me no gun at all.  Keep trying
to talk to him.  It's going out one ear, out the other.  Oh,
yeah, old times, Snoogy Sister, Day" -- or "Snoogy Sister, Day
Day, like you the whole time.  I told her I was going to write
you and shit.  She said what -- would it do.  She trying to
give you the pussy.  I need you to come home so we can get
this bitch set off together, the n-word.  Who going to stop us
yo, on the same straight savage shit?  Write me back.  Yo,
love you.  Love you, Mwenzi, Roscoe."  At the top it says,
"GMB for Life, Eusi Gyedi Jamaa."

Q     Thank you.  And in the course of your investigation,
Detective Hayden, have you been able to identify an individual
who goes by Roscoe?

A     Roscoe is Kenneth Faison, who's Mr. Johnson's brother.

Q     I'm showing you pages 5 to 6 of Government's Exhibit SM 9
that you previously identified as excerpts from an Instagram
account.  And I think you have the full SM-9 in front of you
there, can you tell us which account this is from?

A     SM-9 is the Instagram business record.  It's registered

1    to -- the vanity name is datniccageeznutz, who through our

2    investigation we figured out was Gerald Johnson.

3    Q    Okay.  Now, looking at pages 5 -- starting with page 5

4    here, can you identify the individuals in this document

5    pictured here?

6    A    Yeah.  In the photo it's an unknown female to the left,

7    the picture to the upper right is Kenneth Faison, who's also

8    known as Roscoe.  And underneath him is Gerald Johnson, also

9    known as Geezy.

10   Q    And Detective Hayden, could you read the text that's in

11   the box there at the top?

12   A    Sure.  "My bro and favor in law.  He taught me and I

13   taught him gun, gang, money.  Gang, it's in our blood.

14   hashtag GoGetta, hashtag twins."

15   Q    Can you read the date?

16   A    It was June 24th of 2016.

17   Q    Can you identify -- oh, I'm sorry.  I'm going to approach

18   now with Government's Exhibit 48 and 49.  So Detective Hayden,

19   I think you might have 48 and 49 in front of you.

20   A    Yes.

21   Q    Can you identify Government's Exhibit 48?

22   A    48 is a -- basically an apology letter from a member

23   known as Telly, who through our investigation we found out to

24   be Montel Harvey.

25   Q    And I'm showing you here on the screen

Direct Examination - Hayden (By Ms. Hoffman)

1   Government's Exhibit No. GP 8, what are we looking at here?

2   A    It's a Xerox copy of the front of the letter that I have

3   in front of me.

4   Q    And could you read this letter for us?

5   A    "Never put your hands on another brother.  Never argue in

6   public with your brother.  I should not have broke these laws

7   because I should always be loyal and committed to my brother

8   at all times, even if we're not on the same page or don't see

9   things the same.  And I should let nothing come in between me

10  and my brother.  I should have not let my attitude rise and

11  let my fire burn towards my brother no matter what.  I should

12  not have let things go that far with my brother.  I should

13  always love and respect my brother and stick together as one

14  and if you have a problem with your brother, pull him up and

15  talk to him.  We are family."

16      "Me as a man should never have broken these laws and

17  always take things serious and think before you act.  I should

18  not have broken these laws because I am not bigger than J.  I

19  should always live by my a 55s and my oath.  And I know

20  consequences could have been worst for the laws that I broke

21  and me as a soldier of Jamaa won't break them again.  We

22  should always trust one another and stay together.  And we

23  should not have nothing on our chest towards each other and we

24  should never fight, Telly.  Long live the Guerillas."

25  Q    And for the record, I turned to page 2 of

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1    Government's Exhibit No. GP 8.  During the course of your

2    investigation, were you able to identify a individual who goes

3    by Telly?

4    A    Yes, it's Montel Harvey.

5              MS. HOFFMAN:  Court's indulgence.

6    Q    (BY MS. HOFFMAN)  I'm showing you page 30 of

7    Government's Exhibit SM 3.  And again, could you start by

8    telling us -- well, what are we looking at here?

9    A    This is again a partial Facebook business record from the

10   Facebook search warrants that were executed.

11   Q    And I think you have the full SM 3 in front of you, could

12   you identify which account this comes from?

13   A    Yes.  This one belongs to Wesley Brown, with the vanity

14   name of Wesley.Brown.77964, with the registered e-mail of

15   Wesley.Brown.77964@facebook.com and

16   Wesley.Brown1992@yahoo.com.

17   Q    Thank you.  Could you identify the individuals pictured

18   here?

19   A    It's Wesley Brown on the left, Montel Harvey on the

20   right.  I'm trying to --

21   Q    It's a little grainy.  If you can't see it, it's okay.

22   A    I can't quite make out the individual on this picture in

23   the middle.

24   Q    Detective Hayden, can you identify

25   Government's Exhibit 49 for us?

1    A    49 are other BGF paperwork that were located in

2    1716 Latrobe.

3    Q    Okay.  And I'm showing you Government's Exhibit GP 9,

4    what are we looking at here?

5    A    It's a photocopy of one of the other pages of BGF

6    paperwork found.

7    Q    Okay.

8    A    With --

9           THE COURT:  Found.

10   A    Found at 1716 Latrobe.

11   Q    (BY MS. HOFFMAN)  Thank you.  Now, I think you mentioned

12   that there was also drug evidence found in the house.

13   A    Yes.

14   Q    What drug evidence was found in the house?

15   A    There were 52 gel caps of heroin, 16 blue top vials of

16   cocaine, and Tavon Thompson had 7 vials of cocaine on his

17   person.

18   Q    Okay.  I'm going to approach with Government's Exhibits

19   3A through E.

20          THE COURT:  3A, 3B, 3C, 3D, 3E; is that right,

21   Ms. Hoffman?

22          MS. HOFFMAN:  That's right.

23   Q    (BY MS. HOFFMAN)  Can you identify these for the

24   record?

25   A    Yes.  3A are the two gel caps that were found in the rear

1    bedroom with Wesley Brown.  3B are 16 blue top vials also

2    found in the second floor rear bedroom with Mr. Brown.  3C are

3    the -- are 50 additional gel caps of heroin that were located

4    in the second floor bedroom with Mr. Brown.  And 3D and E are

5    six green tops and one silver top vial of cocaine that were

6    recovered from Tavon Thompson.

7    Q    Okay.  I'm showing you Government's Exhibit PHE 3 which

8    is a four-page document.  Starting with the first page, can

9    you identify what we're looking at here?

10   A    It's a photograph of the two gel caps that were found

11   individually.  Item No. 1 is the plastic bag.  Item No. 2,

12   it's hard to see, but there's actually two small white gel

13   caps that have heroin in them.

14   Q    And page 2 of this document, can you identify what we're

15   looking at here?

16   A    Sure.  Item 1 are the 16 blue top vials that were located

17   in the house.  And Item 2 was the plastic bag that they were

18   located in.

19   Q    And page 3 of that document.

20   A    Page 3 is a photograph of the 50 gel caps of heroin.

21   Item 1, plastic bag.  Item 2 are 25 gel caps that were in the

22   bag.  Item 3 was another plastic bag and Item 4 was 25

23   additional gel caps of heroin.

24   Q    And finally page 4 of that document.

25   A    That's a photograph of the green top and silver top vial

Direct Examination – Hayden (By Ms. Hoffman)

128

1    that were found on Tavon Thompson along with the Item No. 3,

2    which was the plastic bag they were found in.

3            THE COURT:  Could we see No. 1 again?  And then

4    No. 2.  And what is that a picture of, sir?

5    A    Item 1 are the 16 blue top vials of cocaine, and

6    Item No. 2 was the plastic bag that they were packaged in.

7            THE COURT:  Now I understand.  Thank you.  Next

8    question.

9            MS. HOFFMAN:  Your Honor, at this time I'd like to

10   read part of a stipulation into the record.

11           THE COURT:  May I see it, please?  Thank you.  You

12   may recover the stipulation.

13           Ladies and gentlemen, we're now going to hear a

14   document read to you that's called a stipulation.  A

15   stipulation is a simple statement of factual information.  A

16   stipulation though, is something that the parties, all of

17   them, the government and the defendants, have agreed is true.

18   So it's not in dispute.  If something is the subject of a

19   stipulation, you're to accept it as true.  There's nothing for

20   you to decide with respect to it.  It is true.

21           Before you read Stipulation No. 1, did I understand

22   correctly that you wanted to read a part of Stipulation No. 1?

23           MS. HOFFMAN:  Yes.

24           THE COURT:  Okay.  Is there any objection to the

25   government reading the stipulation in segments, evidently

1    that's the intention?  If not, you may proceed.

2          MS. HOFFMAN:  Thank you.  I'm going to read

3    paragraphs 3 through 7 of Stipulation 4.

4          THE COURT:  Oh, it's Stipulation No. 4, excuse me.

5    I referred to it as Stipulation No. 1.  It's Stipulation

6    No. 4?

7          MS. HOFFMAN:  That's correct.

8          THE COURT:  Thank you.

9          MS. HOFFMAN:  Government's Exhibit No. 3A is two gel

10   capsules containing powder residue obtained during the

11   execution of a search warrant at 1716 Latrobe Street,

12   Baltimore, Maryland on April 26th of 2013.  It is agreed and

13   stipulated by the parties that Monique Pitts of the BPD

14   laboratory section analyzed Government's Exhibit No. 3A and

15   determined that it contains heroin, a Schedule I controlled

16   substance.

17         Government's Exhibit No. 3B is 16 blue top vials

18   containing white rock like substance obtained during the

19   execution of a search warrant at 1716 Latrobe Street,

20   Baltimore, Maryland on April 26th, 2013.  It is agreed and

21   stipulated by the parties that Ms. Pitts analyzed

22   Government's Exhibit 3B and determined it contains cocaine, a

23   Schedule II controlled substance.

24         Government's Exhibit 3C is 50 gel capsules

25   containing powder substance obtained during the execution of

Direct Examination - Hayden (By Ms. Hoffman)

1    the search warrant at 1716 Latrobe Street, Baltimore, Maryland

2    on April 26th, 2013.  It is agreed and stipulated by the

3    parties that Ms. Pitts analyzed Government's Exhibit 3C and

4    determines that it contains heroin, a Schedule I controlled

5    substance.

6             Government's Exhibit No. 3D is six green top vials

7    containing rock like substance obtained during the execution

8    of a search warrant at 1716 Latrobe Street, Baltimore,

9    Maryland on April 26th of 2013.  It is agreed and stipulated

10   by the parties that Ms. Pitts analyzed Government's Exhibit 3D

11   and determined that it contains cocaine, a Schedule II

12   controlled substance.

13            Finally, Government's Exhibit 3E is one silver top

14   vile containing rock like substance obtained during the

15   execution of a search warrant at 1716 Latrobe Street,

16   Baltimore, Maryland on April 26th of 2013.  It is agreed and

17   stipulated by the parties that Ms. Pitts analyzed

18   Government's Exhibit 3E and determined that it contains

19   cocaine, a Schedule II controlled substance.

20            Ms. Pitts's drug analysis report regarding

21   Government's Exhibits 3A through 3E is admitted as

22   Government's Exhibit No. DL 3 without the necessity of her

23   testimony.  And at this time I'd like to move

24   Government's Exhibit No. DL 3 into evidence.

25            THE COURT:  You've referred to it, it is in.  Ladies

1    and gentlemen, you're to take the matters that were the

2    subject of the stipulation that was just read to you as true.

3         Next question.

4    Q    (BY MS. HOFFMAN)  Okay.  So we've talked about some of

5    the investigative techniques used and the search warrant at

6    1716 Latrobe Street.  I'd like to have you introduce the jury

7    to some names and faces we're going to hear about during the

8    course of the trial, beginning with the defendants.  I'm

9    showing you Government's Exhibit No. PHI 46, can you tell us

10   who we're looking at here?

11   A    It's Gerald Johnson, who also goes by Geezy, who is

12   sitting at the front counsel table with the tan shirt on with

13   the glasses.

14   Q    Okay.  And I'm showing you page 27 of

15   Government's Exhibit SM 9, which you identified earlier as

16   excerpts from an Instagram account.  And since you have SM-9

17   in front of you, can you identify which account this comes

18   from?

19   A    Sure.  SM-9, the registered e-mail is

20   gedathaprince@yahoo.com.  The vanity name, datniccageeznutz,

21   which we found out to be Gerald Johnson, and the name that he

22   has is, I feel like John Gotti.

23   Q    I'm going to show you page 1 of that document on the

24   screen here.  Is this the document you were just reading

25   from?

1    A    Yes.

2            MS. HOFFMAN:  Your Honor, I'd like to ask to publish

3    this page to the jury because it's a little difficult to see

4    with the glare on the dock camera.

5            THE COURT:  Clerk will publish the picture.

6    Q    (BY MS. HOFFMAN)  Actually, if I could ask one more

7    question before that, sorry.

8            Is there anything significant about Mr. Johnson's tattoos

9    in this picture?

10   A    This is Mr. Johnson, like you said.  In the photo it's

11   hard the see, but right here on his left forearm it actually

12   says Jamaa.

13           MS. HOFFMAN:  Thank you.  And I will publish this to

14   the jury.

15   Q    (BY MS. HOFFMAN)  Detective Hayden, did you have a

16   chance --

17           THE COURT:  Let's let the publication be completed

18   first.  You may continue.

19   Q    (BY MS. HOFFMAN)  Detective Hayden, did you have a chance

20   to photograph Mr. Johnson's tattoos last week?

21   A    Yes, I did.  Last Tuesday, in actually the U.S. Marshal's

22   holding cell, I photographed his tattoos.

23   Q    I'm showing you Government Exhibit -- I'll let Camille

24   get back to her seat, sorry.

25           THE CLERK:  Thank you.

1    Q    (BY MS. HOFFMAN)  I'm showing you Government's

2    Exhibit No. PHT 4, what are we looking at here?

3    A    That's a close up of Mr. Johnson's left forearm where it

4    says Jamaa, but it looks like ballpoint pen was used to try to

5    make it either say Jamaal or Lamaal.

6              MR. O'TOOLE:  Objection, Your Honor.  Move to

7    strike.

8              THE COURT:  You may approach.

9              (Bench conference on the record.)

10             THE COURT:  Lack of foundation, sustained.  I'm not

11   going to strike it yet though.  I'm going to see if she can

12   lay a sufficient foundation for that opinion.  I'm not sure it

13   requires any special scientific expertise to sort out what he

14   said.  There's no foundation now.  I agree completely and it's

15   sustained on that basis, but she might be able to lay a

16   foundation.  Is that where you would intend to go?

17             MS. HOFFMAN:  I don't believe he can testify as to

18   what was in the client's head, but he can say it looked like

19   ballpoint pen, I think.  He could see that with his own

20   eyes.

21             THE COURT:  If there's a sufficient foundation for

22   it; did you examine it, does it look like it, have you looked

23   at tattoos before.  I'm not going to tell you how to do your

24   job, but you understand there's not a sufficient foundation

25   now.  Whether or not something looks like it was drawn with

1    ballpoint pen in comparison to a normal tattoo, I think is

2    within the kin of a detective who has spent a lot of time

3    looking at tattoos, if he is such a detective.  I guess we're

4    going to find out.  You can continue to inquire.  The

5    objection is sustained.  See if you have foundation.

6         Ms. Hoffman, I have one other request of you, given

7    how we're proceeding with these exhibits and so far none have

8    drawn objections or very few have.  But I think the best

9    practice is that you begin by saying, I am now going to show

10   you Exhibit No. 43.  That gives a second or two for defense

11   counsel to be warned that this exhibit is coming, but it's not

12   displayed yet.  If they were going to interpose an objection,

13   they would have a chance to do it.  That's request number one.

14        Request number two is that when you're finished with

15   the exhibit, pull it, leave a blank screen for the jury, don't

16   leave the prior exhibit.  Now, sometimes you might want to

17   leave an exhibit up there for a while because there's going to

18   be a lot of discussion about it or you're circling back to it,

19   but don't leave us staring at an image that you're finished

20   with when you go on to another topic.  Just pull it.

21        MS. HOFFMAN:  While we're here, I did want to use

22   this as an exhibit.  It's a demonstrative, it's in the

23   binders.  I just want to make sure there's no objection to it.

24   It's a side-by-side comparison of the two photos.

25        MR. O'TOOLE:  If I could see that.  They're so

1    different that I can't --

2            THE COURT:  Your purpose in offering the exhibit, I

3    take it, and your suggestion of relevancy is you're attempting

4    to demonstrate perhaps some attention on the part of the

5    defendant to change his outward expression as to his embrace

6    of BGF a/k/a Jamaa.

7            MS. HOFFMAN:  Not quite, Your Honor.  I think it

8    shows consciousness of guilt because he's intentionally tried

9    to make the tattoo into something it's not.

10           THE COURT:  That's what I said, you're taking it a

11   step further than what I said, but you're trying to show a

12   difference in how he expressed it on two different occasions;

13   is that it?

14           MS. HOFFMAN:  Right.

15           THE COURT:  Okay.

16           MR. O'TOOLE:  I object to that.

17           THE COURT:  This is the whole ballpoint pen thing.

18   Okay.  So --

19           MR. O'TOOLE:  I think somebody else beside this

20   detective, that somebody knows something about tattoos, just

21   put on --

22           MR. MARTINEZ:  Why don't we put the photo in and

23   publish it to the jury?  I don't see the difference.

24           MR. O'TOOLE:  Because I oppose it.

25           THE COURT:  There's an objection to it.  Let me just

 1    look at it for a moment.  All right.  What's the foundation we

 2    have in the record with respect to each of the two pictures,

 3    aren't the two pictures already each in?

 4              MS. HOFFMAN:  The first is an Instagram business

 5    record.

 6              THE COURT:  It's already in.

 7              MS. HOFFMAN:  And the second, he took the photo.

 8              THE COURT:  Are both exhibits in?

 9              MS. HOFFMAN:  Yes.

10              THE COURT:  That's SM-9 and PHT-4 are now in.  So

11    the exhibits are both in.  What's wrong with asking this

12    particular witness if he can see a difference between the two

13    and then describe what that difference is?  Now, it's another

14    matter all together to draw an inference about what the

15    purpose was.  And you may well object to that.  We'll have to

16    address that if the government attempts to go down that

17    road.

18              MS. HOFFMAN:  I instructed him not to do that.

19              THE COURT:  In terms of asking him to look at two

20    exhibits that are already in evidence and note any differences

21    between the two, if he's able to do so, there's nothing wrong

22    with that.

23              MR. O'TOOLE:  Part of the picture on top is so dark

24    and so difficult -- he's going to be guessing, he's going to

25    be speculating.

 1              MS. HOFFMAN:  That's why we published it.

 2              THE COURT:  That sounds like cross-examination to

 3     me.  It's coming in.

 4              (The following proceedings were had in open court.)

 5              THE COURT:  Next question.

 6     Q    (BY MS. HOFFMAN)  Detective Hayden, I'm going to show you

 7     Government's Exhibit DEM 9 and without drawing any inferences,

 8     can you simply describe whether you -- what we're looking at

 9     here?

10     A    The top photo was the photo of Mr. Johnson's forearm that

11     says Jamaa on it, in 2015.  And the bottom one was the one I

12     photographed on November 21st of 2017 that had been altered.

13     Q    Thank you.

14              MS. HOFFMAN:  And Your Honor, I would ask to publish

15     this exhibit as well since the glare makes the photo quality

16     not so great.

17              THE COURT:  Publish Exhibit DEM -- what is it, 3?

18              MS. HOFFMAN:  DEM 9.

19              THE COURT:  DEM 9.  Next question.

20     Q    (BY MS. HOFFMAN)  Detective Hayden, I'm going to show you

21     Government's Exhibit PHT 5 now.  What are we looking at

22     here?

23     A    This is a photograph I took of Mr. Johnson, of his back

24     tattoo, which says Angel of Death.

25     Q    Now, I'm going to show you page 9 -- I'm sorry, page 44

Direct Examination - Hayden (By Ms. Hoffman)

1    of Government's Exhibit SM 9, which you previously identified

2    as Gerald Johnson's Instagram account.  What are we looking at

3    here?

4    A    A post created on November 14th, 2012.  It's a picture of

5    Mr. Johnson wearing a black bandana that says Geezy Jamaaville

6    Reloaded, with a gorilla in the left-hand corner.

7    Q    Okay.  I'm showing you page 1 of Government's Exhibit SM

8    8, and can you -- you previously identified this as excerpts

9    from a social media account, can you identify which account

10   this is?

11   A    It's an excerpt from the Facebook business record.  It's

12   registered to gzy.thaprince@facebook.com.  The e-mail at

13   gedathaprince@yahoo.com with the vanity name of Gzy.ThePrince

14   and the registration date was December 22nd of '09.

15   Q    I'm going to turn to page 3 of that exhibit.  Can you

16   read the text in the box there?

17   A    It's to "Will I am," who we learned from our

18   investigation to be Will Harris, from Geezy the Prince, who's

19   Mr. Johnson, on March 2nd, 2012.  The text reads:  "Free my

20   MF'ing, broski.  I miss you every day, ma nicca, but you know

21   I'm out this bitch holding it down tiger.  Moja hoba mwenzi."

22   Q    I'm going to turn to page 4 of Government's

23   Exhibit No. 8.  Can you read the text in this box, please?

24   A    Sure.  It was created on November 5th of 2015.  The text

25   says Jamaa, but the status was deleted by user.

1    Q    I'm going to show you page 5 from Government's

2    Exhibit SM 8.  Can you read the text in the black box here?

3    A    Sure.  It's from Wesley Brown to Geezy the Prince on

4    August 16th, 2011.  The text says, "You duck them dues

5    yesterday."

6    Q    And I'm sorry, did you say who the to and from are?

7    A    Yeah, to is Geezy the Prince, which is Mr. Johnson and

8    from was Wesley Brown.

9    Q    Showing you page 11 of Government's Exhibit SM 8.  Can

10   you read the text in these two boxes here?

11   A    It was posted on June 6th of 2012.  "Breaking news, north

12   around Greenmount Bar ain't right.  A n-word just got his

13   issue.  Shit er were, a snitch nicca.  That's the shit I don't

14   like.  Free my nicca.  Respect that I hustle.  Ily Shorty, we

15   still ouchin'.  You can get it just like I told you, nicca."

16        And then the bottom one says, "New day, new me.  I'm

17   cooling, mine right flag, left black," black is all caps, "all

18   day, I'm just J walking -- capital J -- with my nicca.  We out

19   here locked and loaded 51/50."

20   Q    Going to show you page 12 of Government's Exhibit SM 8.

21   Can you read the text in this box?

22   A    Sure.  The text, "That's coolin' it with some cool

23   bonitas and mwenzis.  This is the life.  It don't get no

24   better.  We viving suspect niccas.  Don't come outside, 51/50,

25   yeah dat."

1    Q    Now, you mentioned earlier that you reviewed some YouTube

2    videos featuring the defendant; is that right?

3    A    Correct.

4    Q    And you mentioned that they were part of business records

5    that you received from YouTube.

6    A    Yes.

7    Q    Were those videos also publicly available?

8    A    They were also on public websites so anybody could have

9    pulled them up on YouTube and viewed them.

10   Q    Does Mr. Johnson talk about BGF in any of these publicly

11   available YouTube videos?

12   A    In one of his video he basically says shout out to BGF

13   and then puts his finger in his mouth and says --

14            MR. O'TOOLE:  Objection, Your Honor.  Objection.

15            THE COURT:  Approach.

16            (Bench conference on the record.)

17            THE COURT:  Mr. O'Toole.

18            MR. O'TOOLE:  My objection is he's sporadically

19   talking about certain parts -- if the videos are in, we can

20   put them in, play them -- play your videos, but he's picking

21   certain things and I just think that's the way it's passed --

22            THE COURT:  Well, it's arguably hearsay.

23            MS. HOFFMAN:  I'll play it.  I'm just going to play

24   it.

25            THE COURT:  Let the exhibits speak for themselves.

1    The objection is sustained and we'll just move on.  Don't get

2    into the content with him, but somehow maybe you could tip him

3    through the questioning like, don't tell us what the content

4    is or some other signal so we just get through the

5    foundational laying that you seem to be engaged in here and I

6    understand why you might need to be.  And then we'll move on

7    to the content at another point.  Right.

8              MS. HOFFMAN:  Okay.  Thanks.

9              (The following proceedings were had in open court.)

10             THE COURT:  Sustained.

11             MS. HOFFMAN:  I'm going to play a clip from

12   Government's Exhibit CD 9, which you previously identified as

13   the disk containing YouTube videos featuring the defendant.

14             And Your Honor, at this time the government would

15   like to provide transcript binders to the jurors.

16             THE COURT:  Objection?  None.  Let's approach.

17             (Bench conference on the record.)

18             THE COURT:  Ms. Powell, discretely ask

19   Deputy Skroski to approach, please.

20             MR. O'TOOLE:  My objection --

21             THE COURT:  These are -- we're going to start

22   playing videos and she has -- she has transcript books that

23   she's prepared.

24             MR. O'TOOLE:  Thank you very much, Your Honor.  I

25   don't want the jury to think these are transcripts of --

1    someone's going to have to explain to them these are aids of

2    some sort.

3           THE COURT:  Oh, I'll do that.

4           MS. HOFFMAN:  Yeah.

5           THE COURT:  That's standard first time they see a

6    transcript.  And frankly, throughout the trial I'll always

7    remind them that this is -- someone from the government

8    prepared this transcript.  If there's a variance between what

9    the transcript reveals and what their ears tell them, it's

10   what their ears tell them that's in evidence, not the

11   transcript.  It' merely an aid.

12          MR. O'TOOLE:  Thank you.

13          THE COURT:  I plan to give that instruction.

14          MR. O'TOOLE:  Thank you.

15          THE COURT:  You may step back.

16          MR. MARTINEZ:  I just wanted to make a record that

17   we did share all these transcripts with counsel.

18          MR. O'TOOLE:  Accept --

19          THE COURT:  Do we have any objections that any of

20   the transcripts are inaccurate, Mr. O'Toole?

21          MR. O'TOOLE:  I just don't know.

22          MS. HOFFMAN:  They can continue -- we don't have a

23   problem --

24          THE COURT:  Well, as of this point you're not --

25   that would be a valid objection, if you have one at this

1    point, based on your pretrial review of the transcripts, if

2    you thought that they were inaccurate.  So I want to give you

3    the opportunity to tell me now if you object on the grounds

4    that the transcripts are inaccurate.

5         MR. O'TOOLE:  We found some very minor differences.

6    I can't tell the Court now that it's been exhausted enough to

7    be accurate as opposed to --

8         THE COURT:  I'm giving you the opportunity to raise

9    an objection, I'm not hearing one.

10        MR. O'TOOLE:  Thank you.

11        THE COURT:  Mr. Bussard.

12        MR. BUSSARD:  Not at the moment.

13        THE COURT:  Mr. Francomano.

14        MR. FRANCOMANO:  I've just received the transcripts

15   today.  So I don't know if you're going to play them.

16        MR. MARTINEZ:  Of what?

17        MR. O'TOOLE:  That's the reworked transcripts.

18        MR. MARTINEZ:  So we circulated the binder today,

19   which includes the documents that -- we previously circulated

20   versions of every document in that binder to counsel.  The

21   updated ones pertain to the CDF recordings that the Court

22   heard during the motions hearing.  As to those,

23   Mr. Francomano, those we don't anticipate offering until the

24   very end of the trial, so I don't think there are objections

25   to those.

1          MS. HOFFMAN:  I think --

2          THE COURT:  With respect to these transcripts which

3    the government plans to use this afternoon; right,

4    Mr. Francomano?

5          MR. FRANCOMANO:  No, Your Honor.

6          THE COURT:  Okay.  You can step back, thank you.

7          (The following proceedings were had in open court.)

8          THE COURT:  Ladies and gentlemen, we're going to

9    hear some audio evidence now.  To assist you, I've authorized

10   the government to distribute to you binders that contain

11   transcripts that someone working for the government has

12   prepared.  These transcripts purport to be a written version

13   of what you're hearing with your ears and we allow the jurors

14   to use the transcript as an aid to interpreting what they're

15   hearing with their ears.  But you need to be very clear on

16   something and that is that the transcript is really just

17   someone else's suggestion of what it is that you're hearing

18   you may agree with that or you may not agree with it.

19          What matters is what you hear with your ears.  It's

20   what you hear that is the evidence, so if there's a difference

21   between what you think you hear and what you read in the

22   transcript, then you should disregard the transcript and go

23   with what you hear.  At the same time, the transcript can be

24   quite useful as you follow along listening to language that

25   might be difficult to understand or hear for one reason or

1      another.  You're entitled to use the transcript for that

2      purpose.  That's the first thing I want to tell you about

3      transcripts.

4              The second thing I want to tell you is that the

5      transcript books, they have many different transcripts in

6      them.  And we will only be referring to one particular

7      transcript, which will be on specific pages at a particular

8      time.  My instruction to you is only be looking at the

9      transcript that relates to what we are listening to at this

10     particular moment in time.  There may be transcripts of other

11     matters of other recordings that are included in this binder

12     that may never actually come into evidence.  So that's why

13     every time you're finished with the transcript that's being --

14     of the tape that's being played at that moment, the transcript

15     binders are going to be collected back from you.  You're not

16     going to keep them.  You just have them for the moment in time

17     when we're listening to that particular segment.

18              You're only to look at that particular segment while

19     that segment is being played.  And I'll finish with where I

20     started:  Remember, the transcript is just a suggestion of

21     what you might be hearing.  It's what you hear that is

22     actually the evidence, not what you read.  Okay.

23              MS. HOFFMAN:  Thank you, Your Honor.  If the jurors

24     could turn to the YouTube videos tab and turn to page 4.

25              THE COURT:  YouTube videos tab, that looks like the

 1   third tab in my book and then turn to page 4; is that it,

 2   Ms. Hoffman?

 3            MS. HOFFMAN:  That is correct.

 4            THE COURT:  All right.  You may proceed.

 5            MS. HOFFMAN:  I'm now going to play clip 2 from

 6   Government's Exhibit CD 9.

 7            (Video played.)

 8   Q   (BY MS. HOFFMAN)  Okay.  Detective Hayden, and I'm just

 9   looking for a yes or no answer here.

10            THE COURT:  You can close your books, ladies and

11   gentlemen.

12   Q   (BY MS. HOFFMAN)  Well, first of all, let me back up.

13   Can you identify the person speaking in the video we just

14   watched?

15   A   That was Gerald Johnson.

16   Q   And now I'm just going to ask you a yes or no question,

17   does Mr. Johnson talk about snitching in any of the publicly

18   available YouTube videos?

19   A   Yes.

20   Q   And I'm now going to play another clip from

21   Government's Exhibit CD 9, this will be clip 3.

22        And if the jurors could turn to page 6 in the YouTube

23   videos tab of the transcripts binder, they will find a

24   transcript prepared by the government.

25            THE COURT:  And please wait before you play it until

Direct Examination – Hayden (By Ms. Hoffman)

1    I give you the signal.  Okay.  You may play it.

2              (Video played.)

3              THE COURT:  Binders closed.  Next question.

4    Q    (BY MS. HOFFMAN)  And again, I'm just going to ask you a

5    yes or no question, does Mr. Johnson talk about selling drugs

6    in any of the publicly available YouTube videos?

7    A    Yes.

8    Q    And I'm going to play another clip from Government's

9    Exhibit CD 9 and this is going to be clip 6.

10        And the jurors can find the transcripts for this clip on

11   page 10 in the YouTube videos tab of their transcript binders.

12             THE COURT:  Okay.  You may play it.

13             (Video played.)

14             MS. HOFFMAN:  And that's all we're going to play of

15   that clip, Your Honor.

16             THE COURT:  Okay.  Binders closed.  Next question.

17   Q    (BY MS. HOFFMAN)  Detective Hayden, are you able to

18   identify the individuals that we saw in the clip just now?

19   A    Yes.  It was Mr. Johnson, Ronnie Hall, who goes by Cakes,

20   and Carrdai Butler.

21   Q    I'm sorry, what was the last one?

22   A    Butler.

23   Q    What was the first name?

24   A    I believe it's like Carrdai.

25   Q    Okay.  Detective Hayden, I'm going to show you

1    Government's Exhibit PHI 47.  Who are we looking at here?

2    A    That is Kenneth Jones, who also goes by Slay, who is

3    seated at the far left of the defense table in the blue

4    button-up shirt.

5    Q    Did you have a chance to take photographs of Mr. Jones's

6    tattoos last week?

7    A    Yes, I did.

8    Q    Showing you government's -- I'm going to show you

9    Government's Exhibit PHT 6.

10           THE COURT:  Ladies and gentlemen, let's stop here

11   and take our afternoon recess.  During our recess do not

12   discuss the case with anyone.  Do not discuss the case even

13   among yourselves.  You must wait until after you've heard all

14   the evidence, the closing arguments, and my instructions as to

15   the law.  Do not allow yourselves to be exposed to any news

16   articles or reports that touch upon the case or the issues it

17   presents or any articles or reports that relate to any of the

18   participants in the case.  Avoid all contact with any of the

19   participants in the trial.  Do not make any independent

20   investigation of the law or the facts of the case.  Do not

21   look up anything on the internet.  Do not consult an

22   encyclopedia or a dictionary.  15-minute recess.  Please take

23   the jury out.

24           (Jury left the courtroom.)

25           THE COURT:  Recess 15 minutes.

1    (A recess was taken.)

2    THE COURT:  Are we rearranging some technology or

3  are we okay?

4    MS. HOFFMAN:  Laptop is running out of battery.

5  There's some problem with the power source.

6    THE COURT:  It's not charging it up.

7    MS. HOFFMAN:  I'm going to switch.

8    THE COURT:  Try to get it.

9    (Pause in the proceedings.)

10    THE COURT:  All right.  Are you ready for the jury,

11  Ms. Hoffman?

12    MS. HOFFMAN:  Yes.

13    THE COURT:  Let's bring them.

14    (Jury entered the courtroom.)

15    THE COURT:  Be seated, please.  Ms. Hoffman, you may

16  continue your direct examination of Detective Hayden.

17  Q    (BY MS. HOFFMAN)  Detective Hayden, when we left off, I

18  believe we were talking about the defendant Kenneth Jones.

19  Did you have a chance to take photographs of Mr. Jones's

20  tattoos last week?

21  A    Yes.  I took those also on November 21st, which was last

22  Tuesday.

23  Q    Going to show you Government's Exhibit PHT 6.  Can you

24  tell us what we're looking at here?

25  A    That's just a frontal view of Mr. Jones with his arms up,

1    frontal photo of his tattoos.

2    Q    And I'm going to show you Government's Exhibit PHT 7.

3    What are we looking at here?

4    A    This is his right shoulder, on Mr. Jones, and the tattoo

5    you can actually see the crossed arms X, and it's a little

6    blurry, but it says 276.  And right here where it looks inked

7    out it actually says Jamaa on it.

8    Q    Inside the 6 there?

9    A    Inside the 6 coming out the top.

10   Q    I'm going to show you Government's Exhibit PHT 8.  What

11   are we looking at here?

12   A    It's Mr. Jones's left waistband with a tattoo of a gun on

13   his left hip.

14   Q    And I'm going to show you Government's Exhibit PHT 9.

15   What are we looking at here?

16   A    This is Mr. Jones's left forearm that says Death Before

17   Dishonor.

18   Q    And I'm going to show you Government's Exhibit PHT 10.

19   What are we looking at here?

20   A    It's just a little further down his arm it says Live By

21   Die By and it has a cross, sword, and shotgun.

22   Q    Going to show you page 28 of Government's Exhibit SM 3,

23   which you previously identified as excerpts from

24   Wesley Brown's Facebook account.  What are we looking at

25   here?

1    A    It's a photo of Wesley Brown and Kenneth Jones with other

2    individuals.  They're the ones wearing the two identical

3    jackets.

4    Q    Now I'm going to show you page 13 of

5    Government's Exhibit SM 8, which you previously identified as

6    excerpts from Gerald Johnson's Facebook account.  Can you read

7    what -- can you read the text in the red box here?

8    A    Yeah.  It was published on -- posted November 28th of

9    2011.  It says, "It's 10 ways nowadays, everybody saw you.

10   Shit's crazy.  Free my nicca Chop and Hood, yeah, that,

11   thinking about my niccas, and free Dave, Slay, and Irky.  See

12   you at it, Mr. Officer.  Yeah, I love my niccas, all my n's

13   love me."

14   Q    And you mentioned earlier that Slay is a nickname for

15   Kenneth Jones; is that right?

16   A    Correct.

17   Q    I'm showing you page 54 now of Government's Exhibit SM 8.

18   What are we looking at here?

19   A    It's a photo of Kenneth Jones on the left, Gerald Johnson

20   on the right, and a couple people I can't make out in the

21   center.

22   Q    I'm going to show you the very next page, 55.  Can you

23   read the title and date information?

24   A    The title is Life and Times of 24th and Barclay and the

25   date was April 9th of 2013.

1    Q    I'm showing you now page 56 of Government's Exhibit 8,

2    what are we looking at here?

3    A    It's another photo of a group of individuals with

4    Gerald Johnson in the middle doing a salute and Kenneth Jones

5    in the back with the God T-shirt or sweatshirt on.

6    Q    Showing you page 6 of Government's Exhibit SM 8, can you

7    read what it says in this red box?

8    A    Sure.  It's basically a group of messages between

9    Black Haze Casket and Geezy the Prince.  Starts off with

10   Black Haze Casket on October 4th of 2011.  It basically says,

11   "Ha, ha, ha, how's shit looking for Slay?"  Mr. Johnson

12   responds back, "He go to court the 27th of this month for

13   real."  Black Haze Casket responds, "True, I been working real

14   shit, racks on rack, getting this fucking money, real shit."

15   Geezy the Prince responds back, "I got the block back, so

16   yeah, you already know."  And then Geezy the Prince responds

17   again and just says, "Bumping."

18   Q    And I'm showing you page 85 of Government's Exhibit SM 8,

19   can you read what it says in the red box there?

20   A    It's authored by Geezy the Prince again, which is

21   Mr. Johnson, on October 4th of 2011.  And the body says, "30s

22   on deck, Slay just hollered at you too."

23   Q    For context, could you read the message just above that

24   one as well?

25   A    From Black Haze Casket before that it says, "Where them

Direct Examination - Hayden (By Ms. Hoffman)

1    pills at, n-word?"

2    Q    Showing you now Government's Exhibit PHT 56.  Who are we

3    looking at here?

4    A    It's Marquise McCants, also known as Digga.

5    Q    Is he seated in the courtroom here today?

6    A    Yes.  He's seated with the glasses and button-up shirt at

7    the far rear table to the left of Mr. Francomano.

8    Q    Going to show you Government's Exhibit No. PHT 2.  What

9    are we looking at here?

10   A    It's a photo of Mr. McCants's front of his body tattoo or

11   his tattoos on the front of his body.  I believe this was

12   taken 2014.

13   Q    And I'm going to show you the third page of that

14   document.  What are we looking at here?

15   A    It's his left chest, which says 276, which is the

16   alphanumeric indicator for BGF.

17   Q    And I'm going to show you the second page of the

18   document.  What are we looking at here?

19   A    His upper arm, it says 276 again.  Below it there's a

20   dragon.

21   Q    And now the fifth page of that document, what are we

22   looking at here?

23   A    It's a picture of a gorilla that actually says gorilla

24   next to it.

25   Q    Detective Hayden, when were those photos taken, if you

1    know?

2    A    I believe it was 2014.

3    Q    Did you also have a chance to take photographs of the

4    defendant's tattoos last week?

5    A    Yes, I did.

6    Q    Going to show you Government's Exhibit No. PHT 13.  What

7    are we looking at here?

8    A    This is a picture of Mr. McCants's left chest.  Again,

9    with 276 but with black ink over the top of it.

10   Q    Detective Hayden, have you spent time studying tattoos of

11   members of the Greenmount Regime?

12   A    Yes.

13   Q    Do you also have tattoos?

14   A    Yes.

15   Q    Do you know what tattoo ink looks like?

16   A    Yes.

17   Q    And based on that, are you able to tell whether this

18   tattoo has been altered in any way?

19   A    It looks like someone had taken black tattoo ink because

20   you can actually see up here and down here, there's still

21   scabs over the top of the 276 from where it would have been

22   written over with ink.

23   Q    Going to show you Government's Exhibit DEM 10.  What are

24   we looking at here?

25   A    That's the comparison of Mr. McCants's 276 tattoo on his

1    left chest, one from May 2014, and the one I took on

2    November 21st of 2017, which is blacked over.

3    Q    I'm going to show you Government's Exhibit PHT 14.  What

4    are we looking at here?

5    A    It's a picture of Mr. McCants's right arm, which says

6    Greenmount down it.

7    Q    Now, you mentioned earlier, I believe, that you also

8    executed a search warrant on a Facebook account belonging to

9    Mr. McCants.

10   A    Yes.

11   Q    I'm going to show you Government's Exhibit SM 10.

12   Starting with the first page, can you read the text in the box

13   here?

14   A    Yes.  Again, it's a partial business record from

15   Facebook.  The registered e-mail is Digga.McCants@facebook.com

16   with an e-mail of Digga276@yahoo.com with a vanity name of

17   Digga McCants.

18   Q    Turn to page two of that document.  And can you tell us

19   what we're looking at here?

20   A    Again, partial business record from Facebook.  The user

21   is Digga McCants and this is a list of friends on his Facebook

22   account.

23   Q    I'm showing you page 3 of the document.  Can you read the

24   names in boxes there?

25   A    Roscoe Coochie Montana, without the dash, and

1    Fennell Harrison.

2    Q    I'm going to show you page 4 of that document.  Can you

3    read the name in that box?

4    A    It's Nod Cornish.

5    Q    Through your investigation have you been able to identify

6    an individual who goes by Nod?

7    A    Individual by the name of nod is actually James Cornish,

8    who is actually a member of the BGF Greenmount Regime, who's

9    actually cooperating with law enforcement at this time.

10   Q    I'm going to show you page 5 of that document.  Can you

11   read the name in the red box there?

12   A    That is Montel Harvey, who through the investigation and

13   who previously I talked about is known as Telly.

14   Q    I'm going to show you page 6, can you read the names in

15   those boxes?

16   A    GMB Eggy and Nigel Smith.  GMB Eggy, through

17   investigation, Eggy is Delando Belton, who is James Cornish's

18   brother.

19   Q    I'm going to show you page 7 of the document.  Can you

20   read the names there?

21   A    Wesley Brown, who also goes by Wes; Norman Handy, who is

22   Norm; and Ronnie Hall, who through investigation, goes by

23   Cakes.

24   Q    I'm going to show you page 8 of the document.  Can you

25   read the name there?

Direct Examination - Hayden (By Ms. Hoffman)

1    A    It's Ronald Johnson, who through investigation is

2    actually Ronald Brown, who goes by Rondo.

3    Q    I'm going to show you page 9 of the document.  Can you

4    read the text in this box here?

5    A    Sure.  It's from Roscoe Faison, who we know is

6    Kenneth Faison, to Digga McCants from July 29th of 2011:

7    "Keep thinking about you my, n-word.  When it's all over this

8    time, we can't be implosive, only for the better.  I love you,

9    Shorty.  You know like I know, like the world know, y'all, dig

10   shit real, dis is real life shit.  You, my n-word, my round,

11   my lil' brother, I never had time to think about our old

12   memories.  It always puts a smile on my face.  GMB for life.

13   Until we touchdown, you already know."

14   Q    And I believe you testified earlier that Roscoe is a

15   nickname for Kenneth Faison; is that right?

16   A    Correct.

17   Q    I'm going to show you page 10 of this document.  What are

18   we looking at here?

19   A    So a picture of Mr. McCants making the BGF X in front of

20   himself.

21   Q    I'm going to show you page 8 of Government's

22   Exhibit SM 3, which you previously identified as excerpts from

23   Wesley Brown's Facebook account.  Can you read the text in

24   this box here?

25   A    Just to make it rhyme, excuse my language, it's "free my

1    Nigga Digga."

2    Q    And what's the date there?

3    A    It is August 27th of 2010.

4    Q    Going to show you page 45 of Government's Exhibit SM 9,

5    which you previously identified as excerpts from

6    Gerald Johnson's Facebook account.  Can you read the text in

7    the box there?

8    A    It's from November 15th of 2015, and the text says,

9    "Digga said he love you."

10   Q    Going to show you page 47 of Government's Exhibit SM 9.

11   Can you read the text there?

12   A    That's from April 20th of 2016 and the text says, "Digga

13   home."

14   Q    Showing you Government's Exhibit PHI 8.  Who are we

15   looking at here?

16   A    That's Wesley Brown, also known as Wes or Shike White.

17   Q    Is this the same Wesley Brown whose residence at

18   1716 Latrobe Street was a subject of a search warrant you

19   executed on April 26th of 2013?

20   A    Yes, it was.

21   Q    I'm going to show you page 54 of Government's Exhibit --

22   I'm sorry, I'm going to show you page 15 of

23   Government's Exhibit SM 8, which you previously identified as

24   Gerald Johnson's Facebook account.  What are we looking at

25   here?

1   A    The picture of Wes Brown on the left, Gerald Johnson in

2   the middle holding the money, two individuals I don't know,

3   and Ronnie Hall, who also goes by Cakes.

4   Q    I'm going to show you Government's Exhibit PHI 45.  Who

5   are we looking at here?

6   A    That's David Hunter, also known as Dave or Little Dave.

7        MS. HOFFMAN:  Court's indulgence.  I apologize.

8   Q    (BY MS. HOFFMAN)  I'm going to show you Government's

9   Exhibit PHI 1.  What are we looking at here?

10  A    It's a picture of David Hunter's hand that actually says

11  BGF.

12  Q    And I'll show you page 2 of that document.  What are we

13  looking at here?

14  A    It's a frontal picture of David Hunter along with his ID

15  above it, a photo of his ID above it.

16  Q    I'm going to show you page 4 of that document.  What are

17  we looking at here?

18  A    The top picture is his left chest and it says RIP Lil'

19  Don 276, which again, the alphanumeric for BGF.  And on his

20  back it's 276 in flames.

21  Q    And I'm going to show you page 5 of that document.  What

22  are we looking at in the top photo here?

23  A    Top photo it actually says 24th, which is 24th and

24  Barclay.

25  Q    Now, you mentioned earlier that you reviewed videos

 1    posted to Mr. Johnson's Instagram account; is that right?

 2    A    Yes.

 3    Q    Does Mr. Johnson, the defendant, mention Dave in any of

 4    those videos?

 5    A    Yes, he does.

 6    Q    I'm going to play a video from Government's Exhibit CD 3,

 7    which you previously identified as Instagram videos from

 8    Mr. Johnson's account.

 9         This is going to be video No. 2 from Government's Exhibit

10    CD 3 and we do not have a transcript of this one.

11              THE COURT:  No transcript.  Okay.  Thank you.

12    Q    (BY MS. HOFFMAN)  For the record, can you identify who

13    was speaking in that video?

14    A    It was Gerald Johnson.

15    Q    Going to show you Government's Exhibit PHI 27.  Who are

16    we looking at here?

17    A    That's Kenneth Faison, also goes by Roscoe, who is

18    Mr. Johnson's brother.

19    Q    And is this the same Kenneth Faison we discussed earlier

20    in connection with the letter addressed to Digga?

21    A    Yes.

22    Q    Does he have any tattoos of significance?

23              MR. O'TOOLE:  Objection, Your Honor.

24              THE COURT:  Basis.

25              MR. O'TOOLE:  Could we approach, Your Honor?  I'll

Direct Examination - Hayden (By Ms. Hoffman)

1    be happy to say it out loud.

2              THE COURT:  Okay.  Is it a foundational objection?

3              MR. O'TOOLE:  I'm sorry.

4              THE COURT:  Is it a foundational objection?

5              MR. O'TOOLE:  Yes, among others.

6              THE COURT:  Well, if it's among others, I'll see you

7    at the bench.

8              (Bench conference on the record.)

9              MS. HOFFMAN:  It was a poorly worded question.

10             MR. O'TOOLE:  The foundation is including that he's

11   not an expert on tattoos.  Soon he's going the say he has a

12   teardrop on his eye and that means a dead body.

13             THE COURT:  Is that where we're going?

14             MS. HOFFMAN:  No, he's going to say he has a 276

15   tattoo.

16             MR. O'TOOLE:  He's got what?

17             THE COURT:  276.  Okay.  Any objection to --

18             MR. O'TOOLE:  There is no picture.

19             MS. HOFFMAN:  Sorry?

20             MR. MARTINEZ:  There is no picture.

21             MS. HOFFMAN:  We don't have a picture.

22             THE COURT:  How does he know, has he seen it?

23             MS. HOFFMAN:  Yeah, he's seen it.

24             THE COURT:  You've got to lay a foundation.

25   Sustained.  Lack of foundation.

1              (The following proceedings were had in open court.)

2              THE COURT:  Sustained.  You may inquire.

3       Q    (BY MS. HOFFMAN)  Detective Hayden, have you had an

4       opportunity to observe Mr. Faison's tattoos?

5       A    Yes.

6       Q    And does he have any tattoos relevant to your

7       investigation?

8       A    Yeah, he also has a 276 tattoo.

9       Q    I'm going to show you Government's Exhibit PHI 38.  Who

10      are we looking at here?

11      A    That is Norman Handy, who also goes by Norm or Little

12      Norm.

13      Q    And you mentioned earlier that you executed -- well, let

14      me ask you this, did you execute a search warrant on any

15      social media accounts belonging to Mr. Handy?

16      A    Yes.

17      Q    I'm going to show you Government's Exhibit SM 6 starting

18      with page 1.  What are we looking at here?

19      A    It's a Facebook business -- partial Facebook business

20      record again, with the -- name of the account is Norman Handy.

21      With the e-mail of normanhandy94@yahoo.com, registered as

22      Norman.Handy.1042@facebook.com, with the vanity name of

23      Norman.Handy.10, with a registration date of

24      August 5th, 2010.

25      Q    I'm going to show you page 2 of this document.  What are

1    we looking at here?

2    A    That is Norman Handy and an individual known as Archie

3    making the BGF X in front of their bodies.

4        MR. O'TOOLE:  Objection, Your Honor.  Move to

5    strike.

6        THE COURT:  Sustained for lack of foundation.

7    Motion to strike is denied.  You may continue.

8        MS. HOFFMAN:  I'm going to move on, Your Honor.

9        THE COURT:  Okay.

10    Q    (BY MS. HOFFMAN)  I'm going to show you page 4 of this

11    document.  I don't think the quality is quite good enough for

12    you to be able to see this, so I'm not going to show you that.

13        I'm going to show you page 28 of Government's Exhibit SM

14    29, which you previously identified as excerpts from Gerald

15    Johnson's Instagram account.  Can you actually just read the

16    text next to user at the bottom?

17    A    Comments user is dattniccageeznutz, I Feel Like John

18    Gotti.

19    Q    I'm show you the next very next page, page 29 of that

20    document.  Can you read the text in the box please?

21    A    It was created November 12th, 2015 and it says, "They

22    love me like a fat kid love cake.  Free Wes and Norm and Veto

23    and Sco, all my Day 1's."

24    Q    Let me show you Government Exhibit PHI 6.  Who are we

25    looking at here?

1    A    That's Joseph Bonds, who also went by Joe or Yo Gotti.

2    Q    And I'm going to show you Government's Exhibit SM 2.

3    What are we looking at here?

4    A    It's David Hunter on the left, looks like Joe Bonds on

5    the right with George Jackson --

6              MR. O'TOOLE:  Objection.

7    A    -- shirts making the X in front of themselves.

8              THE COURT:  Next question.

9    Q    (BY MS. HOFFMAN)  I'm going to show you page 6 of

10   Government's Exhibit SM 3, which you previously identified as

11   excerpts from Wesley Brown's Facebook account.

12             THE COURT:  Counsel you may approach.

13             (Bench conference on the record.)

14             THE COURT:  The court reporter caught you making an

15   objection that I didn't hear you make.  Did you make an

16   objection?

17             MR. O'TOOLE:  I said the word objection, then I

18   stopped because he didn't say -- what I'm trying to figure out

19   is -- I think it's trying to stop him from using the cross

20   thing.  So you said it was -- he said something else about the

21   picture instead of the cross and then he said -- then he used

22   the words "with their arms crossed in front of them," which is

23   fine.

24             THE COURT:  Well, is your objection to a correlation

25   between crossed arms and BGF?

1          MR. O'TOOLE:  Yes.

2          THE COURT:  Okay.  And is -- what's the government's

3   position with respect to whether they should be permitted to

4   ask this witness whether the crossed arms are a -- correlate

5   to BGF, is that not your intention?  If that is your

6   intention, what's your basis for doing so?

7          MS. HOFFMAN:  I mean, we haven't qualified him as an

8   expert.  However, there's been a lot of testimony already that

9   the X means BGF and he certainly -- I think he certainly knows

10  it means BGF based on his investigation.

11         MR. MARTINEZ:  I think in an abundance of caution we

12  can avoid having him draw the inference that the crossed

13  arms --

14         THE COURT:  Don't cross your arms.

15         MR. O'TOOLE:  Let's all cross arms.

16         MR. MARTINEZ:  -- is a BGF X, because there will be

17  testimony from members of the gang later that that's in fact

18  what it is.  So for now he can just say this is a photo of

19  David Hunter and Joseph Bonds making an X with his arms.  What

20  we will instruct him not to do is to take the extra step and

21  say that is a BGF sign or symbol.

22         THE COURT:  Okay.

23         MR. MARTINEZ:  If the Court wouldn't mind, could we

24  have a moment with him to --

25         THE COURT:  No, because that's too awkward.

1    Instead, the way we'll get around it is by Ms. Hoffman simply

2    leading him through that part of the testimony.  If you're

3    going to have crossed arms, then when you get to the crossed

4    arms part of your questioning, just say, "And he has got his

5    arms crossed, does he not, yes or no?"  And you get a yes

6    answer and then move on so that he doesn't have the

7    opportunity to volunteer that which is objected to.

8              MS. HOFFMAN:  I think he didn't that time; correct?

9              THE COURT:  There's no problem at all with what just

10   happened.  I'm going to overrule the objection in just a

11   moment.  But I think it's still beneficial to all of us to get

12   this sorted out that that's how it's going to go.  Just lead

13   him around, you're not trying to get it in through him anyway.

14   You evidently have other sources.

15             MR. O'TOOLE:  I withdraw the objection.

16             THE COURT:  Your objection is withdrawn.  You know

17   what you're going to do; right, Ms. Hoffman?

18             (The following proceedings were had in open court.)

19             THE COURT:  The objection is withdrawn.  Next

20   question.

21   Q    (BY MS. HOFFMAN)  Can you identify the people in this

22   photograph, Detective Hayden?

23   A    I'm sorry, can you say that again?

24   Q    Can you identify the people in this photograph?

25             THE COURT:  What exhibit number?

1          MS. HOFFMAN:  I'm sorry, this was page 6 of

2    Government's Exhibit SM 3, which was previously identified as

3    excerpts from Wesley Brown's Facebook account.

4          THE COURT:  Thank you.  You can answer it if you

5    can.

6    A    The gentleman in the center in the pinkish purple shirt

7    is Joe Bonds.  To his right is Delando Belton, also known as

8    Eggy.  Mr. Johnson is standing behind him with the white hat

9    and white shirt and then the far left-hand corner in the

10   Adidas shirt Lamontae Smith, also known as Chop.

11   Q    (BY MS. HOFFMAN)  I'm going to show you

12   Government's Exhibit PHI 41.  Who are we looking at here?

13   A    That's Montel Harvey, who also goes by Telly.

14   Q    And is this the same Montel Harvey, a/k/a Telly, who we

15   discussed earlier in connection with the apology letter?

16   A    Yes.

17   Q    Going to show you Government's Exhibit No. PHI 2.  Who

18   are we looking at here?

19   A    That is Willie Ben Miller, who also went by Ben.  So

20   that's it.

21   Q    Is he alive?

22   A    No, he was killed in 2013.

23   Q    Want to show you Government's Exhibit No. PHI 35.  Who

24   are we looking at here?

25   A    That's Shawn Gregg, also known as Hood.

Direct Examination - Hayden (By Ms. Hoffman)

1    Q    And is he living?

2    A    No, he was also killed.

3    Q    What year was he killed?

4    A    He was killed in 2015, I believe.  Or 2013, I believe.

5    It --

6    Q    You don't have to speculate, that's okay.

7    A    With him I can't remember.

8    Q    I'm going to show you page 37 of Government's Exhibit SM

9    8, which you previously identified as pages from Gerald

10   Johnson's Facebook account.  What are we looking at here?

11   A    That's a Facebook record page of Shawn Gregg and

12   Mr. Johnson.  And in the title it says, "Free my nicca Hood

13   ASAP.  We miss you, Shorty."

14   Q    I'm going to show you page 72 of Government's

15   Exhibit SM 8.  What are we looking at here?

16   A    Looks like a picture in front of 2412 Barclay with

17   Mr. Johnson in the red hat; Ronnie Hall in the front bending

18   down, who goes by Cakes; Will Harrison in the like, triangle

19   sweater, who goes by Will-i-am; Wesley Brown, Wes, Wes Brown,

20   Shawn Gregg, who goes by Hood; and Ronald Brown in the back.

21   Q    And can you use your pointer to show which one you said

22   is Shawn Gregg?

23   A    Indicating.

24   Q    Thank you.  Going to show you Government's

25   Exhibit PHI 83.  What are we looking at here?

1    A    That's Trevon White, who also goes by Country.

2    Q    And is he alive?

3    A    No, he was killed in 2013 also.

4    Q    Going to show you page 22 of Government's Exhibit SM 8,

5    which again, you identified as Gerald Johnson's Facebook

6    account.  What are we looking at here?

7    A    That's Trevon White, Country, making the X in front of

8    his body.  And it's hard to see, but actually in this tattoo

9    it says In Jamaa We Trust.

10    Q    I'm going to show you page 17 of Government's

11    Exhibit SM 3, which you identified as excerpts from Wesley

12    Brown's Facebook account.  The glare is bad, but can you see

13    who's in this photo?

14    A    That's Trevon White, Country; Wesley Brown, Wes;

15    Shawn Gregg, Hood; Ronnie Hall, Cakes.

16    Q    Going to show you Government's Exhibit PHI 21.  Who are

17    we looking at here?

18    A    That's actually James Cornish, who goes by Nod, who is

19    actually the BGF member that's now assisting with law

20    enforcement.

21    Q    I'm going to show you page 18 of Government's

22    Exhibit SM 8, which you previously identified as Gerald

23    Johnson's Facebook account.  Again, the glare makes it a

24    little difficult to see.

25    A    It's hard but yellow hat is Will Harris; that's James

1    Cornish; trying to hide behind the balloon is Mr. Johnson;

2    looks like Ronnie Hall, Cakes, in front of Mr. Johnson.

3    Q    Going to show you Government's Exhibit No. PHI 73.  Who

4    are we looking at here?

5    A    That's Lamontae Smith, also known as Chop, who's also a

6    member of BGF, but who is also assisting law enforcement at

7    this time.

8    Q    I'm going to show you page 66 of Government's

9    Exhibit SM 8.  What are we looking at here?

10   A    It's a picture from one of the -- from the Facebook

11   accounts.  Yeah, the Facebook business record.  The title's

12   "You already know, my N, I have a bitch" and it's

13   Gerald Johnson, Cardai Butler, and Lamontae Smith, Chop, on

14   the far right in the green.

15   Q    I'm going to show you page 70 from

16   Government's Exhibit SM 8, which again, you identified as

17   Gerald Johnson's Facebook.  What are we looking at here?

18   A    The top it says Barclay GMB, then you have Lamontae

19   Smith, Gerald Johnson, Will Harris, looks like Ronnie Hall,

20   Shawn Gregg, and I can't make out the picture on the left.

21   Q    I'm going to show you Government's Exhibit PHI 58.  Who

22   are we looking at here?

23   A    That's Christopher Meadows, who's also a member of YGF

24   and BGF in the Greenmount Regime and who's also assisting law

25   enforcement at this time.

Direct Examination – Hayden (By Ms. Hoffman)

1    Q    Going to show you Government's Exhibit PHI 92.  Who are

2    we looking at here?

3    A    That's Ronald Brown, who also goes by Rondo.

4    Q    I'm going to show you Government's Exhibit SM 12.  The

5    glare makes it a little bit hard to see, but can you tell us

6    what we're looking at here?

7    A    It's a Facebook page from Ronald Johnson, which we found

8    to be Ronald Brown's Facebook page with a picture of him on

9    the front.

10   Q    I'm going to show you Government's Exhibit SM 13.  What

11   are we looking at here?

12   A    It's a picture of Ronald Brown holding up the 2 and the 4

13   with his hands for 24th Street.

14   Q    Does Ronald Brown appear in any of the YouTube videos

15   with Gerald Johnson?

16   A    Yes, he does.

17   Q    Going to play you a short clip from

18   Government's Exhibit CD 9, which you previously identified as

19   business records returned from YouTube.

20            THE COURT:  Transcript?

21            MS. HOFFMAN:  We don't have a transcript of this

22   portion, it's very short.

23            (Video played.)

24   Q    (BY MS. HOFFMAN)  Can you identify the person who was

25   speaking in that clip?

Direct Examination – Hayden (By Ms. Hoffman)

1    A    It was Ronald Brown.

2    Q    Going to show you Government's Exhibit PHI 1.  This is a

3    little blurry, but can you tell us who we're looking at

4    here?

5    A    That's Delando Belton, also known as Eggy, James

6    Cornish's brother.

7    Q    Is that the same PHE 39 and PHE 40?

8    A    Yes.

9    Q    Going to show you Government's Exhibit PHI 26.  Who are

10   we looking at here?

11   A    His nickname is Archie, and to be honest, I'm blanking on

12   his actual name at this time.

13   Q    That's okay.  Is it the same Archie we saw in

14   Government's Exhibit SM 6 with Norman Handy?

15   A    Yes.

16   Q    Showing you page -- going to show you

17   Government's Exhibit PHI 81.  Who are we looking at here?

18   A    It's Henry Walker, who also goes by Stimey or Hank.

19   Q    I'm showing you page 25 of Government's Exhibit SM 8,

20   which you previously identified as Gerald Johnson's Facebook

21   account.  What are we looking at here?

22   A    That's Gerald Johnson and Henry Walker.

23   Q    Going to show you page 32 of the same document.  Can you

24   identify the individuals in this photograph?

25   A    Gerald Johnson's to the left, Mr. Walker is to the

1    right.

2    Q    And just a yes or no question, is Mr. Walker crossing his

3    arms in front of his body?

4    A    Yes.

5    Q    Going to show you Government's Exhibit PHI 37.  Who are

6    we looking at here?

7    A    That's Ronnie Hall, who also goes by Cakes.

8    Q    Did you also execute a search warrant on a Facebook

9    account of Ronnie Hall's?

10   A    Yes, I did.

11   Q    Let me show you Government's Exhibit SM 5 starting with

12   page 1.

13            THE COURT:  I'll see counsel.

14            (Bench conference on the record.)

15            THE COURT:  So is this a good place to break for the

16   night or are you about to wind up a certain segment that would

17   be worth spending five more minutes with so that we're at a

18   more natural break point?  Where are we?

19            MS. HOFFMAN:  I'm getting pretty close.  I would say

20   maybe another 15 minutes.

21            THE COURT:  That's too long.  So we'll stop now and

22   pick up tomorrow morning.  Okay.

23            (The following proceedings were had in open court.)

24            THE COURT:  Ladies and gentlemen, we have reached

25   the end of our trial day and I'm going to excuse you for the

1    evening in just a moment.  By now you're probably able to

2    state the instructions to me just as easily as I'm able to

3    state them to you.  And I recognize that you're probably tired

4    of hearing them, but you are going to hear them before every

5    single break because that's our rule.  And I suppose what you

6    can draw from that is the fact that the instructions are very

7    important; so important that the rules require that they be

8    provided to the jurors literally every time that they leave

9    the courtroom.

10            So during this overnight recess do not discuss the

11   case with anyone.  Do not discuss it with your fellow jurors.

12   Do not discuss it with any of your friends or family.  If you

13   are inquired of as to what's going on with your juror service,

14   you may tell them only that you are serving on a jury in

15   federal court in a criminal case, that the trial's expected to

16   last until about the third week of January, that you've been

17   instructed by the judge that you're not allowed to talk to

18   them about the case, and that if you are going to speak with

19   them at all, it would only be after the trial has been

20   completed.  Do not allow yourselves to be exposed to any news

21   articles or reports that touch upon the case or the issues it

22   presents or the participates in the trial.  Avoid all contact

23   of any kind with any of the participants in the trial.  Do not

24   make any independent investigation of the law or the facts of

25   the case.

1              Do not conduct internet searches with respect to the

2    issues presented or the persons participating in the trial.

3    Do not consult external sources such as encyclopedias or

4    dictionaries in reference to the issues and terms that have

5    been presented to you here.  We will endeavor to begin at 9:30

6    tomorrow morning.  Please plan to be here by 9:20 or so.  The

7    jury is excused for the evening.  Please take the jury out.

8              (Jury left the courtroom.)

9              THE COURT:  Are the transcript books going to be in

10   use, say, tomorrow first half of the day?

11             MS. HOFFMAN:  I don't think so, Your Honor.

12             MR. MARTINEZ:  There is a chance I may use it with

13   one witness who we talked about.

14             THE COURT:  Let's go ahead and collect up the

15   transcript books now.  And Ms. Powell, if you would return

16   them to the government and we'll pass them out again when we

17   arrive at the next point for their use.  Is there anything

18   else that we need to take up outside the hearing of the jury,

19   Mr. Martinez?

20             MR. MARTINEZ:  No, sir.

21             THE COURT:  Counsel for the defendants.

22             MR. ENZINNA:  No, sir.

23             MR. BUSSARD:  No, sir.

24             THE COURT:  The defendants are remanded to the

25   custody of the Marshal.  Counsel are excused.  The witness

1    remains under oath and we will see you back here tomorrow

2    morning.

3              (The proceedings were concluded.)

4

5              I, Christine Asif, RPR, FCRR, do hereby certify that
     the foregoing is a correct transcript from the stenographic
6    record of proceedings in the above-entitled matter.

7    _____/s/_____
               Christine T. Asif
8          Official Court Reporter

9

10                         INDEX

11   Witness Name                                        Page

12   Timothy Michael Gray

13       Cross-examination By Mr. O'Toole.......................... 5

         Cross-examination By Mr. Francomano ...................... 26
14
         Redirect Examination By Mr. Martinez..................... 34
15
     Brian Rainey
16
         Direct Examination By Ms. Hoffman........................ 40
17
         Cross-examination By Mr. Enzinna......................... 68
18
         Cross-examination By Mr. Francomano ..................... 93
19
         Redirect Examination By Ms. Hoffman ..................... 94
20
     Detective Jonathan Hayden
21
         Direct Examination By Ms. Hoffman........................ 99
22

23

24

25

< Dates >.
11/10/2015 28:24.
11/16/2015 29:2.
11/17/2015 29:5.
11/25/2015 29:8.
11/9/2015 28:21.
12/9/2015 29:12.
April 2007 73:16.
April 26th 129:12,
   130:9, 130:16,
   158:19.
April 26th, 2013
   129:20, 130:2.
April 26th, 2016
   111:25.
April 9th 151:25.
August 16th, 2011
   139:4.
August 19th, 2016
   30:6.
August 27th 158:3.
August 5th, 2010
   162:24.
December '07 january
   '08 74:1.
December '07,
   january '09
   74:1.
December '08 73:21,
   74:6.
December '08,
   january '09
   73:24.
December 22nd
   138:14.
February 29th, 2016
   29:19.
January '09 74:7.
January 15th, 2016
   29:15.
January, february
   2010 47:1.
July 29th 157:6.
June 24th 123:16.
June 6th 139:11.
March 21st, 2016
   29:22.
March 2nd, 2012
   138:19.
March, april

80:19.
May 16th, 2016
   29:25.
May 2014 155:1.
November 14th, 2012
   138:4.
November 15th
   158:8.
November 1st 38:6.
November 1st, 2017
   31:1.
November 2001
   30:25.
November 21st
   137:12, 149:21,
   155:2.
November 28th 1:19,
   151:8.
November 5th
   138:24.
October 4th 152:10,
   152:21.
September 22nd, 2015
   28:10.
'07 86:20, 87:1,
   122:5.
'08 73:25, 74:8,
   87:2.
'08. 87:1.
'09. 138:14.
'96 46:18, 77:5.
.
.
< 1 >.
1 3:5, 3:10, 3:12,
   114:24, 127:11,
   127:16, 127:21,
   128:3, 128:5,
   128:21, 128:22,
   131:23, 138:7.
1's. 163:23.
1. 49:4, 129:5,
   159:9, 162:18,
   172:2, 173:12.
10 45:5, 71:21,
   108:18, 147:11,
   151:9, 157:17.
10. 108:14, 150:18,
   154:23, 155:11.
100 102:6.

101 1:48.
105 28:13.
11 28:9, 103:12,
   108:8, 118:10,
   139:9.
11th 27:25.
12 139:20.
12. 3:12, 171:4.
12th 163:21.
13 21:18, 30:21,
   74:12, 151:4.
13. 154:6, 171:10.
14 112:4.
14. 155:3.
15 42:12, 42:14,
   111:12, 148:25,
   158:22, 173:20.
15-minute 67:25,
   68:3, 148:22.
16 79:6, 114:2,
   126:15, 127:1,
   127:16, 128:5,
   129:17.
17 42:15, 42:16,
   42:20, 169:10.
17. 42:15.
1700 112:21.
1716 111:25, 112:9,
   112:23, 126:2,
   126:10, 129:11,
   129:19, 130:1,
   130:8, 130:15,
   131:6, 158:18.
18 169:21.
19 118:25.
1994 73:4, 75:6,
   75:15.
1996 41:20, 70:3,
   78:2.
1996. 41:22.
1:00 97:5.
.
.
< 2 >.
2 115:18, 116:21,
   124:25, 127:11,
   127:14, 127:17,
   127:21, 128:6,
   146:5, 159:12,
   160:9, 162:25,

171:12.
2. 49:20, 128:4,
  153:8, 164:2,
  167:17.
20 46:16, 99:16.
20- 41:20.
2000 79:10, 101:12,
  101:15.
2002 75:12.
2003 75:12, 75:18,
  76:11.
2004 75:6, 78:25,
  79:7.
2005 100:14.
2006 41:20.
2007 56:19, 57:1,
  57:6, 60:7, 73:4,
  73:15, 85:23,
  86:22.
2007. 61:18, 86:1,
  86:14.
2008 65:21, 65:22,
  73:10, 73:12,
  73:19, 86:24.
2008. 86:25.
2009 70:12, 77:2,
  77:18, 78:15,
  78:17.
2009. 70:13.
2010 46:18, 46:19,
  46:20, 47:1,
  56:25, 57:1, 57:7,
  69:21, 69:22,
  70:3, 70:6, 70:8,
  73:13, 158:3.
2010. 73:8, 76:9.
2011 100:15,
  101:22.
2011. 151:9, 152:10,
  152:21.
2011: 157:6.
2012 100:16.
2012. 139:11.
2013 100:16, 102:24,
  158:19, 167:22,
  168:4, 169:3.
2013. 129:12, 130:9,
  130:16, 151:25.
2014 153:12,
  154:2.

2015 27:25, 158:8,
  163:21, 168:4.
2015. 137:11,
  138:24.
2016 37:1, 123:16,
  158:12.
2016. 37:14.
2017 1:19, 103:20,
  137:12, 155:2.
20th 158:12.
21. 169:16.
21201 1:49.
21st 111:19.
22 112:20, 119:17,
  169:4.
22s 47:14, 53:11,
  53:16, 66:10.
23 69:2, 69:6.
2412 168:16.
24th 116:21, 151:24,
  159:23, 171:13.
25 127:21, 127:22,
  172:19.
25th 57:20, 62:13,
  100:20, 101:5.
26 176:23.
26. 172:9.
27 79:5, 131:14.
27. 160:15.
276 54:25, 153:15,
  153:19, 154:9,
  154:21, 154:25,
  159:19, 159:20,
  161:14, 162:8.
276. 150:6,
  161:17.
27th 152:12.
28 79:5, 150:22,
  163:13.
28,000 103:1.
29 163:14, 163:19.
2:00 97:20.
2:05. 97:5, 97:23.
2A 3:10.
2B 3:10.
2C 3:10.
.
.
< 3 >.
3 108:13, 108:17,

112:4, 112:12,
  112:14, 117:5,
  125:11, 127:7,
  127:19, 127:20,
  127:22, 128:1,
  129:3, 130:22,
  130:24, 137:17,
  138:15, 150:22,
  155:23, 157:22,
  160:6, 160:10,
  164:10, 167:2,
  169:11.
3. 100:24, 109:15,
  125:7, 146:21.
30 6:19, 8:4, 8:16,
  46:16, 69:1, 69:2,
  97:20, 97:21,
  125:6.
302 7:17.
30s 152:21.
32 172:23.
33 53:15, 117:4,
  117:13.
33. 43:1.
33s 27:3, 27:5,
  53:12, 53:14,
  53:17.
34 176:25.
35. 167:23.
37 114:8, 114:10,
  168:8.
37. 114:12, 173:5.
38 114:8, 114:16,
  114:17, 114:18.
38. 162:9.
39 115:8, 115:9,
  172:7.
39. 115:24.
3A 126:19, 126:20,
  126:25, 129:9,
  129:14, 130:21.
3B 126:20, 127:1,
  129:17, 129:22.
3C 126:20, 127:2,
  129:24, 130:3.
3D 126:20, 127:4,
  130:6, 130:10.
3E 126:20, 130:13,
  130:18, 130:21.
.

.
< 4 >.
4 1:10, 116:21,
  119:18, 127:22,
  127:24, 129:3,
  129:4, 129:6,
  133:2, 138:22,
  145:24, 146:1,
  156:2, 159:16,
  163:10, 171:12.
4. 110:21.
40 6:19, 8:4, 8:16,
  115:9, 172:7,
  176:29.
40. 116:11.
41 2:25, 114:21,
  114:22.
41. 2:8, 3:1, 114:8,
  167:12.
42 115:10, 115:11.
42. 115:9.
43 116:22, 116:24,
  117:3, 117:4.
43. 134:10.
44 116:22, 116:24,
  119:16, 119:17,
  137:25.
44. 2:9.
45 116:23, 116:24,
  119:21, 119:22,
  158:4.
45. 61:7, 159:4.
46 116:23, 116:24,
  120:2, 120:3,
  131:9.
47 116:24, 120:9,
  120:10, 158:10.
47. 116:23, 148:1.
48 123:18, 123:19,
  123:21, 123:22.
49 40:19, 69:4,
  123:19, 125:25,
  126:1.
49. 123:18.
4:15 113:1.
4th 1:48.
.
.
< 5 >.
5 71:21, 97:19,

108:13, 108:17,
120:5, 122:21,
123:3, 137:21,
139:1, 156:10,
159:21, 173:11,
176:21.
50 76:3, 127:3,
  127:20, 129:24.
500 104:6.
51/50 139:24.
51/50. 139:19.
52 114:2, 126:15.
54 151:17, 158:21.
55. 151:22.
55s 124:19.
56 152:1.
56. 153:2.
58. 170:21.
.
.
< 6 >.
6 108:13, 108:17,
  119:23, 122:21,
  146:22, 150:8,
  150:9, 152:6,
  156:14, 162:17,
  164:9, 167:1,
  172:14.
6. 147:9, 148:9,
  149:23, 163:24.
60 53:3.
66 170:8.
68 176:31.
.
.
< 7 >.
7 108:13, 108:17,
  114:6, 120:11,
  126:16, 129:3,
  156:19.
7. 150:2.
70 170:15.
72 69:6, 168:14.
73. 170:3.
78 113:10.
.
.
< 8 >.
8 108:13, 108:17,
  124:1, 138:8,

151:5, 152:1,
152:6, 152:18,
156:24, 157:21,
158:23, 168:9,
169:4, 169:22,
170:16, 172:19.
8. 125:1, 138:23,
  139:2, 139:9,
  139:20, 150:10,
  151:17, 158:14,
  168:15, 170:9.
81. 172:17.
83. 168:25.
85 152:18.
.
.
< 9 >.
9 108:13, 108:17,
  109:24, 122:21,
  126:3, 131:15,
  137:7, 137:18,
  137:25, 138:1,
  141:12, 146:6,
  146:21, 147:9,
  157:3, 158:4,
  171:18.
9. 137:19, 150:14,
  158:10.
92. 171:1.
93 176:33.
94 176:35.
99 176:39.
9:20 175:6.
9:30 175:5.
_____/s/_____
_____ 176:9.
.
.
< A >.
A. 1:27.
a/k/a 135:6,
  167:14.
abbreviated 108:22,
  109:1.
ability 44:17,
  50:8.
able 122:18, 125:2,
  133:15, 136:21,
  147:17, 154:17,
  156:5, 163:12,

174:1, 174:2.
above 48:8, 152:23,
  159:15.
above-entitled
  176:7.
abundance 165:11.
Accept 128:19,
  142:18.
acceptable 3:23.
accomplish 70:17.
accordingly 45:10.
account 50:9,
  109:20, 112:6,
  122:23, 122:24,
  125:12, 131:16,
  131:17, 138:2,
  138:9, 150:24,
  151:6, 155:8,
  155:22, 157:23,
  158:6, 158:24,
  160:1, 160:8,
  162:20, 163:15,
  164:11, 167:3,
  168:10, 169:6,
  169:12, 169:23,
  172:21, 173:9.
accounts 108:6,
  108:8, 110:7,
  162:15, 170:11.
accurate 49:6,
  49:22, 72:19,
  109:10, 143:7.
Across 81:11, 81:13,
  95:16.
act 5:21, 6:14,
  8:18, 16:13,
  124:17.
activities 44:24,
  77:23.
activity 44:21,
  71:2, 102:9.
acts 5:13, 5:23,
  59:8.
actual 2:22,
  172:12.
add 106:10.
additional 72:12,
  127:3, 127:23.
address 3:25, 97:18,
  102:17, 136:16.

addressed 160:20.
Adidas 167:10.
adjust 40:8.
admissible 107:3.
admission 94:4.
admitted 49:19,
  130:21.
advance 72:20.
advantage 72:25.
advocacy 20:3.
affiliated 54:21,
  57:13, 59:23.
afraid 23:14,
  23:15.
afternoon 68:12,
  99:3, 144:3,
  148:11.
age 79:5.
agencies 100:7,
  100:10.
Agent 17:15, 37:1,
  71:19.
ago 23:6.
agree 6:4, 19:15,
  95:20, 97:2,
  133:14, 144:18.
agreed 24:7, 24:10,
  43:12, 128:17,
  129:12, 129:20,
  130:2, 130:9,
  130:16.
agreement 20:16,
  21:7, 21:9, 22:21,
  22:22, 35:13,
  64:19, 96:1.
ahead 15:22, 21:7,
  116:18, 175:14.
aid 142:11,
  144:14.
aids 142:1.
ain't 10:12, 31:13,
  32:11, 121:23,
  121:24, 121:25,
  122:5, 139:12.
Alan 1:37.
Alcohol 99:7.
alive 167:21,
  169:2.
allegations 117:24,
  118:1.

allegiance 52:13.
allow 67:17, 97:10,
  118:22, 144:13,
  148:15, 174:20.
allowed 89:18,
  174:17.
almost 21:11, 63:17,
  75:2.
alphabetical 3:4.
alphanumeric 153:16,
  159:19.
already 19:22,
  25:20, 26:2, 26:3,
  66:17, 83:4,
  88:14, 92:5, 94:5,
  121:24, 136:3,
  136:6, 136:20,
  152:16, 157:13,
  165:8, 170:12.
altered 137:12,
  154:18.
ambiguities 3:21.
AMERICA 1:5.
among 67:17, 97:9,
  148:13, 161:5,
  161:6.
analysis 130:20.
analyzed 129:14,
  129:21, 130:3,
  130:10, 130:17.
Angel 45:19, 45:21,
  45:22, 45:23,
  46:2, 46:6, 46:10,
  46:13, 137:24.
anger 118:17.
angry 63:7.
animal 56:1.
answer 37:5, 37:12,
  106:4, 106:22,
  121:4, 121:6,
  121:7, 146:9,
  166:6, 167:4.
Answering 36:11,
  36:13, 107:1,
  107:10.
anticipate 4:15,
  143:23.
anybody 8:9, 18:4,
  37:19, 140:8.
anyway 12:19,

166:13.
apologize 4:22,
    7:24, 8:1,
    159:7.
apology 54:15,
    123:22, 167:15.
appear 171:14.
applying 18:8.
Approach 7:2, 7:9,
    17:24, 50:5,
    70:17, 104:22,
    108:12, 116:22,
    119:2, 120:17,
    123:17, 126:18,
    133:8, 140:15,
    141:16, 141:19,
    160:25, 164:12.
approached 70:19.
appropriate 18:9,
    19:2, 19:11,
    20:2.
approval 53:21,
    58:25, 59:1.
Approximately 41:19,
    60:6, 65:20,
    100:12, 108:8,
    112:15, 113:1.
April 73:17, 86:1,
    158:12.
Archie 163:2,
    172:11, 172:13.
area 49:12, 57:19,
    59:6, 59:9, 59:12,
    91:5, 100:14,
    101:3, 101:7,
    101:18, 101:21,
    101:23, 101:25,
    102:7, 103:3,
    103:10, 104:15,
    107:21, 107:22,
    111:4.
areas 111:9.
arguably 140:22.
argue 24:3, 124:5.
arguing 24:4.
argument 19:1.
arguments 148:14.
arks 48:6.
arm 150:20, 153:19,
    155:5.

Armed 41:6, 63:15,
    64:4, 64:6, 73:6,
    74:23, 74:25,
    75:15.
arms 26:23, 26:25,
    51:2, 111:15,
    116:20, 149:25,
    150:5, 164:22,
    164:25, 165:4,
    165:13, 165:14,
    165:15, 165:19,
    166:3, 166:4,
    166:5, 173:3.
Around 18:7, 43:9,
    47:1, 57:19,
    57:20, 64:11,
    73:22, 74:8,
    75:12, 75:13,
    75:19, 78:25,
    79:1, 80:19,
    86:18, 87:2,
    100:14, 101:2,
    102:7, 112:18,
    121:23, 139:12,
    166:1, 166:13.
arrested 74:23,
    102:7.
arrests 104:9.
arrive 175:17.
article 58:5.
articles 67:18,
    67:19, 97:11,
    97:12, 148:16,
    148:17, 174:21.
ASAP 168:13.
Asia 14:6.
Asif 1:46, 176:5,
    176:10.
ass 121:23.
assault 46:9,
    46:12.
assigned 99:7,
    99:17, 101:11,
    101:22.
assist 66:11, 104:8,
    111:24, 144:9.
assisting 169:19,
    170:6, 170:24.
associate 116:5,
    118:13.

associated 71:17,
    107:4.
assuming 84:5,
    118:2.
assumption 19:25.
assure 4:12.
ATF 79:9, 99:17,
    100:14, 101:22.
attached 117:25.
attempted 18:16.
attempting 7:12,
    135:3.
attempts 136:16.
attend 62:9.
attended 91:9.
attention 3:22,
    61:17, 135:4.
attitude 124:10.
audio 144:9.
audio-video 3:11.
audio/video 111:7.
August 37:1, 37:14,
    41:20, 56:25,
    102:24.
AUSA 1:25, 1:27.
Austin 8:22, 8:25,
    9:18, 9:25.
author 118:1.
authored 152:20.
authority 16:14,
    44:9, 46:7.
authorization
    15:2.
authorize 11:10,
    13:15, 13:25,
    95:10.
authorized 9:17,
    12:25, 15:16,
    16:18, 81:19,
    93:2, 93:12,
    144:9.
authorizing 6:6,
    15:10.
available 140:7,
    140:11, 146:18,
    147:6.
Avenue 40:24, 49:10,
    57:8, 59:5, 59:9,
    59:12, 99:22,
    100:21, 101:6,

101:9, 101:15.
average 79:5.
Avoid 4:20, 21:1,
 67:20, 97:13,
 148:18, 165:12,
 174:22.
awaiting 74:25.
away 19:18, 27:20.
awkward 165:25.
awry 76:24.
.
.
< B >.
B-r-i-a-n 40:11.
B. 1:33.
back. 64:12,
 64:13.
backing 50:10.
backwards 13:25.
bad 122:3, 169:12.
bag 127:11, 127:17,
 127:21, 127:22,
 128:2, 128:6.
ballistic 104:17,
 107:11, 107:14.
ballistics 105:4.
balloon 170:1.
ballpoint 133:4,
 133:19, 134:1,
 135:17.
Baltimore 1:20,
 1:49, 36:17,
 36:19, 38:19,
 40:20, 40:25,
 49:9, 49:11,
 56:20, 57:1, 57:8,
 87:23, 89:16,
 99:6, 99:14,
 99:23, 100:3,
 100:13, 100:20,
 101:2, 101:17,
 101:20, 101:21,
 104:19, 129:12,
 129:20, 130:1,
 130:8, 130:16.
bandana 138:5.
banner 118:18,
 118:19.
Bar 139:12.
Barclay 57:19,

57:21, 101:15,
 112:18, 151:24,
 159:24, 168:16,
 170:18.
barely 14:4.
based 79:18, 143:1,
 154:17, 165:10.
basement 114:4.
Basic 104:18.
Basically 11:21,
 45:8, 48:16,
 52:13, 52:23,
 53:15, 64:15,
 65:9, 71:5, 72:19,
 77:6, 78:8, 81:1,
 84:18, 89:15,
 92:23, 94:6,
 107:13, 108:21,
 109:3, 109:5,
 112:17, 123:22,
 140:12, 152:8,
 152:10.
Basis 55:5, 104:21,
 133:15, 160:24,
 165:6.
battery 149:4.
Bazemore 16:25,
 17:5, 20:12, 24:6,
 24:11.
beatdown 117:20.
beats 54:7.
became 18:4, 24:14,
 44:4, 78:22,
 101:16.
become 50:1, 50:6,
 57:7, 65:12,
 82:25, 83:10,
 85:12, 101:17,
 117:15.
becoming 65:14,
 79:12.
bedroom 113:4,
 113:9, 113:25,
 115:13, 115:15,
 127:1, 127:2,
 127:4.
beef 11:17, 12:17.
beefing 46:20.
began 84:17,
 100:13.

begin 70:10, 100:12,
 134:9, 175:5.
beginning 47:1,
 80:16, 110:13,
 131:8.
behalf 15:11, 15:16,
 21:1, 24:7.
behind 167:8,
 170:1.
believe 73:16, 81:3,
 90:23, 111:19,
 112:5, 112:23,
 113:7, 133:17,
 147:24, 149:18,
 153:11, 154:2,
 155:7, 157:14,
 168:4.
belong 90:11.
belonging 107:24,
 108:6, 155:8,
 162:15.
belongs 125:13.
Below 153:19.
Belton 116:5,
 116:14, 156:17,
 167:7, 172:5.
Ben 77:20, 77:22,
 167:19.
Bench 4:3, 4:5,
 7:11, 17:25,
 96:19, 104:24,
 119:3, 120:18,
 133:9, 140:16,
 141:17, 161:7,
 161:8, 164:13,
 173:14.
bending 168:17.
beneficial 166:11.
beside 135:19.
best 134:8.
better 139:24,
 157:8.
Beyond 20:4.
BGF. 21:25, 24:17.
big 56:15, 71:17,
 95:18.
bigger 124:18.
bind 21:4.
binder 143:18,
 143:20, 145:11,

146:23.
Binders 134:23,
  141:15, 144:10,
  145:15, 147:3,
  147:11, 147:16.
bit 5:12, 6:10,
  8:21, 15:7, 17:18,
  21:4, 24:14, 47:2,
  81:3, 90:7,
  108:15, 171:5.
bitch 122:13,
  138:21, 170:12.
bitches 121:22,
  121:23.
Black 41:18, 55:13,
  69:25, 70:2, 77:6,
  78:8, 100:1,
  111:14, 138:5,
  139:2, 139:17,
  152:9, 152:10,
  152:13, 152:25,
  154:9, 154:19.
blacked 155:2.
blank 134:15.
blanking 172:11.
block 112:21,
  152:15.
blood 123:13.
Bloods 15:2, 15:23,
  79:2.
blown 101:4.
blue 114:2, 126:15,
  127:1, 127:16,
  128:5, 129:17,
  148:3.
blurry 150:6,
  172:3.
bodies 163:3.
body 54:7, 152:21,
  153:10, 153:11,
  161:12, 169:8,
  173:3.
Bonds 164:1, 164:4,
  165:19, 167:7.
Bone 12:23, 12:25,
  13:12, 13:16,
  13:18, 13:22,
  13:25, 14:3,
  14:4.
bonitas 139:23.

book 115:12, 115:19,
  115:20, 115:21,
  115:23, 146:1.
books 141:22, 145:5,
  146:10, 175:9,
  175:15.
bordered 100:20.
Bottom 25:7, 49:1,
  101:5, 137:11,
  139:16, 163:16.
bought 86:18.
bound 92:25.
Box 11:5, 11:8,
  11:14, 11:20,
  12:17, 12:18,
  40:7, 74:21,
  96:21, 98:10,
  98:19, 101:4,
  123:11, 138:16,
  138:23, 139:2,
  139:21, 151:7,
  152:7, 152:19,
  155:12, 156:3,
  156:11, 157:4,
  157:24, 158:7,
  163:20.
boxes 139:10,
  155:24, 156:15.
BPD 99:20, 101:10,
  129:13.
break 67:15, 96:17,
  96:21, 97:8, 97:9,
  124:21, 173:15,
  173:18, 174:5.
Breaking 54:2,
  139:11.
Brian 39:19, 39:20,
  40:2, 40:11,
  176:27.
brief 2:4.
briefings 17:8.
Briefly 4:3, 50:11,
  93:19.
Bring 3:21, 4:6,
  68:5, 89:9, 98:3,
  99:12, 117:11,
  149:13.
Brittany 113:3,
  113:7.
bro 123:12.

broader 19:12.
brock 122:7.
broke 124:6,
  124:20.
broken 124:16,
  124:18.
broski 138:20.
Brother 53:18,
  92:12, 92:15,
  114:1, 115:11,
  120:14, 122:20,
  124:5, 124:6,
  124:7, 124:10,
  124:11, 124:12,
  124:13, 124:14,
  156:18, 157:11,
  160:18, 172:6.
brothers 17:23,
  20:24, 118:4.
brought 23:8,
  34:11.
bubble 47:22, 47:23,
  47:24, 47:25,
  49:21, 49:24,
  50:19, 51:16,
  51:17, 51:18.
bubbles 46:4,
  51:25.
bucking 34:13.
bucks 5:20.
build 102:13.
Bullet 63:15,
  107:14.
Bumping. 152:17.
bunch 36:6, 43:9.
Bureau 99:7.
Burl 66:25.
burn 124:11.
bush 33:14, 33:18,
  38:18, 46:4, 46:6,
  46:7, 48:9, 81:15,
  93:5, 93:10,
  93:12, 95:18.
Bushman 48:3, 48:5,
  48:6, 48:8, 58:15,
  58:24, 66:10,
  66:12, 87:24,
  88:1, 88:4,
  95:12.
bushmen 36:23,

48:21, 48:25,
60:22, 66:18,
67:5, 67:6, 87:9,
87:11, 95:24.
business 108:22,
109:4, 109:10,
109:21, 122:25,
125:9, 136:4,
138:11, 140:4,
155:14, 155:20,
162:19, 170:11,
171:19.
Bussard 1:37, 26:9,
93:16, 104:25,
143:11.
busted 54:7, 72:4.
Butler 147:20,
147:22, 170:13.
button-up 148:4,
153:6.
.
.
< C >.
cake 163:22.
Cakes 116:5, 147:19,
156:23, 159:3,
168:18, 169:15,
170:2, 173:7.
call 25:18, 25:19,
39:12, 39:18,
43:8, 64:11,
64:13, 82:1,
88:13, 98:6,
103:16, 103:23,
110:14, 110:15,
110:18, 110:25.
called 5:6, 40:3,
42:4, 50:6, 52:15,
52:16, 55:17,
62:2, 63:17, 64:8,
64:9, 64:14,
64:16, 67:7,
71:11, 72:7,
91:13, 91:15,
92:5, 98:15,
128:14.
calls 51:18, 53:10,
98:7, 103:1,
103:5, 103:6,
103:25, 105:18,

105:19, 106:2,
106:15, 110:10,
110:12, 110:13,
110:14, 111:3.
Cambone 77:20,
77:21.
camera 104:14,
132:4.
cameras 104:5,
104:6, 104:15.
Camille 132:23.
candle 62:9.
capable 119:9.
capacity 99:20,
101:13.
capital 139:18.
caps 114:2, 126:15,
126:25, 127:3,
127:10, 127:13,
127:20, 127:21,
127:23, 139:17.
capsules 129:10,
129:24.
car 9:2, 9:10,
9:13.
Cardai 170:13.
care 5:19, 12:17,
34:17, 34:23,
95:24, 96:25.
cared 11:25.
career 101:10.
cares 21:23.
Carlin 19:20.
Carrdai 147:20,
147:24.
carried 79:19,
118:22.
carries 50:24,
50:25.
carry 4:24, 46:7,
50:5, 59:8,
118:15.
Carter 14:6, 113:3,
113:7.
case 12:17, 16:13,
17:4, 17:5, 19:23,
67:16, 67:18,
67:20, 67:22,
67:23, 97:8,
97:11, 97:13,

97:15, 97:16,
104:1, 111:3,
148:12, 148:16,
148:18, 148:20,
174:11, 174:15,
174:18, 174:21,
174:25.
cases 99:12.
casings 107:15.
Casket 152:9,
152:10, 152:13,
152:25.
casual 19:3.
catch 45:20.
category 3:5.
caught 73:13, 75:3,
75:14, 75:24,
164:14.
cause 71:17.
caution 165:11.
CCTV 104:11,
104:14.
CD 3:12, 103:12,
103:16, 103:17,
109:15, 109:19,
109:24, 110:21,
141:12, 146:6,
146:21, 147:9,
160:6, 160:10,
171:18.
CDF 143:21.
cease 88:23.
cell 81:10, 107:24,
108:1, 111:19,
132:22.
cells 82:13.
center 111:5,
151:21, 167:6.
centered 101:17.
central 65:15,
65:16, 80:5,
80:12, 83:8,
111:7.
certain 18:5, 108:4,
140:19, 140:21,
173:16.
certainly 165:9.
certify 176:5.
chain 105:7,
117:21.

chair 6:10.
chambers 97:4.
chance 109:7,
  132:16, 132:19,
  134:13, 148:5,
  149:19, 154:3,
  175:12.
change 135:5.
changed 60:18,
  78:13.
changing 24:15,
  79:8.
charge 33:22, 48:7,
  56:23, 73:14,
  75:4, 75:14,
  75:24.
charged 16:20, 35:9,
  35:24, 72:11.
charging 149:6.
checked 80:19.
Chesapeake 111:8.
chest 124:23,
  153:15, 154:8,
  155:1, 159:18.
child 43:9.
chill 122:5.
choices 12:15.
Chop 151:10, 167:10,
  170:5, 170:13.
Christina 1:27.
Christine 1:46,
  176:5, 176:10.
Christopher
  170:23.
Chuck 15:1, 15:4,
  15:6, 15:11,
  15:17, 15:22.
Chunk 15:1.
circling 134:18.
circuit 104:5.
circulated 143:18,
  143:19.
circumstance 19:1.
circumstances
  20:2.
citizens 102:8.
City 47:3, 49:7,
  49:9, 56:20, 99:6,
  99:10, 99:14,
  100:3, 100:13,

101:2, 101:11,
  102:20, 104:6,
  104:19.
citywide 60:3.
clarify 62:5.
class 82:22.
classes 81:15,
  81:17, 81:19,
  81:22, 82:8,
  82:20, 82:23.
clear 18:19,
  144:15.
clearly 18:14,
  20:2.
CLERK 39:24, 98:11,
  98:18, 132:5,
  132:25.
client 20:3, 28:6,
  133:18.
clip 141:11, 146:5,
  146:20, 146:21,
  147:8, 147:9,
  147:10, 147:15,
  147:18, 171:17,
  171:25.
close 59:19, 133:3,
  146:10, 173:19.
closed 104:5, 147:3,
  147:16.
closet 115:14.
closing 148:14.
clothing 58:5.
co-conspirators
  108:7.
coach 119:7,
  119:11.
Coast 51:8, 51:11.
cocaine 114:2,
  114:6, 126:16,
  127:5, 128:5,
  129:22, 130:11,
  130:19.
code 110:16,
  110:19.
coincidentally
  10:25, 11:1.
Cokesbury 100:23,
  101:8, 101:9.
cold 86:11.
collect 104:11,

104:14, 175:14.
collected 104:16,
  105:5, 107:14,
  107:17, 145:15.
com 131:20,
  138:12.
comes 50:9, 50:14,
  117:19, 117:20,
  125:12, 131:17.
coming 47:13, 76:20,
  76:23, 106:6,
  121:24, 121:25,
  134:11, 137:3,
  150:9.
command 117:22.
commander 48:15,
  48:17, 48:18,
  51:14, 51:15,
  51:20, 51:21,
  51:23, 51:24,
  60:3, 95:9,
  95:15.
commanders 47:8,
  95:13, 95:16.
Comments 163:17.
commissary 50:20.
committed 30:18,
  31:7, 78:17,
  124:7.
committing 77:14,
  78:2, 103:24.
common 111:4,
  111:9.
communicated 87:8.
comparison 107:18,
  134:1, 134:24,
  154:25.
completed 75:2,
  132:17, 174:20.
completely 133:14.
complicated 18:3.
Comrade 46:21,
  53:19, 60:11,
  62:3, 62:5, 62:6,
  65:3, 118:23.
comrades 47:13,
  59:23, 78:9,
  78:16, 82:3.
concern 106:5.
concerned 37:24,

89:4, 105:4.
concerns 102:18.
concluded. 176:3.
conditions 35:18.
conduct 53:15,
 104:1, 113:14,
 113:19, 175:1.
conducted 102:22,
 102:24.
conference 4:5,
 7:11, 17:25,
 96:19, 104:24,
 119:3, 120:18,
 133:9, 140:16,
 141:17, 161:8,
 164:13, 173:14.
confused 73:3,
 84:12.
connected 58:18.
connection 57:15,
 58:16, 160:20,
 167:15.
consciousness
 135:8.
consequence 19:4.
consequences
 124:20.
consist 56:4.
constitutions 117:4,
 117:13.
consult 67:24,
 95:18, 97:17,
 148:21, 175:3.
consultation 97:3.
contact 67:20,
 97:13, 148:18,
 174:22.
contain 144:10.
containing 109:19,
 129:10, 129:18,
 129:25, 130:7,
 130:14, 141:13.
contains 129:15,
 129:22, 130:4,
 130:11, 130:18.
content 141:2,
 141:3, 141:7.
context 18:9, 18:18,
 19:2, 19:8, 19:12,
 152:23.

contexts 18:5.
continue 5:1, 19:11,
 20:8, 20:10, 45:8,
 55:8, 85:18, 89:2,
 89:13, 107:8,
 119:13, 132:18,
 134:4, 142:22,
 149:16, 163:7.
continued 88:25.
control 77:8, 89:5,
 89:7, 89:8, 89:23,
 90:2.
controlled 129:15,
 129:23, 130:4,
 130:12, 130:19.
conversation 32:13,
 106:21.
conversations
 38:18.
converted 67:4.
convicted 41:4,
 75:15.
convince 22:17.
Coochie 155:25.
cool 139:22.
coolin 139:22.
cooling 4:19,
 139:17.
cooperate 10:15,
 53:18.
cooperated 10:15.
cooperating 27:12,
 27:15, 54:18,
 156:9.
cooperative
 102:11.
cooperators
 110:19.
cop 22:22.
copy 117:8, 117:9,
 118:6, 124:2.
corner 138:6,
 167:9.
Cornish 156:4,
 156:7, 156:17,
 169:18, 170:1,
 172:6.
Correction 41:25,
 68:21.
correctly 128:22.

correlate 165:4.
correlation
 164:24.
corridor 99:22.
cost 53:19.
Counsel 3:16, 4:3,
 7:5, 17:24, 18:5,
 18:10, 18:20,
 19:10, 39:6,
 71:10, 96:18,
 105:17, 119:5,
 131:12, 134:11,
 142:17, 143:20,
 164:12, 173:13,
 175:21, 175:25.
count 36:6.
Country 116:2,
 169:1, 169:7,
 169:14.
Couple 75:24, 81:6,
 100:22, 151:20.
course 56:8, 102:4,
 102:5, 110:9,
 121:10, 122:17,
 125:1, 131:8.
court. 8:2, 20:7,
 97:6, 107:7,
 119:12, 121:2,
 137:4, 141:9,
 144:7, 162:1,
 166:18, 173:23.
courtroom 58:1,
 120:15, 121:16,
 153:5, 174:9.
courtroom. 4:9,
 68:2, 68:6, 97:22,
 98:4, 148:24,
 149:14, 175:8.
cover 34:10, 36:15,
 36:17, 36:19,
 36:21, 36:23.
covert 111:4.
CP 111:12.
crazy 43:10, 46:21,
 121:22, 151:10.
created 138:4,
 138:24, 163:21.
Crime 30:18, 77:16,
 77:24, 101:19,
 104:14, 104:19,

105:5, 105:6,
107:13.
Crimes 31:7, 72:12,
78:2, 78:4, 78:6,
78:12, 78:17,
100:14, 103:11.
CRIMINAL 1:9, 44:21,
44:24, 102:9,
174:15.
Crips 79:2.
cross 26:23, 34:11,
54:25, 94:17,
95:12, 107:2,
150:21, 164:19,
164:21, 165:14,
165:15.
cross-designated
99:11.
Cross-examination
4:24, 5:8, 26:13,
68:8, 68:10,
93:21, 137:2,
176:21, 176:23,
176:31, 176:33.
crossed 107:5,
111:14, 116:20,
150:5, 164:22,
164:25, 165:4,
165:12, 166:3,
166:5.
crossing 173:2.
currently 56:24,
68:15, 99:7.
custody 39:20,
105:7, 175:25.
Cut 5:17, 22:5,
42:1, 43:8, 45:5,
45:6.
.
.
< D >.
daily 101:20.
dangerous 84:25,
90:5, 106:10.
dark 136:23.
Darril 81:15.
dash 155:25.
dat. 139:25.
date 23:6, 94:19,
123:15, 138:14,

151:23, 151:25,
158:2, 162:23.
dates 94:18,
94:20.
datniccageeznutz
123:1, 131:20.
dattniccageeznutz
163:17.
daughter 113:8.
Dave 151:11, 159:6,
160:3.
David 159:6, 159:10,
159:14, 164:4,
165:19.
Day 9:7, 23:7,
29:13, 29:17,
30:1, 82:1, 82:2,
82:3, 82:5, 82:7,
99:4, 105:4,
112:25, 122:9,
122:10, 138:20,
139:16, 139:18,
163:23, 173:25,
175:10.
days 28:9.
DEA 70:19, 70:21,
76:16.
dead 11:1, 12:3,
12:6, 14:23,
161:12.
deal 20:25, 35:6,
45:10, 46:3,
51:22, 79:4.
dealing 103:7,
103:24.
deals 92:2.
Deandre 103:21.
Death 20:25, 27:5,
45:21, 45:23,
46:2, 46:10,
46:13, 54:20,
117:21, 137:24,
150:16.
debriefings 35:10.
December 73:20,
73:22, 80:18,
86:25.
decide 70:10,
128:20.
decided 21:6, 21:11,

64:23, 84:11,
88:14, 91:18.
decision 21:6,
23:19, 23:20,
87:4, 87:6, 88:6,
88:7.
deck 152:22.
decrease 25:17.
defend 53:19.
Defendant 1:12,
1:29, 1:35, 1:39,
58:10, 111:17,
135:5, 140:2,
141:13, 149:18,
154:4, 160:3.
defendants 103:4,
103:23, 104:2,
107:25, 108:6,
110:10, 111:21,
115:22, 128:17,
131:8, 175:21,
175:24.
defense 3:16, 39:6,
48:19, 50:23,
50:24, 119:4,
121:5, 134:10,
148:3.
definitely 81:25.
Delando 116:5,
116:14, 156:17,
167:7, 172:5.
delay 92:23.
delayed 92:24.
deleted 138:25.
delivered 20:11.
DEM 49:4, 49:20,
100:24, 112:12,
112:14, 137:7,
137:17, 137:18,
137:19, 154:23.
demeans 19:4.
demonstrate 135:4.
demonstrative
134:22.
denied 163:7.
Department 99:6,
118:11.
depiction 49:6,
49:22.
deputized 99:11.

Deputy 141:19.
descend 20:3.
describe 105:9,
  136:13, 137:8.
described 71:13.
describing 18:6.
desire 118:21.
despite 19:12.
detail 118:19.
detailed 101:15.
detector 21:24.
Detention 111:5,
  111:8.
determined 129:15,
  129:22, 130:11,
  130:18.
determines 130:4.
device 111:4,
  111:7.
diagram 50:12.
dictionaries
  175:4.
dictionary 67:25,
  97:17, 148:22.
did. 106:15.
Die 150:21.
died 23:5, 23:6,
  62:1.
difference 48:14,
  135:12, 135:23,
  136:12, 136:13,
  144:20.
differences 136:20,
  143:5.
different 47:17,
  47:18, 47:19,
  50:7, 56:16, 78:7,
  110:17, 135:1,
  135:12, 145:5.
difficult 132:3,
  136:24, 144:25,
  169:24.
dig 157:9.
Digga 30:20, 31:11,
  31:16, 31:19,
  37:8, 37:16,
  37:22, 37:25,
  38:1, 38:5, 38:9,
  38:11, 120:10,
  120:14, 120:21,

121:12, 153:4,
  155:17, 155:21,
  157:6, 158:9,
  158:12, 160:20.
Digga. 158:1.
Digga.mccants@facebo
  ok.com 155:15.
Digga276@yahoo.com
  155:16.
Direct 12:19, 40:14,
  99:1, 117:16,
  149:16, 176:29,
  176:39.
directive 118:21.
directly 18:15,
  40:9, 98:20.
dis 157:10.
disappointed
  96:23.
Discipline 117:19,
  117:20, 117:22.
disciplined 72:8,
  118:2.
discretely 141:18.
discuss 5:23, 67:16,
  97:8, 97:9,
  148:12, 174:10,
  174:11, 174:12.
discussed 160:19,
  167:15.
discussion 5:19,
  134:18.
Dishonor 150:17.
disk 110:25, 111:1,
  141:13.
displayed 134:12.
dispute 128:18.
disputes 46:3.
disregard 144:22.
distribute 51:10,
  144:10.
distribution
  72:16.
District 1:1, 1:2,
  101:14, 101:23.
division 101:19.
DL 130:22, 130:24.
do. 9:24, 10:22,
  11:22.
dock 132:4.

documents 143:19.
doing 16:16, 25:15,
  43:9, 43:13, 56:5,
  77:8, 90:3,
  105:16, 116:15,
  116:19, 119:6,
  152:4, 165:6.
Don 159:19.
done 6:25, 8:10,
  8:11, 11:23,
  11:25, 13:6, 15:9,
  16:6, 16:12,
  35:14, 75:2,
  76:21, 107:20.
Donnie 60:1, 60:2,
  60:23, 63:2, 63:4,
  71:5.
doors 117:18.
dorm 43:10.
dormitories 81:11,
  82:16.
dormitory 81:11,
  82:11, 82:13,
  82:17.
Dorsey 103:21.
doubt 34:24.
downloaded 111:1.
downstairs 114:4.
dragon 153:20.
draw 18:12, 61:17,
  136:14, 165:12,
  174:6.
drawing 18:20,
  137:7.
drawn 133:25,
  134:8.
drill 7:22.
drug 72:16, 75:3,
  75:14, 90:23,
  103:7, 103:24,
  126:12, 126:14,
  130:20.
Drugs 45:1, 45:4,
  45:9, 45:11,
  50:22, 56:5, 59:5,
  64:20, 64:21,
  69:14, 74:19,
  75:25, 78:11,
  90:24, 91:19,
  91:25, 92:6,

106:19, 107:19,
147:5.
drugs. 105:19.
duck 139:4.
dude 9:20, 10:8,
62:24, 65:9.
Due 101:13.
dues 53:25, 56:3,
56:4, 139:4.
duly 5:6, 40:3,
98:15.
During 35:10, 35:15,
36:10, 37:5, 37:9,
37:22, 38:2, 38:8,
67:15, 82:6,
88:11, 97:9,
102:5, 103:6,
103:22, 104:4,
110:4, 111:9,
121:10, 125:1,
129:10, 129:18,
129:25, 130:7,
130:14, 131:7,
143:22, 148:11,
174:10.
.
.
< E >.
e-mail 125:14,
131:19, 138:12,
155:15, 155:16,
162:21.
E. 126:19.
ear 122:8.
Earlier 23:16,
47:22, 57:10,
67:3, 68:13,
68:15, 69:11,
69:24, 71:10,
72:15, 73:2, 73:3,
76:8, 76:15, 83:6,
86:25, 131:15,
140:1, 151:14,
155:7, 157:14,
159:25, 160:19,
162:13, 167:15.
early 100:16,
103:20.
ears 142:9, 142:10,
144:13, 144:15,

144:19.
easier 117:6.
easily 174:2.
East 38:18, 63:16,
100:20, 100:22,
101:17, 101:19,
101:20.
Eastern 101:12,
101:14, 101:22.
Edison 42:24.
educate 60:19, 66:5,
66:7, 66:12,
88:21.
educated 79:23,
82:23.
Education 47:8,
47:9, 47:11,
47:12, 49:17,
51:3, 51:9, 65:15,
94:6.
Eggy 116:6, 116:14,
156:16, 156:17,
167:8, 172:5.
eight 103:1.
either 29:13, 29:17,
32:8, 54:6, 73:22,
106:9, 110:16,
133:5.
elected 3:23.
elicited 121:5.
embrace 135:5.
embraced 118:21.
employed 99:5,
99:6.
encyclopedia 67:24,
97:17, 148:22.
encyclopedias
175:3.
end 3:9, 3:12, 74:8,
143:24, 173:25.
endeavor 175:5.
ended 13:1, 22:23,
39:13.
ends 12:3, 12:6,
18:8.
Enforcement 17:8,
100:7, 100:10,
101:16, 156:9,
169:20, 170:6,
170:25.

engaged 141:5.
enough 143:6,
163:11.
enter 40:6.
entered 4:9, 68:6,
98:4, 149:14.
entire 81:2,
109:3.
entitled 145:1.
environment 19:5.
Enzinna 68:7, 68:12,
176:31.
er 139:13.
especially 102:19.
Esquire 1:31, 1:33,
1:37, 1:41.
essay 54:3, 54:6,
54:9, 54:12.
estimate 94:23,
102:5.
Eusi 55:1, 55:7,
55:10, 55:11,
117:15, 122:16.
evening 82:9, 174:1,
175:7.
events 82:4.
eventually 42:10,
45:16, 46:23,
59:14, 60:18,
64:16, 65:11.
Everybody 51:4,
64:15, 78:23,
78:24, 151:9.
everything 3:3,
36:10, 48:7, 77:9,
94:4, 105:5.
Everywhere 57:4.
evidence 49:4,
49:19, 104:17,
105:4, 105:12,
105:13, 107:3,
107:12, 107:14,
121:9, 126:12,
126:14, 130:24,
136:20, 142:10,
144:9, 144:20,
145:12, 145:22,
148:14.
evident 107:17.
evidentiary

113:22.
evidently 128:25,
  166:14.
exact 9:24, 46:15,
  86:15, 94:20.
Exactly 4:15, 13:8,
  14:24, 18:20,
  27:7, 27:8, 28:23,
  30:13, 32:11,
  33:15, 34:3,
  38:24, 51:25,
  66:3, 83:15,
  94:19.
Examination 34:8,
  39:13, 40:14,
  94:15, 99:1,
  149:16, 176:25,
  176:29, 176:35,
  176:39.
examine 133:22.
examined 5:6, 40:3,
  98:15.
examples 53:16,
  54:24.
except 118:19.
excerpt 138:11.
excerpts 103:16,
  109:1, 109:3,
  109:10, 110:3,
  110:25, 112:5,
  122:22, 131:16,
  138:8, 150:23,
  151:6, 157:22,
  158:5, 163:14,
  164:11, 167:3,
  169:11.
exchange 35:21,
  64:23.
Excuse 30:25,
  115:11, 121:25,
  129:4, 157:25,
  173:25.
excused 39:5, 39:12,
  39:14, 39:16,
  96:8, 96:12,
  175:7, 175:25.
execute 108:5,
  111:20, 162:14,
  173:8.
executed 108:23,

110:6, 112:16,
  112:25, 125:10,
  155:8, 158:19,
  162:13.
execution 110:4,
  111:24, 129:11,
  129:19, 129:25,
  130:7, 130:15.
exhausted 143:6.
Exhibits 2:6, 2:21,
  3:7, 3:11, 3:14,
  3:16, 3:23, 96:16,
  108:20, 109:14,
  114:8, 115:7,
  115:8, 116:22,
  119:9, 126:18,
  130:21, 134:7,
  136:8, 136:11,
  136:20, 140:25.
exist 88:23, 88:25,
  89:2, 118:1.
expect 19:25.
expected 118:20,
  174:15.
expert 161:11,
  165:8.
expertise 133:13.
explain 2:19,
  142:1.
explained 33:14,
  61:4, 88:20.
explanation 19:14.
Explosives 99:8.
exposed 67:17,
  97:10, 148:15,
  174:20.
expressed 77:13,
  135:12.
expression 135:5.
extent 96:5,
  121:7.
external 175:3.
extortion 45:1,
  45:3, 56:5, 72:16,
  77:14, 78:11.
extra 165:20.
extraneous 105:23,
  105:25.
extreme 117:21.
eye 161:12.

eyes 133:20.
.
.
< F >.
face 30:17, 30:23,
  31:17, 32:3,
  39:23, 51:22,
  98:10, 157:12.
face. 30:12, 31:2.
faces 131:7.
Facility 111:8,
  111:9.
facing 112:23.
fact 4:21, 18:23,
  70:20, 79:9, 89:4,
  106:9, 165:17,
  174:6.
facts 67:22, 97:15,
  148:20, 174:24.
factual 128:15.
fair 20:19, 47:25,
  49:6, 49:22,
  94:20, 101:24.
Faison 120:14,
  122:20, 123:7,
  157:5, 157:6,
  157:15, 160:17,
  160:19, 162:4.
fall 86:10, 86:12.
fallout 95:19.
familiar 28:20,
  38:1, 38:9, 57:7,
  58:11, 61:11,
  101:17, 101:24,
  103:13, 108:20,
  109:15, 109:25,
  110:22.
Family 16:2, 25:10,
  25:14, 35:2,
  41:18, 55:1, 55:3,
  55:13, 55:15,
  57:12, 69:25,
  70:2, 84:8, 100:1,
  174:12.
family. 124:15.
far 37:24, 105:11,
  124:12, 134:7,
  148:3, 153:7,
  167:9, 170:14.
fat 112:17,

163:22.
Fatal 117:23,
  117:24.
father 32:8.
favor 117:13,
  123:12.
FBI 14:16, 17:15,
  103:18, 103:20,
  111:6.
FCRR 1:46, 176:5.
fear 17:18.
fearful 20:20,
  20:23, 20:25,
  23:17, 23:18,
  102:12.
featuring 140:2,
  141:13.
February 80:19,
  87:2.
Federal 1:47, 35:25,
  36:2, 99:11,
  99:13, 100:9,
  100:21, 101:5,
  111:8, 174:15.
Feel 35:1, 118:8,
  131:22, 163:17.
fellow 15:16,
  174:11.
fellows 13:1.
felt 122:3.
female 123:6.
fence 21:10.
Fennell 156:1.
Few 72:4, 76:3,
  76:13, 80:13,
  80:14, 134:8.
field 44:6, 44:7,
  44:8, 46:11,
  48:19, 49:18,
  87:17, 87:18.
fifth 153:21.
fight 53:20,
  124:24.
figure 3:18,
  164:18.
figured 123:2.
Finally 51:3,
  127:24, 130:13.
Finance 50:18,
  50:19, 77:22.

financial 77:20.
financing 77:22.
find 19:4, 62:1,
  62:20, 79:6,
  113:22, 134:4,
  146:23, 147:10.
finds 51:24,
  72:24.
fine 19:15, 96:23,
  164:23.
fines 117:20.
finger 140:13.
fingerprint 104:17,
  107:11.
Fingerprints
  107:17.
fingers 112:17.
finish 145:19.
finished 134:14,
  134:19, 145:13.
fire 124:11.
firearm 103:9,
  107:15.
Firearms 99:7.
five 74:17, 75:4,
  173:17.
flag 139:17.
flames 54:25,
  159:20.
Floor 1:48, 113:4,
  113:6, 113:9,
  113:25, 115:13,
  127:2, 127:4.
focused 37:2,
  100:18.
folders 108:20.
follow 144:24.
followed 65:3,
  94:25, 95:5,
  95:7.
following 8:2, 20:7,
  97:6, 107:7,
  119:12, 121:2,
  137:4, 141:9,
  144:7, 162:1,
  166:18, 173:23.
follows 5:7, 40:4,
  98:16.
foot 44:10.
footage 104:11.

Force 99:8, 99:9,
  99:10, 99:17,
  99:20.
forearm 132:11,
  133:3, 137:10,
  150:16.
foregoing 176:6.
forge 118:16.
former 102:7.
forth 76:13.
forward 98:9,
  99:12.
Found 9:7, 17:8,
  17:12, 27:11,
  27:12, 31:13,
  59:17, 63:24,
  108:10, 113:24,
  114:1, 114:2,
  114:6, 115:6,
  115:15, 123:23,
  126:6, 126:9,
  126:10, 126:12,
  126:14, 126:25,
  127:2, 127:10,
  128:1, 128:2,
  131:21, 143:5,
  171:7.
Foundation 120:19,
  120:20, 120:22,
  133:10, 133:12,
  133:14, 133:16,
  133:21, 133:24,
  134:5, 136:1,
  161:10, 161:24,
  161:25, 163:6.
foundational 141:5,
  161:2, 161:4.
founded 51:12.
founding 26:20.
four-page 127:8.
Fox 50:6, 82:25,
  83:3, 119:22,
  120:1.
fragments 107:15.
Francomano 1:41,
  26:11, 36:5,
  93:18, 121:17,
  143:13, 143:23,
  144:4, 153:7,
  176:23, 176:33.

frankly 142:6.
Free 118:8, 138:19,
    139:14, 151:10,
    151:11, 157:25,
    163:22, 168:12.
frequently 55:23.
Friday 81:24,
    81:25.
friends 57:17,
    155:21, 174:12.
frightened 23:2,
    23:4.
frontal 149:25,
    150:1, 159:14.
fucking 152:14.
full 122:23,
    125:11.
full-fledged 50:2.
funds 50:8, 78:9,
    78:10, 78:15,
    78:18.
.
.
< G >.
gain 43:6, 45:16,
    59:11, 118:13.
gaining 110:12.
Gang 15:3, 15:23,
    27:23, 38:22,
    41:15, 41:17,
    49:23, 52:8,
    53:22, 53:25,
    54:21, 77:1, 77:4,
    78:23, 90:20,
    91:1, 100:1,
    103:3, 103:10,
    104:3, 107:25,
    123:13, 165:17.
gangs 91:6, 99:12.
garage 56:15.
gave 17:10, 17:11,
    17:13, 17:16,
    23:25, 58:25,
    66:22, 75:4,
    83:15, 83:17.
Gayism 118:2.
gears 90:6.
gedathaprince@yahoo
    131:20.
gedathaprince@yahoo.

com 138:13.
Geezy 33:7, 35:7,
    57:25, 58:1,
    60:12, 60:14,
    62:16, 65:11,
    65:18, 66:4,
    66:12, 66:14,
    66:20, 67:3,
    116:4, 116:13,
    121:25, 123:9,
    131:11, 138:5,
    138:18, 139:3,
    139:7, 152:9,
    152:15, 152:16,
    152:20.
gel 114:2, 126:15,
    126:25, 127:3,
    127:10, 127:12,
    127:20, 127:21,
    127:23, 129:9,
    129:24.
general 47:3, 48:19,
    49:18, 101:2,
    101:21, 105:10,
    107:10.
generally 5:12,
    36:15.
generate 50:8, 78:9,
    78:10, 78:17.
gentleman 8:22,
    14:25, 167:6.
gentlemen 4:10,
    67:15, 97:7,
    121:3, 128:13,
    131:1, 144:8,
    146:11, 148:10,
    173:24.
geographical
    101:3.
Geographically
    100:17, 100:19.
George 115:12,
    164:5.
GERALD JOHNSON, et
    al. 1:10.
Geronimo 87:13,
    87:15.
gets 31:8.
getting 13:2, 18:7,
    23:18, 25:13,

30:21, 45:9,
    53:21, 54:4, 54:7,
    54:12, 54:14,
    79:2, 82:10,
    86:11, 92:6, 94:7,
    152:14, 173:19.
Give 7:7, 17:14,
    53:16, 54:24,
    66:20, 102:14,
    112:13, 119:9,
    122:7, 122:12,
    142:13, 143:2,
    147:1.
Given 19:5, 19:8,
    91:11, 134:6.
gives 134:10.
giving 94:23,
    143:8.
glare 132:4, 137:15,
    169:12, 169:23,
    171:5.
glasses 117:11,
    117:24, 121:17,
    131:13, 153:6.
GM 112:20.
GMB 122:16, 156:16,
    157:12, 170:18.
God 152:5.
Gogetta 123:14.
gorilla 55:24,
    55:25, 138:6,
    153:23.
gorillas 55:24.
Gotcha 65:11.
gotten 74:6,
    105:14.
Gotti 131:22,
    163:18, 164:1.
governing 85:1.
GP 21:17, 114:24,
    115:18, 117:5,
    119:18, 119:23,
    120:5, 120:11,
    124:1, 125:1,
    126:3.
GP1 2:8.
GP4 2:9.
grainy 112:7,
    125:21.
grand 26:3.

Granted 121:1,
    121:6.
grave 117:17.
Gray 4:24, 5:4, 5:5,
    5:10, 5:12, 6:9,
    8:3, 13:15, 20:10,
    22:16, 24:3,
    25:22, 26:6,
    26:15, 34:10,
    42:24, 43:5,
    176:19.
great 137:16.
green 127:5, 127:25,
    130:6, 170:14.
green-hitted 9:17.
green-light 6:14,
    6:19.
green-lighted 8:4,
    8:16, 9:18,
    12:3.
green-lighting 6:1,
    6:5.
green-lighting.
    6:1.
green-lights 11:7.
Greenmount 12:25,
    28:4, 29:9, 29:16,
    35:6, 37:3, 49:10,
    49:12, 57:8,
    57:20, 57:22,
    59:5, 59:9, 59:12,
    67:9, 99:22,
    100:22, 101:6,
    101:15, 112:10,
    121:11, 139:12,
    154:11, 155:6,
    156:8, 170:24.
Gregg 167:25,
    168:11, 168:20,
    168:22, 169:15,
    170:20.
grounds 143:3.
group 42:23, 84:19,
    89:15, 89:17,
    94:9, 152:3,
    152:8.
groups 78:10,
    93:25.
grow 40:20.
grown 11:22, 12:8,

12:9, 12:15.
guarding 53:22.
Guerilla 41:18,
    55:13, 57:12,
    69:25, 70:2, 84:8,
    100:1, 111:14.
guerillas 118:12.
Guerillas. 124:24.
guess 58:20, 71:9,
    82:5, 84:6, 88:12,
    89:3, 134:3.
guessing 136:24.
Guilford 57:19,
    57:21, 100:21,
    101:6.
guilt 135:8.
guilty 17:3,
    35:24.
gun 14:21, 122:7,
    123:13, 150:12.
guns 99:12,
    106:20.
guns. 105:20.
guy 12:22, 12:23,
    14:6, 34:13, 35:5,
    35:6, 47:12,
    50:25, 57:16,
    63:15.
guys 25:13, 42:16,
    57:16, 57:17,
    58:19, 59:22,
    61:5, 79:3, 79:4,
    82:21, 85:8.
Gyedi 22:4, 48:11,
    48:13, 48:22,
    48:25, 55:1,
    55:10, 55:11,
    117:15, 122:16.
gzy 138:12.
Gzy.theprince
    138:13.
.
.
< H >.
H-a-y-d-e-n 98:23.
Ha 152:11.
Hagerstown 68:21.
half 99:19,
    175:10.
halfway 63:17.

Hall 116:4, 147:19,
    156:22, 159:3,
    168:17, 169:15,
    170:2, 170:19,
    173:7, 173:9.
hand 13:4, 23:16,
    23:17, 23:21,
    39:25, 98:13,
    159:10.
handgun 104:9.
handled 51:2.
hands 124:5,
    171:13.
Handy 111:10,
    111:14, 156:21,
    162:11, 162:15,
    162:20, 163:2,
    172:14.
Hank 172:18.
happen 4:22, 59:16,
    92:25, 95:20,
    121:9.
happened 5:16, 14:3,
    14:13, 46:19,
    60:10, 63:14,
    88:11, 94:18,
    94:21, 107:3,
    166:10.
happening 106:9.
happy 18:22, 18:24,
    19:19, 161:1.
hard 18:11, 20:4,
    127:12, 132:11,
    169:8, 169:25,
    171:5.
hardest 4:18.
harm 65:6, 118:22.
harmed 46:22,
    50:16.
harmful 54:13.
Harris 138:18,
    169:25, 170:19.
Harrison 156:1,
    168:18.
Harvey 123:24,
    125:4, 125:19,
    156:12, 167:13,
    167:14.
hashtag 123:14.
hat 167:8, 168:17,

169:25.
Hayden 96:15, 98:8,
  98:9, 98:14,
  98:22, 99:3,
  106:13, 107:9,
  119:14, 121:20,
  122:18, 123:10,
  123:18, 125:24,
  132:15, 132:19,
  137:6, 137:20,
  146:8, 147:17,
  147:25, 149:16,
  149:17, 153:25,
  154:10, 162:3,
  166:22, 176:37.
Haze 152:9, 152:10,
  152:13, 152:25.
Head 9:5, 19:18,
  54:7, 63:15,
  133:18.
heads 42:7, 72:4.
hear 30:19, 106:7,
  128:13, 131:7,
  144:9, 144:19,
  144:20, 144:21,
  144:23, 144:25,
  145:21, 164:15,
  174:4.
heard 42:12, 43:14,
  48:12, 52:18,
  53:12, 66:18,
  105:1, 143:22,
  148:13.
hearing 4:1, 97:19,
  143:9, 143:22,
  144:13, 144:15,
  144:17, 145:21,
  174:4, 175:18.
hearsay 140:22.
heels 4:19.
Heights 40:23.
held 35:20, 56:13.
help 6:11, 19:10,
  110:19.
helped 44:15,
  66:7.
helping 118:7.
Henderson 11:5.
Henry 90:18, 172:18,
  172:22.

hereby 176:5.
Heroin 69:16, 69:18,
  76:1, 76:8, 114:2,
  126:15, 127:3,
  127:13, 127:20,
  127:23, 129:15,
  130:4.
hide 170:1.
high 25:9, 25:13.
high-ranking 24:25,
  26:18, 32:9.
higher 24:22, 48:6,
  91:18, 91:25,
  92:4, 118:15.
higher-ups 59:17,
  60:15.
Highest 22:6.
hip 150:13.
historical 108:3.
histories 47:13.
history 43:12,
  43:20, 51:7,
  66:10.
Hit 6:6, 8:18, 9:18,
  15:10, 15:16,
  45:14, 45:15,
  64:16, 65:8,
  71:18, 91:11,
  92:5, 93:2, 93:12,
  95:10, 95:13.
hits 6:19, 8:4,
  8:16, 45:1, 45:14,
  50:7, 56:5, 71:20,
  95:14.
hoba 138:21.
hodari 26:15, 26:16,
  48:12, 48:22.
Hoffman 1:27, 2:10,
  2:19, 67:14,
  126:21, 134:6,
  146:2, 149:11,
  149:15, 166:1,
  166:17, 176:29,
  176:35, 176:39.
Hold 2:11, 56:9.
holding 111:9,
  111:19, 116:20,
  116:21, 132:22,
  138:21, 159:2,
  171:12.

holds 47:12.
hollered 152:22.
home 25:15, 73:13,
  74:21, 75:1, 75:3,
  75:4, 75:9, 75:13,
  75:21, 75:23,
  117:20, 121:24,
  121:25, 122:1,
  122:12.
home. 158:13.
homes 56:16.
homicide 104:19.
homosexualism
  118:3.
honest 172:11.
Honorable 1:18.
Hood 151:10, 167:25,
  168:12, 168:20,
  169:15.
hopes 69:8.
Hot 42:24, 122:1.
hour 97:20, 97:21.
House 41:25, 68:21,
  112:24, 113:5,
  113:13, 113:14,
  113:15, 113:16,
  113:20, 113:23,
  115:7, 126:12,
  126:14, 127:17.
Hunter 159:6,
  159:10, 159:14,
  164:4, 165:19.
hurt 45:15.
Husher 4:4.
hustle 139:14.
hypnotized 21:24.
.
.
< I >.
ID 110:17, 113:24,
  114:10, 114:14,
  115:1, 159:14,
  159:15.
idea 87:7, 90:3,
  93:3.
identical 151:2.
identified 58:10,
  79:15, 112:5,
  122:22, 131:15,
  138:1, 138:8,

141:12, 150:23,
151:5, 157:22,
158:5, 158:23,
160:7, 163:14,
164:10, 167:2,
168:9, 169:5,
169:11, 169:22,
170:16, 171:18,
172:20.
identify 114:8,
114:16, 114:21,
119:16, 119:21,
120:2, 120:9,
121:11, 122:18,
123:4, 123:17,
123:21, 125:2,
125:12, 125:17,
125:24, 126:23,
127:9, 127:14,
131:17, 138:9,
146:13, 147:18,
156:5, 160:12,
166:21, 166:24,
171:24, 172:24.
identifying 108:23,
115:9, 117:2.
II 129:23, 130:11,
130:19.
III 1:41.
illegal 71:2.
Ily 139:14.
image 134:19.
impeach 7:13,
7:19.
implosive 157:8.
importance 25:17.
important 22:12,
174:7.
improper 106:8,
107:1.
in. 2:7, 4:6, 106:6,
130:25, 136:6,
136:10, 136:11,
137:3.
inaccurate 142:20,
143:2, 143:4.
inadmissible 105:25,
106:6, 106:11.
incarcerated 41:2,
41:7, 41:10,

41:24, 44:13,
44:16, 46:20,
48:20, 65:18,
68:16, 69:22,
70:8.
incarceration
41:5.
include 60:23,
69:14.
included 145:11.
includes 143:19.
including 72:16,
161:10.
incorporate 88:7.
independent 67:22,
91:3, 97:14,
148:19, 174:24.
INDEX 176:15.
Indicating 168:23.
indicator 153:16.
Individual 38:9,
42:6, 43:10,
116:14, 121:11,
122:18, 125:2,
125:22, 156:6,
156:7, 163:2.
individually
127:11.
individuals 103:9,
107:22, 108:9,
108:24, 116:1,
123:4, 125:17,
147:18, 151:2,
152:3, 159:2,
172:24.
indulge 7:22.
indulgence 7:1,
25:6, 39:3, 125:5,
159:7.
inefficiency 4:21.
inference 136:14,
165:12.
inferences 137:7.
informant 70:23,
76:16.
information 23:25,
28:11, 35:9,
35:10, 35:15,
35:21, 102:14,
105:23, 105:25,

106:6, 106:11,
107:2, 108:3,
110:12, 110:16,
128:15, 151:23.
initial 88:6.
initially 85:19,
94:8.
initiative 101:12.
injured 11:2.
ink 154:9, 154:15,
154:19, 154:22.
inked 150:6.
inmate 44:19.
inmates 46:9,
46:12.
inquire 134:4,
162:2.
inquired 174:13.
Inside 115:20,
115:21, 115:23,
150:8, 150:9.
Instagram 108:9,
108:10, 108:25,
109:11, 109:20,
109:22, 122:22,
122:25, 131:16,
136:4, 138:2,
160:1, 160:7,
163:15.
instance 2:25.
instances 27:19,
103:8.
Instead 10:10,
164:21, 166:1.
institutions 47:7.
instruct 165:20.
instructed 136:18,
174:17.
instruction 142:13,
145:8.
instructions 148:14,
174:2, 174:6.
intend 133:16.
intending 63:20.
intention 129:1,
165:5, 165:6.
intentionally
135:8.
intercept 103:4,
105:18, 106:1.

intercepted 103:1,
  103:6, 103:7,
  103:9, 103:23,
  106:21.
interests 72:20.
internet 67:24,
  97:16, 148:21,
  175:1.
interpose 134:12.
interpreting
  144:14.
intersected
  103:18.
interview 30:7,
  31:10, 102:3.
interviewed 102:6,
  102:10.
interviews 35:15.
introduce 131:6.
introduced 2:7.
investigating
  100:13.
investigations
  101:20.
investigative 102:2,
  102:13, 105:10,
  107:11, 131:5.
investigators
  100:5.
involved 44:21,
  44:24, 63:12,
  90:9, 99:21,
  100:8, 100:10,
  100:15, 100:16,
  102:3, 102:9.
involving 99:12,
  107:11.
Irky 151:11.
issue 2:4, 18:13,
  78:12, 139:13.
issues 67:19, 97:11,
  148:16, 174:21,
  175:2, 175:4.
Item 103:13, 127:11,
  127:16, 127:17,
  127:21, 127:22,
  128:1, 128:5,
  128:6.
itself 107:3.
.

.
< J >.
J-o-n-a-t-h-a-n
  98:23.
J. 124:18.
jackets 151:3.
Jackson 115:12,
  164:5.
jail 9:21, 21:1,
  44:21, 45:4,
  45:11, 47:21,
  61:23, 65:2,
  110:10, 110:12,
  110:13, 110:14,
  110:15, 110:25,
  111:3.
jailhouse 72:6.
jails 36:21, 47:20,
  48:15.
Jamaa 55:1, 55:3,
  55:10, 55:11,
  55:15, 117:15,
  117:18, 118:1,
  118:14, 118:24,
  120:3, 120:7,
  124:21, 132:12,
  133:4, 135:6,
  137:11, 138:25,
  150:7, 169:9.
Jamaa. 122:16.
Jamaal 133:5.
Jamaaville 138:5.
James 37:1, 156:7,
  156:17, 169:18,
  169:25, 172:5.
James K. Bredar
  1:18.
January 73:22, 87:1,
  87:2, 174:16.
Jeffrey 1:33.
Jessup 41:25.
JKB-16-0363 1:9.
job 133:24.
Joe 42:24, 164:1,
  164:4, 167:7.
John 1:41, 96:15,
  131:22, 163:17.
join 34:13, 35:5,
  41:15, 41:19,
  42:10, 43:21,

43:24, 52:8,
  66:15.
joined 41:22, 42:3,
  43:16, 71:10,
  78:2.
joining 66:4.
joker 45:19, 45:25,
  46:2.
Jonathan 98:8,
  98:14, 98:22,
  176:37.
Jones 1:35, 103:8,
  105:20, 106:20,
  148:2, 148:5,
  149:18, 149:19,
  149:25, 150:4,
  150:12, 150:16,
  151:1, 151:15,
  151:19, 152:4.
Joseph 164:1,
  165:19.
judge 50:14, 79:18,
  174:17.
judgment 19:3.
Juke 16:11, 16:13.
July 86:20.
jump 53:21.
juror 174:13.
jurors 141:15,
  144:13, 145:23,
  146:22, 147:10,
  174:8, 174:11.
Jury 1:10, 2:3,
  3:25, 4:9, 4:15,
  26:3, 68:1, 68:2,
  68:5, 68:6, 96:22,
  97:21, 97:22,
  97:25, 98:4,
  117:6, 131:6,
  132:3, 132:14,
  134:15, 135:23,
  141:25, 148:23,
  148:24, 149:10,
  149:14, 174:14,
  175:7, 175:8,
  175:18.
justice 48:18,
  49:18, 50:13,
  50:17, 95:16.

.
< K >.
Keene 113:4.
Keep 50:19, 105:22,
  122:7, 145:16,
  157:7.
Kenneth 1:35,
  120:14, 122:20,
  123:7, 148:2,
  149:18, 151:1,
  151:15, 151:19,
  152:4, 157:6,
  157:15, 160:17,
  160:19.
Kenwood 63:16,
  63:19, 63:24.
kid 30:20, 163:22.
kids 84:20, 90:11.
kill 9:22, 10:12,
  10:17, 10:20,
  14:11, 14:17,
  15:20, 15:22,
  53:23, 64:23,
  89:20, 90:22.
killed 6:14, 9:2,
  9:5, 9:18, 9:25,
  10:1, 10:11,
  11:20, 14:14,
  16:14, 34:19,
  54:8, 62:20,
  62:24, 63:5, 63:8,
  71:22, 85:13,
  85:15, 90:14,
  90:16, 92:1,
  167:22, 168:2,
  168:3, 168:4,
  169:3.
killing 8:22, 9:9,
  11:4, 12:4, 16:11,
  16:12, 16:20.
killings 16:6,
  72:18.
Kim 60:11, 60:12,
  62:2, 62:3, 63:2,
  63:4, 71:5, 85:21,
  86:3, 87:13,
  87:14, 88:1,
  93:8.
kin 134:2.
kind 50:7, 72:22,

117:19, 174:23.
King 58:12, 58:14,
  58:23, 61:20,
  62:10, 62:20,
  63:5, 63:7.
kitchen 113:24,
  115:1.
KK 121:22.
know. 152:16,
  157:13.
knowing 90:4.
knowledge 33:16,
  33:24, 59:2,
  65:11, 85:16,
  120:21.
known 45:19, 45:25,
  48:11, 112:3,
  113:12, 116:1,
  116:2, 116:5,
  116:6, 117:17,
  121:12, 123:8,
  123:9, 123:23,
  153:4, 156:13,
  158:16, 159:6,
  163:2, 167:7,
  167:10, 167:25,
  170:5, 172:5.
knows 135:20,
  165:9.
.
.
< L >.
Lab 104:19.
labeled 2:25,
  3:12.
laboratory 129:14.
Lack 119:10, 120:20,
  120:22, 133:10,
  161:25, 163:6.
Lacritia 113:4.
Ladies 4:10, 67:14,
  97:7, 121:3,
  128:13, 130:25,
  144:8, 146:10,
  148:10, 173:24.
Lamaal 133:5.
Lamontae 167:10,
  170:5, 170:13,
  170:18.
landmarks 101:25.

language 18:18,
  20:4, 144:24,
  157:25.
Laptop 149:4.
Larry 11:5.
Last 4:25, 31:10,
  40:10, 98:21,
  111:19, 121:4,
  121:7, 122:2,
  132:20, 132:21,
  147:21, 148:6,
  149:20, 149:21,
  154:4, 174:16.
late 4:13, 100:16.
later 25:3, 28:10,
  39:12, 88:18,
  92:25, 104:1,
  111:3, 165:17.
Latrobe 111:25,
  112:9, 112:22,
  126:2, 126:10,
  129:11, 129:19,
  130:1, 130:8,
  130:15, 131:6,
  158:18.
laundry 65:15,
  65:16, 80:5,
  80:12, 83:8.
law 17:8, 19:12,
  67:22, 97:15,
  100:7, 100:9,
  118:15, 123:12,
  148:15, 148:20,
  156:9, 169:19,
  170:6, 170:24,
  174:24.
laws 119:17, 124:6,
  124:16, 124:18,
  124:20.
lawyer 18:15,
  19:25.
lawyerly 18:18.
lawyers 19:5, 50:20,
  121:5.
lay 133:12, 133:15,
  161:24.
laying 141:5.
lead 100:5,
  166:12.
leader 21:25, 22:3,

22:4, 22:7, 22:8,
 24:16, 24:21,
 25:2, 25:13,
 51:16, 67:3.
leaders 24:22,
 57:24.
Leading 17:21, 55:6,
 166:2.
learn 43:20, 43:23,
 62:23, 64:16,
 64:18.
learned 61:20,
 138:17.
leaseholder 113:5.
leave 46:23, 46:25,
 134:15, 134:16,
 134:17, 134:19,
 174:8.
led 41:4.
left-hand 112:24,
 138:6, 167:9.
lengthy 96:15.
letters 2:16,
 115:12.
level 47:4, 49:7,
 49:17.
Liberty 40:23.
lie 21:23, 22:2.
lieutenant 48:18,
 51:20, 51:21,
 51:23.
Life 20:1, 21:2,
 23:18, 36:4,
 69:16, 117:18,
 122:16, 139:23,
 151:24, 157:10,
 157:12.
light 62:9.
Lil 157:11,
 159:18.
line 18:12, 18:14,
 18:20, 107:2,
 107:5.
lines 103:1.
list 3:8, 155:21.
Listen 12:15,
 110:15.
listening 110:12,
 144:24, 145:9,
 145:17.

lists 3:2.
literally 174:8.
Little 2:5, 5:12,
 6:10, 8:21, 15:7,
 17:18, 24:14,
 47:2, 64:2, 73:3,
 81:3, 90:7, 99:16,
 101:8, 101:9,
 103:25, 108:15,
 111:3, 112:7,
 121:23, 125:21,
 132:3, 150:5,
 150:20, 159:6,
 162:11, 169:24,
 171:5, 172:3.
Live 119:10, 124:19,
 124:24, 150:20.
lives 32:20.
lives. 31:5.
living 168:1.
loaded 139:19.
local 100:9.
located 113:2,
 113:3, 113:5,
 113:6, 113:13,
 113:15, 113:16,
 114:5, 115:1,
 115:12, 115:22,
 126:1, 127:3,
 127:16, 127:18.
location 100:19,
 108:3, 112:9.
locations 104:8.
Loch 100:23.
lock 72:7.
locked 56:23, 64:25,
 65:22, 80:10,
 139:19.
Lombard 1:48.
Long 19:14, 35:15,
 41:7, 68:25, 74:4,
 74:14, 75:23,
 80:12, 81:9, 86:8,
 88:6, 88:8, 89:2,
 99:14, 99:17,
 105:11, 124:24,
 173:21.
longer 15:7, 22:24,
 27:22, 80:24,
 86:17.

Look 8:10, 13:5,
 15:9, 21:21, 23:5,
 28:20, 67:23,
 78:9, 89:6, 97:16,
 119:4, 133:22,
 136:1, 136:19,
 145:18, 148:21.
looked 21:18, 65:9,
 133:18, 133:22.
Looks 79:21, 133:4,
 133:25, 145:25,
 150:6, 154:15,
 154:19, 164:4,
 168:16, 170:2,
 170:19.
lost 36:6.
lot 4:14, 44:19,
 46:12, 79:3,
 91:23, 94:17,
 102:12, 134:2,
 134:18, 165:8.
loud 161:1.
Love 121:21, 122:15,
 124:13, 151:12,
 151:13, 157:8,
 158:9, 163:22.
lowered 19:16.
loyal 124:7.
LTC 51:23.
lunch 96:17, 96:21,
 96:22, 97:4, 97:8,
 97:9.
.
.
< M >.
ma 138:20.
ma'am 108:21.
main 31:13, 42:7,
 46:3.
mainly 97:3.
major 25:12,
 117:20.
Man 11:5, 11:22,
 12:8, 12:15,
 113:12, 113:13,
 121:22, 124:16.
map 101:1, 101:3.
marked 42:25, 49:3,
 61:6.
markings 54:21.

Marquise 1:39,
    121:15, 153:4.
Marshal 49:18,
    87:17, 87:18,
    111:18, 132:21,
    175:25.
Marshals 48:19,
    99:11.
Martinez 2:3, 2:22,
    5:25, 16:7, 16:24,
    17:17, 20:15,
    21:16, 22:1, 34:7,
    175:19, 176:25.
Maryland 1:2, 1:20,
    1:49, 26:21,
    41:25, 42:17,
    43:11, 47:20,
    68:21, 129:12,
    129:20, 130:1,
    130:9, 130:16.
material 114:3.
matter 124:11,
    136:14, 176:7.
matters 97:18,
    131:1, 144:19,
    145:11.
maximum 36:2.
MCIH 68:19.
me. 151:13.
Meadows 170:23.
mean 31:13, 32:4,
    41:20, 44:7, 45:3,
    47:11, 52:16,
    54:9, 56:1, 58:22,
    65:5, 67:1,
    106:11, 165:7.
Meaning 27:11,
    27:16, 45:4,
    95:4.
means 8:18, 69:6,
    121:6, 161:12,
    165:9, 165:10.
meant 6:5, 34:16,
    34:19.
media 108:5, 108:23,
    109:14, 138:9,
    162:15.
meet 38:6.
meeting 30:15,
    30:25, 31:1,

33:10, 33:11,
    37:1, 37:5, 37:9,
    37:13, 37:22,
    38:8, 60:16, 61:2,
    61:4.
meetings 24:6,
    30:22, 36:7,
    36:10, 38:2, 56:9,
    56:11, 56:13.
membership 43:6,
    85:6.
memories 157:12.
memory 13:21, 15:6,
    121:8.
men 12:9.
mention 28:18,
    28:22, 28:25,
    29:3, 29:6, 29:10,
    29:13, 29:17,
    29:20, 29:23,
    30:3, 37:22,
    160:3.
merely 142:11.
mess 32:7.
message 152:23.
messages 59:20,
    59:21, 103:2,
    108:3, 152:8.
met 25:23, 27:25,
    28:3, 28:9, 28:21,
    28:24, 29:2, 29:5,
    29:8, 29:12,
    29:15, 29:19,
    29:22, 32:10,
    32:15, 36:25,
    37:14, 94:19.
Mf'ing 138:20.
Michael 5:5,
    176:19.
microphone 6:10,
    40:8, 40:9,
    98:20.
middle 21:21,
    107:10, 125:23,
    152:4, 159:2.
Mike 40:8, 42:24,
    43:5.
Miller 167:19.
Mills 90:18.
mind 8:21, 24:15,

60:18, 165:23.
mine 139:17.
minimum 65:17.
minister 48:18,
    49:17, 49:18,
    50:13, 50:18,
    50:23, 50:24,
    51:3, 51:9.
minor 143:5.
minute 49:15,
    50:10.
minutes 97:20,
    97:21, 148:25,
    173:17, 173:20.
mischievous 30:20,
    31:8, 31:9, 31:22,
    31:23.
missed 54:5, 62:7.
mission 46:8, 51:1,
    80:2, 80:3, 83:7,
    83:11.
missions 52:7, 65:4,
    65:5, 66:14.
misunderstandings
    3:21.
mixed 59:19, 59:20,
    59:21, 84:25.
Mobile 101:16.
Moja 138:21.
moment 136:1,
    143:12, 145:10,
    145:14, 145:16,
    165:24, 166:11,
    174:1.
money 25:14, 50:16,
    50:20, 53:18,
    56:4, 123:13,
    152:14, 159:2.
money. 25:9.
moniker 58:21,
    58:24.
Monique 129:13.
monitor 74:21,
    75:22.
monitoring 75:1,
    75:3, 75:4, 75:9,
    75:13, 75:23.
Montana 155:25.
Montel 123:24,
    125:4, 125:19,

156:12, 167:13,
167:14.
month 81:8, 86:15,
152:12.
months 75:24, 76:13,
80:13, 80:14,
80:21, 86:17.
morning 2:2, 4:10,
5:10, 5:11, 24:14,
40:16, 67:15,
113:1, 173:22,
175:6, 176:2.
mother 23:5, 23:6,
32:22.
Motion 63:10,
120:24, 121:6,
163:7.
motions 143:22.
mouth 140:13.
Move 14:5, 118:8,
130:23, 133:6,
141:1, 141:6,
163:4, 163:8,
166:6.
moved 101:18,
102:20, 121:5.
movement 79:9.
MR. BUSSARD 26:10,
93:17, 96:11,
104:20, 104:22,
105:1, 105:3,
105:11, 112:13,
143:12, 175:23.
MR. ENZINNA 55:4,
55:6, 68:9, 68:11,
93:15, 96:9, 98:2,
175:22.
MR. FRANCOMANO
26:12, 26:14,
34:5, 37:10, 39:9,
39:15, 93:19,
93:22, 94:12,
96:10, 120:16,
120:20, 120:23,
120:25, 143:14,
144:5.
MR. MARTINEZ 2:4,
2:18, 4:2, 7:5,
7:8, 7:16, 26:8,
34:9, 37:12, 39:3,

98:1, 135:22,
142:16, 143:16,
143:18, 161:20,
165:11, 165:16,
165:23, 175:12,
175:20.
mud 18:19.
murder 104:13,
104:18.
murdered 61:21.
murders 104:12.
Mwenzi 122:15.
mwenzi. 138:21.
mwenzis 139:23.
myself 19:16, 26:25,
36:25.
.
.
< N >.
N-word 18:9, 122:13,
139:12, 153:1,
157:7, 157:10.
Naim 58:12, 58:14,
58:23, 61:20,
62:10, 62:20,
62:24, 63:5, 63:7,
83:5, 90:7, 90:9,
90:14, 90:22,
92:1, 92:15, 94:7,
94:9.
named 11:5, 12:23,
14:6, 15:16, 38:9,
58:11, 103:21.
names 108:10,
108:11, 108:24,
131:7, 155:24,
156:14, 156:20.
narcotics 103:10,
104:9, 107:22.
natural 173:18.
near 3:8, 40:23,
57:21.
necessarily 26:25.
necessary 89:8,
118:16.
necessity 4:23,
130:22.
Nedd 43:19, 53:1.
need 3:25, 77:21,
88:20, 97:3,

105:6, 122:12,
141:6, 144:15,
175:18.
needed 46:5,
76:21.
neighborhood 33:22,
33:23, 38:19,
38:20, 39:1,
49:11, 57:17,
58:19, 84:19,
89:15, 89:17,
90:11.
New 47:13, 91:21,
139:16.
news 67:18, 97:10,
139:11, 148:15,
174:20.
Next 11:2, 14:5,
39:17, 96:13,
96:14, 96:24,
98:6, 106:22,
113:18, 118:8,
121:9, 121:17,
128:7, 131:3,
137:5, 137:19,
147:3, 147:16,
151:22, 153:24,
163:16, 163:19,
164:8, 166:19,
175:17.
nicca 138:20,
139:13, 139:14,
139:18, 151:10,
168:12.
nicca. 139:15.
niccas 139:24,
151:11, 151:12.
nickname 31:14,
151:14, 157:15,
172:11.
Nigel 156:16.
Nigga 18:10,
158:1.
nigger 18:10.
night 4:25,
173:16.
nine 99:19.
Nique 62:24, 63:5,
63:23, 64:19,
64:21, 90:16,

90:18, 90:20,
90:24, 91:19,
91:25, 92:2, 92:6,
92:7, 92:18.
nobody 10:12.
Nod 156:4, 156:6,
156:7, 169:18.
None 71:24, 134:7,
141:16.
nonresponsive
106:12.
Noodles 14:6, 14:7,
14:9, 14:13.
nor 21:25, 22:3.
Norm 156:22, 162:11,
162:12, 163:22.
normal 134:1.
normally 83:10,
92:17.
Norman 111:10,
111:14, 156:21,
162:11, 162:20,
163:2, 172:14.
Norman.handy.10
162:23.
Norman.handy.1042@fa
cebook.com
162:22.
normanhandy94@yahoo.
com 162:21.
north 100:20,
139:11.
northbound 112:23.
NORTHERN 1:2.
note 136:20.
nothing 8:1, 30:5,
93:15, 107:5,
121:23, 124:9,
124:23, 128:19,
136:21.
November 30:22,
102:24, 163:21.
nowadays 151:9.
number 2:15, 23:11,
46:15, 49:16,
106:7, 112:13,
134:13, 134:14,
166:25.
numbered 3:5.
numbering 2:6, 2:7,

3:1.
numbers 2:21, 2:23,
3:5, 79:2,
110:17.
numerous 100:9,
109:4.
.
.
.
< O >.
o'clock 97:20.
O'toole 1:33, 4:25,
5:1, 7:1, 13:13,
18:16, 20:8, 25:6,
25:7, 34:12,
119:6, 134:25,
140:17, 142:20,
143:17, 176:21.
oaths 33:9.
Oatmeal 52:18,
52:20, 52:21,
52:23, 53:23.
object 135:16,
136:15, 143:3.
objected 119:6,
166:7.
objectionable
119:7.
objections 134:8,
142:19, 143:24.
obligation 38:25.
observation
105:17.
observe 162:4.
obtained 129:10,
129:18, 129:25,
130:7, 130:14.
occasion 6:18,
64:25.
occasions 135:12.
occur 4:16, 4:23.
occurred 104:10.
October 61:17.
off-site 104:8.
offense 35:25, 36:3,
41:4, 41:8.
offenses 117:20.
offer 35:19.
offering 135:2,
143:23.
Officer 99:8, 99:9,

99:10, 99:18,
99:21, 151:12.
officers 45:12,
100:7, 100:10,
107:21.
Official 1:47,
176:11.
officially 42:10,
44:4.
offshoot 101:8.
offshoots 100:22.
old 32:18, 40:18,
69:4, 122:9,
157:11.
Once 28:10, 31:7,
33:24, 117:16,
117:18.
one. 14:5, 82:21,
118:9, 122:1,
134:13, 160:10.
ones 63:4, 88:21,
109:6, 143:21,
151:2.
ongoing 91:22,
103:21.
open 8:2, 20:7,
97:6, 107:7,
119:12, 121:2,
137:4, 141:9,
144:7, 162:1,
166:18, 173:23.
operate 19:11,
57:18, 89:13.
operated 57:8.
operating 19:6,
19:24, 91:5,
99:22.
opinion 133:12.
opportunistic
72:22.
opportunity 7:7,
82:7, 143:3,
143:8, 162:4,
166:7.
oppose 135:24.
opposed 143:7.
option 10:6, 10:8.
order 3:4, 12:19,
34:11, 43:20,
43:23, 66:15,

78:9, 88:3, 91:11,
    95:13, 95:14.
orders 50:25,
    65:3.
organization 72:22,
    117:17.
organize 3:23.
organized 3:17,
    101:19.
oriented 112:22.
Original 2:20,
    42:12, 42:14,
    42:15, 42:20,
    57:24.
originally 84:11.
originals 2:22.
others 108:2,
    118:12, 161:5,
    161:6.
Otherwise 3:22.
ouchin 139:15.
ought 2:8, 2:9.
outside 3:25, 97:18,
    139:24, 175:18.
outsider 118:4.
outward 135:5.
overlap 80:25.
overnight 174:10.
overrule 166:10.
Overruled 37:11,
    55:8, 107:8.
overseer 51:16.
overseers 48:22.
owe 53:18.
owes 50:16.
own 12:15, 47:21,
    72:20, 95:24,
    118:4, 133:19.
.
.
< P >.
packaged 128:6.
packaging 114:3.
packs 76:3.
pages 109:4, 122:21,
    123:3, 126:5,
    145:7, 168:9.
Panther 77:6.
paper 27:11,
    27:15.

paperwork 47:12,
    51:8, 66:5, 114:1,
    114:5, 115:6,
    115:13, 126:1,
    126:6.
paragraphs 129:3.
Pardon 6:21.
park 56:14.
Parole 66:2, 74:10,
    75:20.
partial 125:9,
    155:14, 155:20,
    162:19.
participants 67:20,
    67:21, 67:24,
    97:14, 148:18,
    148:19, 174:23.
participate 4:15,
    118:11.
participates 97:13,
    174:22.
participating
    175:2.
particular 51:1,
    106:14, 136:12,
    145:6, 145:7,
    145:10, 145:17,
    145:18.
parties 128:16,
    129:13, 129:21,
    130:3, 130:10,
    130:17.
parts 47:18,
    140:19.
party 77:6.
pass 119:5,
    175:16.
passed 3:2, 110:16,
    140:21.
past 5:13, 5:24,
    8:4, 8:15.
patience 4:17.
patted 17:12.
Paul 68:12.
Paul F. Enzinna
    1:31.
Pause 149:9.
pay 45:9, 113:24,
    114:17, 114:20,
    115:1.

payment 53:25.
pays 45:15.
pen 83:24, 133:4,
    133:19, 134:1,
    135:17.
penitentiary
    80:11.
Pennsylvania
    40:24.
people 18:6, 27:14,
    32:1, 32:4, 34:2,
    46:6, 52:23,
    55:19, 56:15,
    56:16, 59:20,
    59:21, 69:11,
    71:22, 84:12,
    84:25, 89:13,
    91:5, 92:4, 102:6,
    102:14, 102:15,
    151:20, 166:21,
    166:24.
percent 45:5.
perform 66:14.
perhaps 21:1, 22:19,
    106:21, 117:23,
    135:4.
peril 107:4.
period 41:10,
    118:4.
permission 54:12,
    89:21, 89:22,
    94:8, 94:9.
permit 18:3,
    18:17.
permitted 165:3.
person 11:1, 15:25,
    16:4, 26:23,
    34:19, 35:2, 43:2,
    50:15, 61:11,
    62:18, 79:23,
    126:17, 146:13,
    171:24.
personally 33:24,
    100:15.
persons 110:17,
    175:2.
pertain 143:21.
Peter J. Martinez
    1:25.
PH 2:16.

PHE 3:1, 114:12,
    114:18, 115:24,
    116:11, 127:7,
    172:7.
PHI 43:1, 53:3,
    61:7, 113:10,
    131:9, 148:1,
    158:14, 159:4,
    159:9, 160:15,
    162:9, 163:24,
    167:12, 167:17,
    167:23, 168:25,
    169:16, 170:3,
    170:21, 171:1,
    172:2, 172:9,
    172:17, 173:5.
phone 103:1, 106:15,
    110:18.
phones 107:24,
    108:1, 108:4.
photo 2:25, 112:8,
    113:24, 114:10,
    114:14, 115:1,
    115:3, 116:20,
    123:6, 132:10,
    135:22, 136:7,
    137:10, 137:15,
    150:1, 151:1,
    151:19, 152:3,
    153:10, 159:15,
    159:22, 159:23,
    165:18, 169:13.
photocopy 119:20,
    119:25, 120:7,
    120:13, 126:5.
photograph 111:16,
    114:20, 115:19,
    116:1, 116:7,
    116:8, 116:12,
    117:9, 127:10,
    127:20, 127:25,
    132:20, 137:23,
    166:22, 166:24,
    172:24.
photographed 111:18,
    132:22, 137:12.
photographs 2:24,
    28:13, 115:21,
    148:5, 149:19,
    154:3.

photos 108:3,
    134:24, 153:25.
PHT 133:2, 137:21,
    148:9, 149:23,
    150:2, 150:10,
    150:14, 150:18,
    153:2, 153:8,
    154:6, 155:3.
PHT-4 136:10.
physical 2:20, 3:13,
    104:1.
physically 17:13.
pick 106:14,
    173:22.
picked 9:8, 65:8.
picking 105:20,
    140:20.
pictured 123:5,
    125:17.
pictures 37:17,
    136:2, 136:3.
pills 76:3, 153:1.
pinkish 167:6.
pissed 64:15.
Pitts 129:13,
    129:21, 130:3,
    130:10, 130:17,
    130:20.
Pizza 42:24, 43:19,
    53:1, 53:5,
    53:6.
place 81:23, 82:6,
    173:15.
placed 40:1, 103:17,
    111:4, 111:7.
places 56:13.
Plaintiff 1:7,
    1:23.
plan 39:12, 53:20,
    142:13, 175:6.
planning 17:3, 17:4,
    96:25.
plans 63:10,
    144:3.
plastic 127:11,
    127:17, 127:21,
    127:22, 128:2,
    128:6.
play 140:20, 140:23,
    141:11, 143:15,

146:5, 146:20,
    146:25, 147:1,
    147:8, 147:12,
    147:14, 160:6,
    171:17.
played 145:14,
    145:19.
played. 146:7,
    147:2, 147:13,
    171:23.
playing 141:22.
plea 35:13, 35:19,
    96:1.
pleading 17:3.
Please 13:5, 19:13,
    25:6, 25:8, 39:23,
    39:25, 40:7,
    67:25, 68:7,
    97:21, 98:5, 98:9,
    98:12, 98:18,
    98:20, 108:15,
    116:3, 128:11,
    138:23, 141:19,
    146:25, 148:22,
    149:15, 163:20,
    175:6, 175:7.
pled 35:24.
pledge 117:16,
    117:18.
pledging 52:13.
pocket 17:9.
point 17:7, 21:22,
    24:13, 26:16,
    26:20, 31:10,
    38:13, 58:3,
    61:24, 65:18,
    65:22, 69:16,
    70:20, 86:3, 96:2,
    105:15, 142:24,
    143:1, 173:18,
    175:17.
point. 141:7.
pointed 21:22.
pointer 168:21.
Police 9:9, 9:14,
    10:5, 10:15,
    10:16, 16:22,
    27:12, 53:19,
    54:18, 99:6,
    99:14, 118:12,

118:13.
policy 18:4, 18:8.
political 77:21,
  77:22, 122:4.
politics 77:23.
poorly 161:9.
Popped 9:5.
population 42:7,
  44:20.
portion 171:22.
position 42:3, 48:8,
  57:4, 165:3.
positions 48:1,
  49:16, 50:11.
possessed 75:25.
possible 95:9,
  118:18.
post 138:4.
posted 139:11,
  151:8, 160:1.
potential 79:21.
powder 129:10,
  129:25.
Powell 2:11, 141:18,
  175:15.
power 149:5.
practice 10:10,
  52:1, 95:1, 95:3,
  95:13, 134:9.
predominant 100:2.
prefixes 2:23, 2:24,
  3:4, 3:8.
preparation 20:12,
  119:11.
prepare 119:8.
prepared 141:23,
  142:8, 144:12,
  146:24.
prerogative 119:5.
presented 175:2,
  175:5.
presently 41:2.
presents 67:19,
  97:12, 148:17,
  174:22.
presumably 88:3.
pretrial 111:8,
  143:1.
pretty 20:4, 96:15,
  173:19.

previously 5:6,
  49:3, 49:19,
  52:25, 112:5,
  122:22, 138:1,
  138:8, 141:12,
  143:19, 150:23,
  151:5, 156:13,
  157:22, 158:5,
  158:23, 160:7,
  163:14, 164:10,
  167:2, 168:9,
  169:22, 171:18,
  172:20.
pride 78:8.
Prince 138:18,
  139:3, 139:7,
  152:9, 152:15,
  152:16, 152:20.
Prior 30:22, 64:25,
  77:4, 77:18,
  78:15, 78:17,
  134:16.
prison 6:18, 41:15,
  56:17, 56:18,
  65:17, 69:12,
  72:8, 73:4, 73:8,
  73:11, 74:20,
  81:19, 82:7,
  82:10, 85:25,
  86:8, 86:22,
  94:19, 115:12.
prisons 100:2.
private 104:15.
probably 6:11,
  86:12, 174:1,
  174:3.
probation 66:1.
problem 11:12,
  11:13, 11:14,
  34:17, 50:14,
  118:14, 124:14,
  142:23, 149:5,
  166:9.
proceed 129:1,
  146:4.
proceeding 134:7.
Proceedings 1:17,
  8:2, 20:7, 97:6,
  107:7, 119:12,
  121:2, 137:4,

141:9, 144:7,
  162:1, 166:18,
  173:23, 176:3,
  176:7.
proceedings.
  149:9.
process 4:21, 19:4,
  19:11, 85:7,
  94:6.
processed 107:17.
profanity 18:8.
proffer 35:19.
profit 72:24.
profitable 92:21.
program 77:13.
prohibited 118:3.
promise 4:22.
promises 35:13,
  96:4.
prompt 4:11, 4:12.
pronounced 55:12.
proof 117:25.
prosecuted 72:5,
  72:6.
prosecution 99:13.
prosecutor 20:12,
  25:23.
prosecutors 38:6.
prospective 50:1.
prostitution 45:1,
  56:6, 72:16.
protect 92:12.
protocol 38:22,
  117:19, 118:15,
  118:22.
proved 66:17.
provide 141:15.
provided 28:10,
  35:9, 35:15,
  174:8.
proximity 101:2.
public 124:6,
  140:8.
publication
  132:17.
publicly 140:7,
  140:10, 146:17,
  147:6.
Publish 132:2,
  132:5, 132:13,

135:23, 137:14,
137:17.
published 137:1,
151:8.
pull 108:19, 124:14,
134:15, 134:20.
pulled 43:11, 109:6,
140:9.
punishment 54:17,
54:19.
punishments 54:2.
purchase 107:22.
purchases 107:19.
purple 167:6.
purport 144:12.
purpose 22:16,
22:20, 71:15,
110:13, 135:2,
136:15, 145:2.
purposes 78:16,
78:20.
pussy 122:12.
put 2:5, 21:16,
50:15, 55:24,
55:25, 58:24,
63:10, 124:5,
135:21, 135:22,
140:20.
puts 26:23, 96:21,
140:13, 157:12.
putting 6:6, 26:24,
58:21, 105:12.
.
.
< Q >.
qualified 165:7.
quality 137:15,
163:11.
questioning 141:3,
166:4.
questions 3:15,
26:6, 26:10, 34:5,
34:12, 34:22,
35:1, 35:8, 35:11,
36:5, 36:8, 36:11,
36:13, 37:6, 37:8,
37:16, 39:4,
67:12, 93:17,
94:12, 94:17,
96:7.

quit 76:13.
quite 22:12, 46:12,
125:22, 135:7,
144:24, 163:11.
.
.
< R >.
R-a-i-n-e-y 40:12.
R. 1:41.
rack 152:14.
racks 152:14.
Rainey 39:19, 39:20,
40:2, 40:11,
40:16, 43:6, 49:6,
68:12, 93:23,
94:17, 94:25,
96:1, 176:27.
raise 39:25, 98:12,
143:8.
ran 38:19, 38:20,
48:16.
range 94:19.
rank 44:5, 45:16,
49:23.
ranking 22:6,
47:25.
ranks 44:12,
44:16.
rapport 44:19,
102:14.
rather 15:1.
Raven 100:23.
reached 173:24.
reaction 64:14.
reading 117:11,
117:24, 119:9,
128:25, 131:24.
reads 138:19.
Ready 2:2, 4:23,
5:1, 68:5, 86:11,
97:25, 149:10.
real 11:5, 14:6,
55:1, 71:17,
95:18, 152:13,
152:14, 157:10.
real-time 103:2,
104:7.
real. 152:13.
really 18:19, 22:18,
51:22, 57:25,

79:8, 95:15,
106:5, 144:16.
rear 113:4, 113:9,
113:25, 115:13,
121:18, 126:25,
127:2, 153:7.
rearranging 149:2.
reason 22:25, 25:16,
34:23, 78:12,
91:15, 144:25.
reasons 23:11,
23:13.
rebellious 71:18.
recall 2:5, 8:21,
16:12, 21:19,
38:4.
recalling 15:9.
received 75:16,
140:5, 143:14.
Recess 67:15, 67:25,
68:3, 68:4, 97:23,
97:24, 148:11,
148:22, 148:25,
149:1, 174:10.
reciprocate 4:12.
recognize 18:11,
30:12, 43:1, 53:4,
107:4, 174:3.
recognized 31:17.
recollection 7:13,
7:14, 7:21, 8:13,
13:7, 15:6,
15:13.
Record 2:5, 4:7,
4:8, 7:8, 26:24, 58:3,
58:9, 62:5, 71:2,
109:4, 109:10,
109:21, 122:25,
124:25, 125:9,
126:24, 128:10,
136:2, 136:5,
138:11, 142:16,
155:14, 155:20,
160:12, 162:20,
168:11, 170:11,
176:7.
record. 7:11, 17:25,
96:19, 104:24,
119:3, 120:18,
133:9, 140:16,

141:17, 161:8,
164:13, 173:14.
recorded 110:15,
110:18, 111:1,
111:11.
recording 111:4,
111:7.
recordings 143:21,
145:11.
records 108:22,
140:4, 171:19.
recover 128:12.
recovered 107:16,
107:24, 108:1,
108:2, 127:6.
recruiting 79:1,
79:3.
red 151:7, 152:7,
152:19, 156:11,
168:17.
redacted. 4:5.
Redirect 26:7, 26:8,
34:7, 34:8, 94:14,
94:15, 176:25,
176:35.
reduced 96:5.
reducing 69:8.
refer 25:22.
reference 175:4.
referred 42:1,
45:20, 47:15,
52:15, 62:18,
129:5, 130:25.
referring 145:6.
reflect 26:24,
58:9.
Refresh 7:12, 7:14,
8:13, 13:7, 13:20,
15:13.
refreshes 7:21,
15:6.
regard 18:21,
19:3.
regarding 35:14,
130:20.
Regime 28:4, 29:9,
29:16, 37:3,
38:21, 44:8,
47:16, 47:17,
47:21, 48:1,

49:17, 51:5,
51:22, 52:4,
54:13, 57:7, 67:7,
67:9, 87:20,
87:22, 87:23,
95:9, 99:22,
112:10, 121:11,
154:11, 156:8,
170:24.
regimes 47:17,
47:19, 49:1,
49:10, 49:12,
51:10, 56:9.
registered 122:25,
125:14, 131:19,
138:12, 155:15,
162:21.
registration 138:14,
162:23.
regular 24:6,
49:14.
relate 67:19, 97:12,
148:17.
related 97:16.
relates 145:9.
relating 67:23,
103:2, 104:11.
released 56:17,
56:21, 73:15,
75:7, 75:18,
75:21, 75:22,
85:25.
relevancy 135:3.
relevant 162:6.
Reloaded 138:6.
relocate 102:17.
reluctant 23:21,
24:14.
remain 5:4.
remains 176:1.
remanded 175:24.
Remember 5:14, 8:5,
8:23, 11:4, 12:23,
14:7, 15:15,
16:16, 17:1,
19:21, 20:13,
21:18, 28:16,
30:16, 34:12,
34:16, 34:22,
35:1, 35:10, 36:7,

42:19, 42:22,
80:24, 94:20,
121:7, 145:20,
168:7.
remembered 15:10,
32:2.
remind 142:7.
remorse 35:2.
Reorder 50:22.
repeat 108:15.
report 9:9, 38:22,
50:15, 130:20.
Reporter 1:47,
164:14, 176:11.
reporting 38:25.
reports 67:18,
67:19, 97:11,
97:12, 148:16,
148:17, 174:21.
represent 68:13.
reputation 59:11,
65:2.
Request 134:6,
134:13, 134:14.
requested 15:2.
require 66:14,
92:17, 174:7.
requires 133:13.
requiring 53:25.
research 23:9.
residence 113:2,
113:5, 158:17.
residences 111:20.
residue 129:10.
Respect 18:13, 66:3,
124:13, 128:20,
136:2, 139:14,
144:2, 165:3,
175:1.
responds 152:12,
152:13, 152:15,
152:16.
responsibilities
46:1.
responsive 105:21,
105:22.
rest 21:2.
result 9:17,
60:16.
resume 97:4.

retaliate 63:10.
return 56:20,
  175:15.
returned 171:19.
returns 109:2,
  109:10, 109:21.
reveals 142:9.
revenge 92:17.
review 104:11,
  110:9, 143:1.
reviewed 140:1,
  159:25.
reviewing 119:8.
revised 3:2.
revolutionary 77:13,
  78:16, 78:20.
revolutionists 77:7,
  77:11.
revolving 117:18.
reworked 143:17.
rhyme 157:25.
rid 103:9.
rifle 54:25.
RIP 159:18.
rise 124:10.
road 136:17.
robbed 54:11.
Robberies 72:18.
robbery 41:6, 41:13,
  56:7, 56:18,
  56:23, 73:6,
  73:13, 74:23,
  75:1, 75:16.
Robert 43:19,
  53:1.
rock 129:18, 130:7,
  130:14.
Rod 42:24.
role 46:9, 46:13,
  58:23, 65:14,
  66:3, 67:4, 71:13,
  100:4.
Ronald 116:4, 157:1,
  157:2, 168:20,
  171:3, 171:7,
  171:8, 171:12,
  171:14, 172:1.
Rondo 157:2,
  171:3.
Ronnie 147:19,

156:22, 159:3,
  168:17, 169:15,
  170:2, 170:19,
  173:7, 173:9.
room 45:13, 104:7.
rooms 25:25.
Roscoe 120:10,
  120:13, 121:21,
  122:19, 122:20,
  123:8, 155:25,
  157:5, 157:14,
  160:17.
Roscoe. 122:15.
roughly 57:6,
  80:18.
round 157:10.
routine 13:5,
  15:8.
RPR 1:46, 176:5.
rule 53:25, 54:19,
  174:5.
rules 43:23, 47:14,
  53:8, 53:10,
  53:15, 54:2,
  54:18, 60:20,
  85:1, 94:25,
  118:15, 120:3,
  120:7, 174:7.
run 95:16.
run-ins 101:20.
running 43:9,
  149:4.
Rut 29:16, 38:18.
.
.
.
< S >.
safe 24:18.
safety 102:17.
salute 152:4.
sanction 10:5, 16:7,
  16:9, 19:7,
  20:24.
sanctioned 94:10.
sanctions 77:20.
sat 36:14.
Saturdays 82:1.
savage 122:14.
saw 33:10, 147:18,
  151:9, 172:13.
saying 6:23, 12:12,

18:25, 22:21,
  54:12, 58:23,
  77:19, 105:5,
  106:18, 134:9.
scabs 154:21.
scenarios 104:7.
scene 105:5, 105:6,
  107:16.
Schedule 129:15,
  129:23, 130:4,
  130:11, 130:19.
scientific 133:13.
Sco 163:23.
screen 21:17,
  108:10, 108:24,
  114:12, 115:17,
  117:6, 119:19,
  123:25, 131:24,
  134:15.
Sealed 4:5.
search 108:5, 108:9,
  110:4, 110:6,
  111:20, 111:23,
  111:24, 112:2,
  112:9, 112:16,
  112:25, 113:14,
  113:19, 125:10,
  129:11, 129:19,
  130:1, 130:8,
  130:15, 131:5,
  155:8, 158:18,
  162:14, 173:8.
searches 175:1.
seat 9:2, 9:9,
  98:18, 132:24.
seated 68:7, 98:5,
  120:15, 121:16,
  121:17, 148:3,
  149:15, 153:5,
  153:6.
second 2:11, 7:1,
  61:2, 61:4, 113:4,
  113:8, 113:25,
  115:13, 127:2,
  127:4, 134:10,
  136:7, 145:4,
  153:17.
secretary 51:9.
Secrets 53:22,
  119:22, 119:25.

section 26:21,
  101:11, 129:14.
security 65:17,
  104:15, 118:19.
seem 141:5.
seen 32:15, 161:22,
  161:23.
segment 145:17,
  145:18, 145:19,
  173:16.
segments 128:25.
seized 110:4.
seizures 105:9.
seldom 95:23.
selected 79:16,
  103:17, 109:1,
  109:3, 118:5.
sell 59:5, 78:11.
Selling 45:4, 56:5,
  76:5, 76:6,
  147:5.
senators 47:24.
sense 22:15,
  91:19.
sent 57:4, 63:13,
  63:16, 101:14,
  107:21, 109:4.
sentence 23:18,
  36:2, 56:18,
  68:23, 68:25,
  74:12, 74:14,
  75:16, 96:5.
sentenced 72:11.
separate 93:25,
  103:20.
September 27:25.
sergeant 51:2.
serious 124:17.
served 56:18, 68:22,
  74:12.
service 174:13.
serving 56:24,
  70:23, 174:14.
set 104:5, 122:13.
Seven 41:9, 68:22.
seven-words 19:20.
Several 17:8, 34:12,
  102:19, 103:2,
  107:21, 108:2,
  108:8, 110:11.

share 142:17.
Shawn 167:25,
  168:11, 168:20,
  168:22, 169:15,
  170:20.
shelf 114:3,
  114:5.
shell 107:15.
shift 90:6.
Shike 112:3,
  158:16.
shirt 17:12, 58:7,
  131:12, 148:4,
  153:6, 167:6,
  167:9, 167:10.
shirts 164:7.
Shit 121:21, 121:22,
  121:23, 122:3,
  122:4, 122:5,
  122:11, 122:14,
  139:13, 151:10,
  152:11, 152:14,
  157:10.
shit. 152:14.
Shoot 13:12, 13:16,
  14:1, 14:9, 15:2,
  63:21, 63:22,
  63:25.
shooting 12:22,
  104:13, 104:18.
shootings 103:11,
  103:24, 104:12.
short 55:17, 171:17,
  171:22.
Shorty 139:14,
  157:9.
Shorty. 168:13.
shot 13:2, 13:12,
  13:18, 13:22,
  13:24, 14:10,
  14:19, 14:21,
  21:24.
shotgun 150:21.
shots 51:18, 67:7.
shoulder 150:4.
shout 140:12.
showed 21:15, 32:2,
  32:12, 37:17.
shown 28:13, 30:6.
shows 101:5,

135:8.
shut 59:18, 59:25,
  60:8, 60:13,
  60:15, 84:12,
  85:19, 86:3, 86:6,
  87:4, 88:6, 88:15,
  88:16, 88:19,
  94:8.
side 112:24.
side-by-side
  134:24.
sign 27:1, 165:21.
signal 141:4,
  147:1.
significance 115:20,
  116:19, 160:22.
significant 132:8.
silver 127:5,
  127:25, 130:13.
simple 128:15.
simply 2:21, 39:13,
  137:8, 166:1.
single 174:5.
Sir 5:10, 20:9,
  39:23, 39:25,
  40:6, 40:7, 40:13,
  98:2, 98:12,
  98:18, 128:4,
  175:20, 175:22,
  175:23.
Sis 64:11.
Sister 32:8, 60:11,
  60:12, 62:2, 62:3,
  63:2, 63:4, 71:5,
  87:13, 87:14,
  93:8, 122:9.
sitting 131:12.
situation 12:1,
  22:24, 27:15,
  71:16, 72:24,
  76:22, 76:23,
  95:17, 96:24.
situations 27:14,
  76:20, 78:7.
six 127:5, 130:6.
Skroski 141:19.
Slay 148:2, 151:11,
  151:14, 152:11,
  152:22.
sleeper 42:4, 42:5,

42:6, 44:2, 71:11,
  71:20, 71:21.
slide 6:9.
slowly 108:16,
  116:3.
SM-9 122:23, 122:25,
  131:16, 131:19,
  136:10.
small 54:6,
  127:12.
smile 157:12.
Smith 156:16,
  167:10, 170:5,
  170:13, 170:19.
smoking 122:6.
Smuggle 45:12.
smuggling 69:12.
snitch 17:22, 18:2,
  18:15, 139:13.
snitch. 18:17.
snitching 118:11,
  146:17.
Snoogy 122:9.
social 108:5,
  108:22, 109:14,
  138:9, 162:15.
socialize 82:18.
sold 90:24.
soldier 44:10, 51:1,
  62:6, 62:8,
  124:21.
Soledad 114:1,
  115:11.
somehow 105:22,
  106:8, 141:2.
someone 20:1, 27:19,
  58:11, 79:15,
  79:18, 103:21,
  142:1, 142:7,
  144:11, 144:17,
  154:19.
sometime 75:6.
Sometimes 16:6,
  18:7, 18:9, 42:1,
  45:20, 51:8,
  52:23, 55:17,
  55:19, 55:24,
  56:14, 71:16,
  95:13, 106:10,
  110:18, 110:19,

134:16.
somewhere 63:24,
  75:13, 83:8,
  88:13.
Soon 161:11.
sooner 92:25.
Sort 2:16, 18:12,
  19:3, 19:6, 42:8,
  44:10, 54:15,
  71:13, 72:22,
  105:20, 133:13,
  142:2.
sorted 166:12.
sorts 44:15,
  44:24.
sound 30:1.
sounds 137:2.
source 149:5.
sources 166:14,
  175:3.
South 36:19, 87:23,
  100:21, 101:5.
speaking 146:13,
  160:13, 171:25.
special 45:16,
  133:13.
specific 100:14,
  105:9, 145:7.
specifically 5:13,
  37:2, 42:17,
  63:22.
speculate 67:1,
  168:6.
speculating
  136:25.
spell 40:10,
  98:21.
Spence 11:10, 12:16,
  12:18.
spend 81:13.
spending 173:17.
spent 134:2,
  154:10.
spin 77:6.
spinning 77:8.
spoke 5:12, 29:15,
  68:13, 69:11.
sponsor 32:24,
  43:14, 43:16,
  43:18, 52:25,

66:6, 66:7,
  117:16.
sponsored 117:16.
sponsors 52:6.
spontaneous 53:20.
sporadically
  140:18.
spring 86:10.
squad 101:14,
  101:18.
square 101:2.
stab 46:6, 72:1.
stabbed 46:5, 54:4,
  54:7.
stairs 114:4.
stand 23:24, 25:21,
  25:25, 39:23,
  98:10.
standard 142:5.
standing 112:7,
  167:8.
stands 100:1.
staring 134:19.
start 64:19, 76:12,
  77:24, 94:9,
  114:7, 115:9,
  117:2, 125:7,
  141:21.
Started 5:24, 23:23,
  23:24, 24:2, 44:1,
  57:16, 70:12,
  77:5, 77:7, 77:8,
  78:25, 79:1, 79:3,
  79:8, 84:17, 86:6,
  100:2, 122:6,
  145:20.
Starting 25:7, 50:7,
  79:10, 123:3,
  127:8, 155:12,
  162:17, 173:11.
Starts 21:22, 25:20,
  97:5, 106:10,
  107:2, 152:9.
state 17:18, 40:9,
  98:20, 100:9,
  102:21, 102:25,
  174:2, 174:3.
stated 110:14.
statement 97:2,
  128:15.

STATES 1:1, 1:5.
status 138:25.
stay 19:18, 60:19,
   61:5, 85:9, 88:21,
   124:22.
stayed 101:18.
steal 118:23.
stenographic
   176:6.
Step 40:7, 89:10,
   89:11, 97:5,
   98:19, 119:11,
   121:1, 135:11,
   142:15, 144:6,
   165:20.
steps 60:8, 83:5.
stick 124:13.
Stimey 29:16, 32:5,
   32:7, 32:8, 32:12,
   38:18, 172:18.
stipulated 129:13,
   129:21, 130:2,
   130:9, 130:17.
Stipulation 128:10,
   128:12, 128:14,
   128:15, 128:16,
   128:19, 128:21,
   128:22, 128:25,
   129:3, 129:4,
   129:5, 131:2.
stolen 78:16.
stood 119:6.
Stop 39:23, 55:8,
   69:20, 77:10,
   97:4, 97:7,
   114:11, 122:13,
   148:10, 164:19,
   173:21.
stopped 12:12, 76:8,
   164:18.
straight 12:16,
   122:14.
straightening
   22:23.
strategy 102:13.
Street 1:48, 6:18,
   20:1, 22:9, 32:16,
   47:5, 49:10,
   61:25, 72:6,
   100:20, 100:21,

101:5, 101:15,
   102:8, 102:15,
   111:25, 112:9,
   112:22, 116:21,
   129:11, 129:19,
   130:1, 130:8,
   130:15, 131:6,
   158:18, 171:13.
streets 48:15, 57:6,
   57:21, 61:23,
   100:3, 101:25.
stressed 122:6.
strictly 95:1,
   118:3.
strike 120:24,
   121:6, 121:8,
   133:7, 133:11,
   163:5, 163:7.
structure 47:3,
   49:7, 49:23,
   52:3.
structured 47:3.
stub 113:25, 114:17,
   114:20, 115:2.
studying 154:10.
stuff 43:10, 46:21,
   54:14, 90:2,
   90:4.
style 107:5.
subject 128:18,
   131:2, 158:18.
submitted 107:16,
   107:18.
substance 52:12,
   106:23, 129:16,
   129:18, 129:23,
   129:25, 130:5,
   130:7, 130:12,
   130:14, 130:19.
subtle 18:11.
sufficient 133:12,
   133:21, 133:24.
suggest 96:20.
suggestion 135:3,
   144:17, 145:20.
summer 60:7,
   122:1.
summertime 86:10.
supplies 51:2.
supply 107:2.

supplying 64:20,
   64:21, 91:25.
support 78:16,
   78:18.
Suppose 105:25,
   106:13, 174:5.
Supposed 52:1,
   74:15, 74:16,
   89:7, 89:22, 95:2,
   95:5, 95:8,
   122:3.
supreme 48:9.
surveillance
   104:2.
suspect 139:24.
Sustained 106:13,
   119:11, 119:13,
   120:24, 121:3,
   133:10, 133:15,
   134:5, 141:1,
   141:10, 161:25,
   162:2, 163:6.
Swahili 55:2, 55:3,
   55:13.
sweater 168:19.
sweatshirt 152:5.
switch 149:7.
sword 54:25,
   150:21.
sworn 5:6, 40:3,
   98:15.
symbol 165:21.
symbols 54:21,
   55:22.
Sympathizers
   118:20.
system 2:19, 3:1,
   72:8.
.
.
< T >.
T-shirt 152:5.
T. 1:46, 176:10.
tab 145:24, 145:25,
   146:1, 146:23,
   147:11.
table 121:18,
   131:12, 148:3,
   153:7.
taken. 68:4, 97:24,

149:1.
talked 5:16, 5:20,
  5:25, 9:14, 16:7,
  21:16, 27:3, 28:3,
  28:4, 29:9, 29:12,
  52:6, 52:7, 56:3,
  60:12, 63:2,
  69:24, 72:14,
  73:2, 79:12,
  88:12, 90:6, 91:8,
  131:4, 156:13,
  175:13.
tan 58:7, 131:12.
tape 145:14.
target 112:2.
Task 99:8, 99:9,
  99:10, 99:17,
  99:20.
tattoo 134:1, 135:9,
  137:24, 150:4,
  150:12, 153:10,
  154:15, 154:18,
  154:19, 154:25,
  161:15, 162:8,
  169:8.
tattoos 55:20,
  55:23, 111:17,
  132:8, 132:20,
  132:22, 133:23,
  134:3, 135:20,
  148:6, 149:20,
  150:1, 153:11,
  154:4, 154:10,
  154:13, 160:22,
  161:11, 162:4,
  162:6.
taught 123:12,
  123:13.
Tavon 113:6, 113:12,
  126:16, 127:6,
  128:1.
taxes 45:9.
teach 51:6, 59:2,
  66:9.
teaches 47:13, 51:4,
  51:6.
Team 65:8, 101:16.
teardrop 161:12.
techniques 102:2,
  105:10, 107:11,

110:11, 131:5.
technology 149:2.
techs 105:6.
teed 96:16.
telephone 106:1.
television 104:5.
Telly 123:23,
  124:24, 125:3,
  156:13, 167:13,
  167:14.
Ten 74:16, 75:2,
  75:16, 75:17.
term 48:3, 48:12,
  52:18, 72:12,
  80:16.
terms 20:2, 136:19,
  175:4.
territory 90:23,
  112:10.
testified 5:7,
  16:24, 25:20,
  26:2, 29:25,
  33:13, 40:4,
  98:16, 157:14.
testify 20:17,
  20:24, 21:7,
  21:12, 22:19,
  23:21, 24:7,
  24:10, 24:19,
  27:9, 70:18, 71:6,
  105:8, 133:17.
Testifying 17:18,
  20:20, 20:21,
  20:23, 23:2,
  23:14, 23:15,
  23:17, 23:23,
  23:24, 24:2, 69:8,
  70:10.
Testimony 5:14,
  18:6, 25:20,
  25:22, 130:23,
  165:8, 165:17,
  166:2.
text 103:2, 108:2,
  123:10, 138:16,
  138:19, 138:23,
  138:24, 139:2,
  139:4, 139:10,
  139:21, 139:22,
  151:7, 155:12,

157:4, 157:23,
  158:6, 158:8,
  158:11, 158:12,
  163:16, 163:20.
texts 103:5.
Thanks 141:8.
thaprince@facebook
  138:12.
THE CLERK 2:12,
  39:25, 40:6,
  40:13, 98:12,
  98:24.
THE WITNESS 40:11,
  98:22.
theirselves 88:21.
themselves 26:24,
  79:19, 140:25,
  164:7.
theoretically
  52:3.
they'll 96:23,
  110:18.
thinking 24:18,
  151:11, 157:7.
third 112:24, 146:1,
  153:13, 174:16.
Thompson 113:6,
  113:12, 114:6,
  126:16, 127:6,
  128:1.
thoroughly 109:7,
  118:1.
though 21:9, 95:3,
  121:8, 128:16,
  133:11.
threaten 45:7.
Three 19:22, 52:16,
  52:17, 80:21,
  86:17, 114:25.
throughout 142:6.
thrown 27:17.
Thursday 81:24,
  82:1.
ticket 72:7.
ties 118:16.
tiger 138:21.
till 80:19.
timing 38:3, 97:1.
Timothy 5:5,
  176:19.

tip 141:2.
tired 174:3.
title 45:16, 151:23,
   151:24, 168:12,
   170:11.
Tobacco 99:7.
today 58:1, 69:8,
   109:8, 121:16,
   143:15, 143:18,
   153:5.
together 32:5, 32:7,
   82:3, 122:13,
   124:13, 124:22,
   136:14.
tomorrow 173:22,
   175:6, 175:10,
   176:1.
Tone 12:23, 12:25,
   13:1, 13:12,
   13:16, 13:18,
   13:22, 13:25,
   14:3, 14:4.
too. 152:22.
took 23:24, 33:1,
   33:3, 33:5, 33:7,
   33:8, 33:9, 83:5,
   83:14, 83:15,
   83:25, 84:2, 84:5,
   136:7, 137:23,
   149:21, 155:1.
topic 134:20.
topics 34:10,
   36:15.
tops 127:5.
total 117:22.
totality 118:14.
totally 19:15.
touch 50:11, 67:18,
   97:11, 148:16,
   174:21.
touchdown 157:13.
towards 124:11,
   124:23.
town 36:23, 47:18.
Transcript 1:17,
   7:19, 141:15,
   141:22, 142:6,
   142:8, 142:9,
   142:11, 144:14,
   144:16, 144:22,

144:23, 145:1,
   145:5, 145:7,
   145:9, 145:13,
   145:14, 145:20,
   146:24, 147:11,
   160:10, 160:11,
   171:20, 171:21,
   175:9, 175:15,
   176:6.
transcripts 141:25,
   142:17, 142:20,
   143:1, 143:4,
   143:14, 143:17,
   144:2, 144:11,
   144:12, 145:3,
   145:5, 145:10,
   146:23, 147:10.
transition 59:14,
   60:25.
transitioned 85:5.
treasury 118:10.
Trevon 116:1, 169:1,
   169:7, 169:14.
Trial 1:10, 4:14,
   7:19, 17:1, 20:12,
   23:8, 24:6, 24:11,
   30:1, 30:3, 30:5,
   67:21, 74:25,
   97:14, 131:8,
   142:6, 143:24,
   148:19, 173:25,
   174:15, 174:19,
   174:22, 174:23,
   175:2.
trials 4:20.
triangle 101:9,
   168:18.
tried 46:21, 72:11,
   122:3, 135:8.
truck 112:23.
True 6:17, 8:4, 8:5,
   8:6, 8:15, 8:25,
   15:1, 21:13, 22:2,
   27:2, 27:7,
   128:17, 128:19,
   128:20, 131:2,
   152:13.
Trust 18:20, 124:22,
   169:9.
trusted 27:16.

truth 21:23,
   21:24.
truthful 35:16,
   35:21.
Try 4:18, 19:10,
   34:10, 102:14,
   133:4, 149:8.
trying 22:11, 25:12,
   38:3, 103:8,
   122:5, 122:7,
   122:11, 125:20,
   135:11, 164:18,
   164:19, 166:13,
   170:1.
Tuesday 1:19,
   111:19, 132:21,
   149:22.
Turn 64:10, 138:15,
   138:22, 145:24,
   146:1, 146:22,
   155:18.
turned 77:1,
   124:25.
twins. 123:14.
two-year-old
   113:8.
typically 50:2.
.
.
< U >.
undercover 42:8,
   71:13, 76:16,
   107:19, 107:21.
underneath 123:8.
understand 18:20,
   19:8, 74:22,
   84:10, 89:23,
   91:24, 92:9, 94:7,
   110:20, 128:7,
   128:21, 133:24,
   141:6, 144:25.
understanding
   18:23.
understood 84:11.
undertake 83:7.
uniform 101:13.
unique 3:13.
unit 47:17.
UNITED 1:1, 1:5.
unknown 116:14,

123:6.
unless 20:1, 107:1,
  118:13.
unnecessarily
  19:16.
unpack 76:22.
unrealistic 18:4.
unrelated 111:6.
unsealed 4:7.
Until 20:1, 36:25,
  46:19, 70:3, 73:4,
  75:6, 88:7, 89:3,
  97:23, 118:20,
  143:23, 146:25,
  148:13, 157:13,
  174:16.
updated 143:21.
upper 123:7,
  153:19.
useful 144:24.
user 108:10, 108:24,
  138:25, 155:20,
  163:16, 163:17.
uses 18:6.
using 10:10, 76:4,
  76:8, 76:11,
  76:12, 164:19.
utter 18:10.
uttered 18:3.
.
.
< V >.
valid 142:25.
value 113:22.
vanity 123:1,
  125:13, 131:20,
  138:13, 155:16,
  162:22.
variance 142:8.
vehicle 86:18.
venting 23:5.
verbatim 52:11.
verge 24:15.
vernacular 19:4.
version 144:12.
versions 143:20.
versus 48:15.
Veto 163:22.
vial 127:5,
  127:25.

vials 114:2, 114:6,
  126:15, 126:16,
  127:1, 127:16,
  128:5, 129:17,
  130:6.
victim 11:1.
Video 96:16, 140:12,
  146:7, 146:13,
  147:2, 147:13,
  160:6, 160:9,
  160:13, 171:23.
videos 108:3,
  109:19, 109:21,
  110:3, 140:2,
  140:7, 140:11,
  140:19, 140:20,
  141:13, 141:22,
  145:24, 145:25,
  146:18, 146:23,
  147:6, 147:11,
  159:25, 160:4,
  160:7, 171:14.
view 18:5, 18:15,
  104:7, 149:25.
viewed 140:9.
vigil 62:9, 62:21,
  91:8.
vile 130:14.
violate 117:19,
  117:21, 118:10,
  118:19.
violating 54:19.
Violation 12:19,
  65:25, 66:1,
  73:12, 74:9,
  74:10, 80:6,
  94:18.
violations 104:9,
  117:21.
violence 5:13, 5:24,
  8:18, 59:8, 59:11,
  99:12, 100:14,
  101:13, 103:11,
  104:14, 107:13.
violent 5:20, 44:17,
  84:22.
visiting 45:13.
viving 139:24.
vocabulary 6:5.
voice 105:1.

Volume 1:10.
volunteer 166:7.
volunteering
  105:23.
volunteers 106:9.
vs 1:8.
.
.
< W >.
W. 1:48.
waistband 150:12.
Wait 13:13, 89:8,
  106:22, 146:25,
  148:13.
waited 119:4.
Walker 172:18,
  172:22, 172:25,
  173:2.
walking 139:18.
wanted 2:6, 6:13,
  6:14, 7:16, 7:20,
  10:9, 12:5, 12:7,
  12:8, 20:16, 61:5,
  85:8, 85:9, 88:21,
  89:10, 89:11,
  89:18, 89:20,
  90:11, 92:6,
  128:22, 142:16.
wants 51:1, 105:20,
  106:23.
war 71:17.
warned 134:11.
warrant 110:4,
  111:24, 112:2,
  112:9, 112:16,
  112:25, 129:11,
  129:19, 130:1,
  130:8, 130:15,
  131:5, 155:8,
  158:18, 162:14,
  173:8.
warrants 108:5,
  108:9, 108:23,
  110:6, 111:20,
  111:23, 125:10.
wasting 4:19.
watch 40:7, 50:4,
  98:19.
watched 146:14.
ways 151:9.

wayward 2:6.
weaponry 51:2.
wearing 58:6, 70:20,
    138:5, 151:2.
websites 140:8.
Wednesday 81:25.
week 82:6, 132:20,
    148:6, 149:20,
    154:4, 174:16.
weeks 81:6, 88:8,
    88:9, 88:11,
    88:18.
Wes 112:3, 116:2,
    116:13, 156:21,
    158:16, 159:1,
    163:22, 168:19,
    169:14.
Wesley 108:2, 112:3,
    112:7, 113:2,
    113:3, 113:7,
    113:24, 114:10,
    114:15, 114:17,
    115:15, 116:15,
    116:19, 125:13,
    125:19, 127:1,
    139:3, 139:8,
    150:24, 151:1,
    156:21, 157:23,
    158:16, 158:17,
    164:11, 167:3,
    168:19, 169:11,
    169:14.
Wesley.brown.77964
    125:14.
Wesley.brown.77964@f
    acebook.com
    125:15.
Wesley.brown1992@yah
    oo.com 125:16.
West 36:17, 40:25,
    51:8, 51:11,
    100:21.
whatever 10:9,
    11:22, 12:5, 46:5,
    51:23, 72:20,
    78:11.
whenever 104:18,
    107:13.
Whereabouts 40:22,
    57:3.

Whether 8:3, 8:4,
    8:5, 15:10, 21:11,
    35:2, 39:14,
    83:14, 96:4,
    106:6, 106:7,
    133:25, 137:8,
    154:17, 165:3,
    165:4.
White 112:3, 116:1,
    127:12, 129:18,
    158:16, 167:8,
    167:9, 169:1,
    169:7, 169:14.
Whoever 50:25,
    63:2.
whole 43:9, 51:16,
    51:17, 80:9, 81:1,
    122:10, 135:17.
wild 43:9, 78:1,
    78:4, 78:6.
Will-i-am 168:19.
Willie 167:19.
wind 173:16.
wire 70:20, 76:16,
    103:16, 103:21,
    103:23, 103:25,
    104:7.
wiretap 102:25,
    103:4, 103:18,
    104:4.
wiretaps 102:22,
    103:6.
withdraw 166:15.
withdrawn 166:16,
    166:19.
within 3:4, 46:3,
    72:8, 134:2.
without 53:21,
    54:11, 77:22,
    84:4, 90:4, 94:7,
    118:22, 130:22,
    137:7, 155:25.
witnesses 102:4,
    102:6, 102:10,
    102:17, 102:19.
word 5:25, 6:2, 6:5,
    9:22, 10:11, 18:2,
    18:7, 18:10,
    18:15, 18:22,
    19:7, 19:14,

    21:22, 25:8,
    47:22, 118:4,
    118:23, 164:17.
worded 161:9.
words 9:24, 18:16,
    19:17, 24:16,
    110:16, 164:22.
wore 76:16.
work 20:3, 43:13,
    44:12, 44:15,
    51:25, 52:1,
    81:16, 99:11.
working 4:14, 24:5,
    35:6, 118:11,
    144:11, 152:13.
works 3:1.
world 157:9.
worry 92:22.
worst 124:20.
worth 173:17.
Write 54:12, 122:2,
    122:10, 122:14.
writing 54:3, 54:6,
    54:9.
written 17:17,
    20:16, 27:16,
    50:15, 96:1,
    144:12, 154:22.
wrote 16:25, 20:11,
    22:11, 22:17,
    23:1, 23:7, 23:10,
    23:13, 24:16,
    24:17, 24:20,
    24:21, 25:16,
    26:2, 122:3.
.
.
< X >.
Xerox 117:8, 117:9,
    124:2.
.
.
< Y >.
y'all 157:9.
year 23:6, 74:5,
    80:8, 80:9,
    168:3.
years 41:9, 68:22,
    69:1, 69:2, 69:4,
    69:6, 74:12,

74:16, 75:3, 75:5,
   75:16, 75:17,
   99:16, 99:19.
yellow 169:25.
yesterday 2:6, 2:22,
   5:12, 5:25, 6:2,
   16:7, 16:24,
   20:15, 21:18,
   22:1, 22:25,
   24:18, 30:19,
   33:13, 34:12.
yesterday. 139:5.
Yo 122:14, 164:1.
you. 158:9.
Young 5:20, 57:12,
   79:3, 79:6, 84:8,
   84:20.
younger 46:20, 79:1,
   79:3, 79:4,
   84:21.
yourself 8:9, 8:10,
   13:5, 15:9, 33:16,
   50:5.
yourselves 67:17,
   97:10, 148:13,
   148:15, 174:20.
youth 79:9.
Youtube 108:9,
   110:3, 110:5,
   110:7, 140:1,
   140:5, 140:9,
   140:11, 141:13,
   145:24, 145:25,
   146:18, 146:22,
   147:6, 147:11,
   171:14, 171:19.