# JENIFER WICKS
ATTORNEY AT LAW

MARYLAND OFFICE:
(Federal Practice Only)
6909 Laurel Avenue Suite 5419
Takoma Park, MD 20913
TELEPHONE: (240) 468-4892

EMAIL: Jenifer@JWicksLaw.com
FACSIMILE: (202) 478-0867

DISTRICT OF COLUMBIA OFFICE:
The Jenifer Building
400 Seventh Street N.W. Suite 202
Washington, D.C. 20004
TELEPHONE: (202) 393-3004

June 5, 2019

The Honorable James K. Bredar
Chief District Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

RE:   *United States v Marquise McCants,* 16-363

Dear Judge Bredar:

Mr. McCants' sentencing is scheduled for June 20-21, 2019.

Mr. Martinez and I recently consulted and we are jointly requesting that we be allowed to file our respective sentencing memorandum on or before June 10, 2019.

In addition, while *Jencks* and other disclosures are being made on June 6, 2019, defense counsel are agreeing to not share this information with Mr. McCants until on or after June 13, 2019.

Thank you in advance for your consideration of this joint request. With kindest regards, I remain

Sincerely yours,

*Jenifer Wicks*

JENIFER WICKS