FILED: August 14, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4468
(1:16-cr-00363-JKB-9)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MARQUISE MCCANTS, a/k/a Digga

      Defendant - Appellant

_____

O R D E R
_____

The deadline for filing of transcript by Christine T. Asif is extended to 09/09/2019 without sanctions.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk