

| | | |
|---|---|---|
| 1 NORTH CHARLES STREET<br>SUITE 1301<br>BALTIMORE, MD 21201 | **NIETO LAW OFFICE** | O: 443.863.8189<br>F: 443.378.5723<br>CNIETO@NIETOLAWOFFICE.COM |

May 12, 20021

The Honorable James K. Bredar
United States Chief Judge
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:     *United States v. Gerald Johnson, et al, Crim. No. JKB-16-0363*

Dear Judge Bredar,

    This Court instructed undersigned counsel to notify all parties by today as to whether a specific, but unnamed, witness will be called by the defense. I write this letter to inform that Court that this individual will NOT be called as a witness in this case.

    We very much appreciate the Court's sensitivity in this matter and the Court's allowance for some time to make this determination.

Sincerely,

_____/s/_____
Christopher C. Nieto, Esq.