IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO JKB-16-363 |
| GERALD THOMAS JOHNSON, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On May 17, 2021, both parties completed their evidentiary presentations in the *Remmer* hearing. At the conclusion of the hearing, the Government indicated that they believed the evidence presented at the hearing was sufficient to meet their burden under *Remmer* of showing that "there was no reasonable possibility that the jury was influenced by an improper communication." *United States v. Johnson*, 954 F.3d 174, 180 (4th Cir. 2020) (internal quotation marks omitted) (citing *United States v. Basham*, 561 F.3d 302, 319 (4th Cir. 2009)). Defendants disagreed and the Court, with input from the parties, outlined a schedule for fully briefing this issue. Consistent with that discussion, it is hereby ORDERED that:

1. The Government shall file their motion to reinstate the judgments with respect to Defendants Johnson, Jones, and McCants by June 17, 2021.

2. Defendants will file their opposition to that motion by July 19, 2021.[1]

3. The Government shall file their reply to Defendants' motion(s) by August 17, 2021.

---

[1] Defendants noted at the hearing that they expected to jointly oppose the Government's motion.

DATED this _17_ day of May, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge