**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-16-0363 |
| MARQUISE MCCANTS, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>MEMORANDUM AND ORDER</u>**

Before the Court is a Motion filed by Marquise McCants. (ECF No. 1090.) He previously filed a motion in which he alleged issues relating to his trial and sentencing. (ECF No. 1075.) The Court construed this as a 28 U.S.C. § 2255 motion, and denied it as a successive § 2255. (ECF No. 1083.) McCants then filed a motion in which he appeared to seek reconsideration of the Court's order denying his successive § 2255. (ECF No. 1084.) The Court denied that motion. (ECF No. 1085.)

The instant Motion is somewhat difficult to parse. (*See* ECF No. 1090.) To the extent it is a motion for reconsideration, it is denied, as McCants provides no valid basis for reconsideration. To the extent it is a § 2255 motion, it is again denied as successive. Accordingly, it is ORDERED that McCants' Motion (ECF No. 1090) is DENIED.

DATED this ___8___ day of July, 2026.

BY THE COURT:

_____
James K. Bredar
United States District Judge